# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WHEATLAND TUBE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. CUSTOMS AND BORDER PROTECTION, ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security, and CHRIS MAGNUS, in his official capacity as Commissioner, U.S. Customs and Border Protection,<br><br>    Defendants. | Ct. No. 22-cv-00004 |

## SUMMONS

TO: The Above-Named Defendants:

    You are hereby summoned and required to serve on Plaintiff's attorney, whose name and address are set out below, an answer to the Complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Mario Toscano
Clerk of the Court

/s/ *Roger B. Schagrin*
Roger B. Schagrin
Luke A. Meisner
Nicholas J. Birch
Benjamin J. Bay

SCHAGRIN ASSOCIATES
900 7th Street NW
Suite 500
Washington, D.C. 20001
Tel.: (202) 223-1700
E-mail: rschagrin@schagrinassociates.com

*Counsel for Wheatland Tube Company*

Dated: January 12, 2022

# CERTIFICATE OF SERVICE

**Wheatland Tube Company**
**v. United States**
**U.S. Court of International Trade**
**Court No. 22-00004**

I, Roger B. Schagrin, of the law firm Schagrin Associates, hereby certify that on or promptly after January 12, 2022, pursuant to CIT Rule 4(h), I notified the Attorney General and all named defendants by mailing copies of the foregoing Summons and Complaint by certified mail, return receipt requested:

**THE UNITED STATES**

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza, Rm. 246
New York, N.Y. 10278

**DEFENDANTS CUSTOMS AND BORDER PROTECTION AND COMMISSIONER MAGNUS**

Scott Falk
Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

**DEFENDANT HOMELAND SECURITY SECRETARY MAYORKAS**

Jonathan Meyer
General Counsel
Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

*/s/ Roger B. Schagrin*
Roger B. Schagrin
SCHAGRIN ASSOCIATES
900 7th St. NW Suite 500
Washington, DC 20001
(202) 223-1700