# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WHEATLAND TUBE COMPANY<br><br>            Plaintiff,<br><br>            v.<br><br>UNITED STATES OF AMERICA, U.S.<br>CUSTOMS AND BORDER PROTECTION,<br>ALEJANDRO N. MAYORKAS, in his official<br>capacity as Secretary of Homeland Security,<br>and CHRIS MAGNUS, in his official capacity<br>as Commissioner, U.S. Customs and Border<br>Protection,<br><br>            Defendants. | Ct. No. 22-cv-00004 |

## COMPLAINT

Plaintiff Wheatland Tube Company ("Wheatland"), by and through its undersigned counsel, alleges the following as its Complaint against the Defendants.

1. This civil action is commenced pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 551 *et seq*., to seek injunctive relief and relief in the nature of mandamus, as authorized by 28 U.S.C. § 2643(c)(1), against Defendants, to require U.S. Customs and Border Protection ("Customs") to fulfill its administrative and ministerial duties under Section 516 of the Tariff Act of 1930, 19 U.S.C. § 1516, and implementing regulations, 19 C.F.R. pt. 175. Specifically, this action seeks to compel agency action unlawfully withheld or unreasonably delayed, as provided for in the APA, 5 U.S.C. § 706(1). Plaintiff seeks a writ of mandamus from the court compelling Customs to respond to Plaintiff's December 11, 2020 request for information under 19 U.S.C. § 1516(a)(1) and Plaintiff's January 7, 2021 petition for tariff classification ruling under 19 U.S.C. § 1516(a). The subject of both of these requests is the correct classification of certain steel conduit pipe, which, when properly classified, is subject to an import monitoring scheme to protect against surges in import volumes put in place after direct

1

negotiations between the Mexican and United States governments. Plaintiff also seeks a preliminary injunction enjoining Defendants from making or permitting liquidation of any unliquidated entries of steel conduit pipe improperly classified under the U.S. Harmonized Tariff Schedule ("HTS") 8547.90 for the pendency of this litigation, including any appeals, and until such time as Customs has responded to Plaintiff's December 11, 2020 request for information under 19 U.S.C. § 1516(a)(1) and Plaintiff's January 7, 2021 petition for tariff classification ruling under 19 U.S.C. § 1516(a).

## JURISDICTION

2. The Court of International Trade ("CIT") has jurisdiction over this matter under, 28 U.S.C. § 1581(i)(4), and the APA, 5 U.S.C. §§ 702, 704, & 706.

3. Section 1581(i)(2), (4) provides:

> {T}he Court of International Trade shall have exclusive jurisdiction of any civil action commenced against the United States, its agencies, or its officers, that arises out of any law of the United States providing for— . . .

> (2) tariffs, duties, fees, or other taxes on the importation of merchandise for reasons other than the raising of revenue; . . . or

> (4) administration and enforcement with respect to the matters referred to in paragraphs (1)-(3) of this subsection and subsections (a)-(h) of this section.

4. Plaintiff challenges Customs' administration and enforcement of petitions brought under section 516 of the Tariff Act, 19 U.S.C. § 1516.

5. 28 U.S.C. § 1581(b) provides this Court with exclusive jurisdiction of actions brought to challenge a decision by Customs in response to a petition filed under 19 U.S.C. § 1516. However, because Customs has refused to make any decision in response to Plaintiff's petitions, pursuit of a civil action in this under 29 U.S.C. § 1581(b) is manifestly inadequate.

6. When pursuit of a protest under 19 U.S.C. § 1516 is manifestly inadequate, subject matter jurisdiction of this Court is properly predicated on 28 U.S.C. § 1581(i). *Luggage and Leather*

*Goods Manufactures of America, Inc. v. United States*, 7 C.I.T. 258, 588 F.Supp. 1413, 1420 (1984); *United States Cane Sugar Refiners' Association v. Block,* 3 C.I.T. 196, 544 F.Supp. 883 (1982); *Vivitar Corp. v. United States*, 7 C.I.T. 170, 585 F. Supp. 1419 (1984), *aff'd*, 761 F.2d 1552 (Fed.Cir.1985).

7.  Furthermore, as mentioned, 28 U.S.C. § 1581(i)(4) provides that this Court with exclusive jurisdiction of actions regarding the "administration and enforcement with respect to matters" under subsection 1581(b), which pertains to actions brought pursuant to 19 U.S.C. 1516.

8.  Therefore, this Court has jurisdiction to review whether there exists a basis to issue a writ of mandamus to "compel agency action unlawfully withheld or unreasonably delayed" under the APA, 5 U.S.C. § 706(1), as well as other injunctive relief, in response to the failure of Customs to act in accordance with the ministerial actions required by 19 U.S.C. § 1516.

## PARTIES AND STANDING

9.  Plaintiff Wheatland, a division of Zekelman Industries, which is the largest independent steel pipe and tube manufacturer in North America, is a U.S. producer of steel conduit pipe, the goods of the same class or kind as the designated imported merchandise, and, therefore, an interested party within the meaning of 19 U.S.C. § 1516(a)(2). Affidavit of Jim Hays at paras. 4-5, attached as **Exhibit 1**.

10. As an interested party, Plaintiff Wheatland has made two submissions to Customs that require agency action: Plaintiff's December 11, 2020 request for information under 19 U.S.C. § 1516(a)(1) (attached as **Exhibit 2**) and Plaintiff's January 7, 2021 petition for tariff classification ruling under 19 U.S.C. § 1516(a) (attached as **Exhibit 3**).

11. Defendant United States, Customs, is the agency required to respond to Plaintiff's submissions under 19 U.S.C. § 1516, but has failed to do so.

12. Wheatland has standing to commence this action under the APA. The APA states that a "person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof." Wheatland is entitled to judicial review because it has been, and continues to be, adversely affected and aggrieved by Customs' failure to respond to Plaintiff's December 11, 2020 request for information under 19 U.S.C. § 1516(a)(1) and Plaintiff's January 7, 2021 petition for tariff classification ruling under 19 U.S.C. § 1516(a). Failure by Customs to respond to these two submissions permits the unlawful misclassification of imports of certain steel conduit pipe to avoid an import monitoring scheme intended to guard against surges of those products. As a result, imports of steel conduit pipe have surged above historical levels, harming the market position of domestic producers of goods of the same class or kind as the designated imported merchandise.

### TIMELINESS OF THE ACTION

13. A plaintiff must commence an action under 28 U.S.C. § 1581(i)(1)(B) "within two years after the cause of action first accrues." 28 U.S.C. § 2636(i).

14. The instant action contests Customs' failure to respond to Plaintiff's December 11, 2020 request for information under 19 U.S.C. § 1516(a)(1) and Plaintiff's January 7, 2021 petition for tariff classification ruling under 19 U.S.C. § 1516(a). Plaintiff's claims accrued at the earliest on April 9, 2021, when Customs stated in a letter that it would not take any action Plaintiff's request information or petition for tariff classification. Plaintiff has thus timely filed this action within two years of when the cause of action first accrued.

<center>**STATEMENT OF FACTS**</center>

15. On March 8, 2018, President Trump issued Proclamation 9705, finding that steel articles were being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States, and deciding to adjust the imports of these steel articles by imposing a 25 percent ad valorem tariff on such articles imported from most countries pursuant to section 232 of the Trade Expansion Act of 1962, as amended, 19 U.S.C. § 1862. Proclamation 9705 of March 8, 2018 Adjusting Imports of Steel Into the United States, 84 Fed. Reg. 11,625 (Mar. 15, 2018), attached as **Exhibit 4**.

16. The 25-percent duties apply to all imports of steel conduit pipe under HTS 7306.30.5028, which covers welded tube that is "Internally coated or lined with a *non-electrically insulating material*, suitable for use as electrical conduit." The duties do not apply to imports of merchandise under HTS 8547.90.0020, which covers electrical conduit tubing "of base metal lined with *insulating material*." *Id*. (emphasis added).

17. In June 2018, after the 25-percent Section 232 duties took effect, Shamrock Building Materials, Inc. ("Shamrock") began importing electrical conduit from Mexico, which it misclassified under HTS 8547.90.0020 to avoid payment of the duties. *See* Plaintiff's January 7, 2021 19 U.S.C. § 1516(a) petition for tariff classification ruling at Exhibit 1 (Complaint in *Shamrock Building Materials, Inc. v. United States,* CIT Court No. 20-74 (May 20, 2020)), attached as **Exhibit 3**. Imports properly classified under this HTS code were not subject to section 232 duties and were duty free under the North American Free Trade Agreement ("NAFTA").

18. On December 21, 2018, Customs issued a Form 29 Notice of Action advising Shamrock that Customs had concluded that the more appropriate classification for its entries of electrical

<center>5</center>

conduit is 7306.30.5028. *Id.* Customs instructed Shamrock Steel to use this correct classification for all current and future entries. *Id.*

19. On May 17, 2019, the United States and Mexico reached an agreement whereby the United States agreed to eliminate the Section 232 tariffs on Mexico in exchange for certain concessions agreed to by Mexico. *See* Joint Statement by the United States and Mexico on Section 232 Duties on Steel and Aluminum, attached at **Exhibit 5.** The agreement provides, in relevant part, that:

> In the event that imports of … steel products surge meaningfully beyond historic volumes of trade over a period of time, with consideration of market share, the importing country may request consultations with the exporting country. After such consultations, the importing party may impose duties of 25 percent for steel … in respect to the individual product(s) where the surge took place.

20. On May 19, 2019, the President issued Proclamation 9894, adjusting Proclamation 9705 pursuant to the agreement with Mexico to remove the Section 232 tariffs for steel. Proclamation 9894 of May 19, 2019 Adjusting Imports of Steel Into the United States, 84 Fed. Reg. 23,987 (May 23, 2020), attached at **Exhibit 5**.

21. Proclamation 9894 states:

> The United States has agreed on a range of measures with Canada and Mexico to prevent the importation of steel articles that are unfairly subsidized or sold at dumped prices, to prevent the transshipment of steel articles, and *to monitor for and avoid import surges*. *These measures are expected to allow imports of steel articles from Canada and Mexico to remain stable at historical levels without meaningful increases*, thus permitting the domestic industry's capacity utilization to continue at approximately the target level recommended in the Secretary's report. In my judgment, these measures will provide effective, long-term alternative means to address the contribution of these countries' imports to the threatened impairment of the national security
>
> *Id*. (emphasis added).

22. The United States has shown that it is willing to take action to address imports of particular steel products from Mexico that surge beyond historical levels. On August 31, 2020, the U.S. Trade Representative announced that Mexico and the United States successfully concluded consultations held pursuant to the mechanism set out in the agreement between the two countries to address recent surges in imports from Mexico of three steel products: standard pipe, mechanical tubing, and semi-finished products. *See* USTR: President Trump Continues to Protect America's Steel-Dependent National Security (Aug. 31, 2020), attached as **Exhibit 6**.

23. As a result of these consultations, Mexico agreed to establish a strict export licensing regime for certain products through June 1, 2021 and closely monitor shipments during this period. *Id*. The products that were subject to this export licensing regime included steel conduit pipe classified under HTS 7306.30.5028, which covers welded tube that is "Internally coated or lined with a *non-electrically insulating material*, suitable for use as electrical conduit." Plaintiff's January 7, 2021 19 U.S.C. § 1516(a) petition for tariff classification ruling at 3, attached as **Exhibit 3** (emphasis added). Not included in this export licensing regime is steel conduit pipe under HTS 8547.90.0020, which covers electrical conduit tubing "of base metal lined with *insulating material*." *Id*. (emphasis added). The United States agreed to maintain the Section 232 duty exemption for imports of these products and agreed to further consultations with Mexico to discuss the state of trade in the relevant products in light of market conditions at that time. *See* USTR: President Trump Continues to Protect America's Steel-Dependent National Security (Aug. 31, 2020), attached as **Exhibit 6**. The purpose of the export licensing regime was to ensure Mexican exports of steel pipe – including steel conduit – were limited to historical levels.

24. In October 2020, two months after the export licensing regime was put in place, Shamrock began importing electrical conduit from Quality Tube SA de CV ("Quality Tube") in

Mexico. *Id*. at Exhibit 2 (Panjiva Data for Shamrock and Rymco), attached as **Exhibit 3**. According to information from Panjiva, Shamrock classified this merchandise under HTS 8547.90 – which would be a violation of Customs' instruction to classify this merchandise under HTS 7306.30, and bypasses the export licensing mechanism established to avoid surges of import volumes above historical levels per the agreement between Mexico and the United States.

25. In addition, according to Panjiva data, prior to the export licensing regime taking effect, Liberty Products Inc., doing business as Rymco U.S.A. ("Rymco USA") imported electrical conduit pipe from CONDUIT, S.A. de C.V. ("Rymco") in Mexico under HTS 7306.30. In October 2020, two months after the export licensing regime was put in place, Rymco USA began importing electrical conduit from Rymco in Mexico under HTS 8547.90. *Id*. This is despite the fact that Customs had already determined that imports of this type of electrical conduit are properly classified under 7306.30, as set out above.

26. Monthly trends in imports of conduit subject to 232 measures under 7306.30.5028 and imports of product not subject to 232 measures under 8547.90.0020 support the conclusion that importers have been misclassifying their imports to evade the discipline of duties and export licenses. In January through May of 2018, before 232 measures were imposed, the U.S. imported only 10 short tons of product from Mexico under 8547.90.0020. *Id*. at Exhibit 3 (Import Statistics), attached as **Exhibit 3**. After 232 duties were imposed on June 1, 2018, the U.S. imported 1,093 short tons over a five-month period, ending in December of 2018, when Customs issued its notice of action to Shamrock. *Id*. After the notice of action, imports under the category dwindled to almost nothing. In addition, no 232 measures were in place on any imports from Mexico from May 2019 to August of 2020, during which time imports under 7306.30.5028 grew steadily. *Id*.

27. These trends shifted rapidly after the export licensing arrangement was announced in August of 2020. At first, monthly imports under the correct category, 7306.30.5028, dipped sharply in September of 2020 while imports under 8547.90.0020 remained non-existent. *Id*. Suddenly, in October 2020, there was a steep decline in monthly imports under 7306.30.5028 and a simultaneous explosion of imports under 8547.90.0020. *Id*. The transition from imports under 7306.30.5028 to 8547.90.0020 not only continued throughout the period that the export licensing regime was in place, it continued after the end of the licensing regime in June 2021, and continues through the present day. Affidavit of Jim Hays at para. 12, attached as **Exhibit 1**. These trends further support the conclusion that Shamrock Steel and Rymco USA, after months of misclassifying their imports to evade the export licensing regime agreed upon by the United States and Mexico, are continuing to misclassify their imports to avoid discovery of an import surge by U.S. government officials, which would lead to the re-imposition of 232 measures on these imports.

28. But for the misclassification of this merchandise, Quality Tube and Rymco would ship this merchandise to the United States under the appropriate subheading HTS 7306.30. Instead, by misclassifying the merchandise under HTS 8547.90, the entities identified above are bypassing the import monitoring scheme established to enforce the terms of the agreement between Mexico and the United States to only permit imports of steel articles from Mexico at stable, historical levels, without meaningful increases and avoiding import surges.

29. Based on this evidence, Plaintiff Wheatland, by and through counsel, utilized all available means of notifying customs of this issue and initiating any and all available avenues to challenge this misclassification under the U.S. Code.

30. First, Wheatland's counsel reported trade violations to Customs, through the submission of E-Allegations, on December 1, 2020, and December 7, 2020.

31. Next, Wheatland's counsel filed a classification information request pursuant to 19 U.S.C. § 1516(a)(1) and 19 C.F.R. § 175.3(a) on December 11, 2020. *See* Plaintiff's December 11, 2020 19 U.S.C. § 1516(a)(1) request for information, attached as **Exhibit 2**.

32. Finally, Wheatland's counsel filed a petition for a tariff classification ruling pursuant to 19 U.S.C. § 1516(a) and 19 CFR §§ 175.11-175.12 on January 7, 2021. *See* Plaintiff's January 7, 2021 19 U.S.C. § 1516(a) petition for tariff classification ruling, attached as **Exhibit 3**.

33. 19 U.S.C. § 1516(a)(1) sets out that Customs "*shall*, upon written request by an interested party furnish the classification and the rate of duty imposed upon designated imported merchandise of a class or kind manufactured, produced, or sold at wholesale by such interested party." 19 U.S.C. § 1516(a)(1) (emphasis added). Customs is also required to, "after receipt and consideration of a petition filed by such an interested party," determine whether the appraised value, the classification, or rate of duty is or is not correct. 19 U.S.C. § 1516(a)(1). If the determination is that the classification is not correct, Customs "*shall* determine the proper appraised value, classification, or rate of duty and shall notify the petitioner of {the} determination." 19 U.S.C. § 1516(b) (emphasis added). If Customs makes a determination that the classification is correct, then Customs "*shall* notify the petitioner." 19 U.S.C. § 1516(c) (emphasis added). In short, under the statute, Customs is required to consider and respond to Plaintiff Wheatland's December 11, 2020 19 U.S.C. § 1516(a)(1) request for information and January 7, 2021 19 U.S.C. § 1516(a) petition for tariff classification ruling.

34. Despite this clearly set out statutory requirement placed on Customs, Customs refuses to meet its statutory burden and respond to Plaintiff's requests. Instead, Customs sent a letter to

Plaintiff on April 9, 2021 that takes Plaintiff's requests out of context in an attempt to invoke the Trade Secrets Act, 18 U.S.C. § 1905, and its own regulations, 19 C.F.R. § 177.7(b), to provide cover to its lack of action. Letter from Craig Clark, CBP, to Roger Schagrin (April 9, 2021), attached as **Exhibit 7**. Neither of these provisions, however, absolve Customs from its statutory duty under 19 U.S.C. § 1516. Nor do they demonstrate that Customs is in any way prevented from making the classification decisions Plaintiff has asked for.

35. At the time of filing this Complaint, however, Customs has still failed to respond to either of these submissions, and the products at issue continue to enter the United States under the incorrect tariff classification at quantities that greatly exceed historical levels, as set out in the agreement between Mexico and the United States. Customs has stated that it cannot take any action or respond to Plaintiff's petitions because the issue of the classification of steel conduit pipe is currently before the Court of International Trade due to the court's pending determination in *Shamrock Building Materials, Inc. v. United States*, CIT Ct. No 20-74. According to a Joint Status Report field by the parties to that litigation on November 29, 2021, the parties are in disagreement over the deadline for completing factual discovery, and there appears to be no end in sight that will resolve that litigation. Joint Status Report, *Shamrock Building Materials, Inc. v. United States*, CIT Ct. No 20-74 (Nov. 29, 2021), attached as **Exhibit 8**.

36. Urgent action is required to ensure that imports of steel conduit are properly classified and monitored, so that action can be taken to re-establish the 232 measures on these products.

### STATEMENT OF CLAIM
### Agency Action Unlawfully Withheld or Unreasonably Delayed
### (5  U.S.C. § 706(1))

37. Paragraphs 1-36 are hereby re-alleged and incorporated by reference.

38. Plaintiff Wheatland filed a request for information under 19 U.S.C. § 1516(a)(1) on December 11, 2020 and a petition for tariff classification ruling under 19 U.S.C. § 1516(a) on January 7, 2021.

39. The statute under the statute, Customs is required to consider and respond to Plaintiff Wheatland's December 11, 2020 19 U.S.C. § 1516(a)(1) request for information and January 7, 2021 19 U.S.C. § 1516(a) petition for tariff classification ruling.

40. As of the date of the filing of this Complaint, Customs has failed to respond to Plaintiff Wheatland's December 11, 2020 19 U.S.C. § 1516(a)(1) request for information and Plaintiff's January 7, 2021 19 U.S.C. § 1516(a) petition for tariff classification ruling..

41. Customs has stated that it will not respond to either Plaintiff Wheatland's December 11, 2020 19 U.S.C. § 1516(a)(1) request for information and Plaintiff's January 7, 2021 19 U.S.C. § 1516(a) petition for tariff classification ruling.

42. Given that the misclassification of imports of steel conduit pipe allows import volumes in excess of historical levels, contrary to the agreement between Mexico and the United States, the failure of Customs to respond to Plaintiff Wheatland's December 11, 2020 19 U.S.C. § 1516(a)(1) request for information and Plaintiff's January 7, 2021 19 U.S.C. § 1516(a) petition for tariff classification ruling is unreasonable.

43. The APA, 5 U.S.C. § 706(1), requires a reviewing court to "compel agency action unlawfully withheld or unreasonably delayed."

44. As Customs has unreasonably delayed in fulfilling its administrative and ministerial obligations under 19 U.S.C. § 1516, this Court should enter an order compelling Customs to respond to Plaintiff's December 11, 2020 request for information under 19 U.S.C. § 1516(a)(1) and Plaintiff's January 7, 2021 petition for tariff classification ruling under 19 U.S.C. § 1516(a).

## REQUEST FOR RELIEF AND JUDGMENT

**WHEREFORE,** Plaintiff Wheatland respectfully requests that this honorable Court provide the following relief:

1. Issue a writ of mandamus directing Customs to: (1) respond to Plaintiff's December 11, 2020 request for information under 19 U.S.C. § 1516(a)(1); (2) respond to Plaintiff's January 7, 2021 petition for tariff classification ruling under 19 U.S.C. § 1516(a); and (3) reclassify all entries of merchandise that have been incorrectly classified under 8547.90.0020 under the appropriate HTS classification.

2. Issue a preliminary injunction enjoining Defendants from making or permitting liquidation of any unliquidated entries of steel conduit pipe entered into the United Sates under HTS 8547.90, for the pendency of this litigation, including any appeals, and until such time as Customs has responded to Plaintiff's December 11, 2020 request for information under 19 U.S.C. § 1516(a)(1) and Plaintiff's January 7, 2021 petition for tariff classification ruling under 19 U.S.C. § 1516(a).

3. Provide Plaintiff Wheatland with further and additional relief as this Court may deem just and proper.

Respectfully submitted,


/s/ *Roger B. Schagrin*
Roger B. Schagrin
Luke A. Meisner
Nicholas J. Birch
Benjamin J. Bay
SCHAGRIN ASSOCIATES
900 Seventh Street, NW, Suite 500
Washington, DC 20001
(202) 719-7000

*Counsel for Wheatland Tube Company*

Dated January 12, 2022

# EXHIBIT 1

## AFFIDAVIT OF JIM HAYS

I, Jim Hays, the undersigned, declare, under penalty of perjury under the laws of the United States, that to the best of my knowledge the following statements are true and correct.

## Background and Experience

1.    I am the President of Electrical at Zekelman Industries   My current role with Zekelman Industries includes complete profit and loss management responsibility for Wheatland Tube's, Western Tube's and Picoma's electrical businesses – encompassing a complete offering of Steel & Aluminum Conduit and Fittings. Prior to joining Zekelman Industries in 2011, I was global Vice President of the electrical and infrastructure division for Atkore International (formerly Allied Tube).

2.    I have over 40 years of experience working in the steel conduit industry.

3.    I received my Bachelor of Busines Administration from Loyola University Chicago in 1986.  I received a Master of Business Administration from DePaul University in 1990.

## Zekelman Industries

4.    Zekelman Industries is the largest independent steel pipe and tube manufacturer in North America and an innovator in modular construction. We deliver solutions for commercial, industrial, manufacturing and government customers with the shortest lead times in the industry through our family of respected brands.

5.    Zekelman Industries provide the most comprehensive range of steel electrical conduit products, electrical mechanical tubing ("EMT"),intermediate metal conduit (IMC), Galvanized Rigid Conduit (GRC), Aluminum Rigid Conduit (ARC) and associated elbows, couplings and nipples for customers across the continent.

## Imports of Steel Conduit Pipe from Mexico

6.    On March 8, 2018, President Trump issued Proclamation 9705, finding, based on an investigation by the Secretary of Commerce, that steel articles were being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States, and deciding to adjust the imports of these steel articles by imposing a 25 percent ad valorem tariff on such articles

1

imported from most countries pursuant to Section 232 of the Trade Expansion Act of 1962.

7.      On May 17, 2019, the United States and Mexico issued a joint statement announcing that the two countries had reached an agreement to eliminate all tariffs that the United States had imposed under Section 232 on imports of steel products from Mexico. The United States and Mexico agreed to establish a process for monitoring steel trade. As part of this process, they agreed that in the event that imports of steel products surge meaningfully beyond historic volumes of trade over a period of time, after consultations, the United States could impose duties of 25 percent for steel in respect to the individual product(s) where the surge took place. The agreement only covered steel mill products in certain categories, including but not limited to steel pipe products such as standard pipe and structural pipe and tube.

8.      On May 19, 2019, President Trump issued Proclamation 9894, adjusting Proclamation 9705 after the United States announced an agreement with Canada and Mexico to remove the Section 232 tariffs for steel imports from those countries.

9.      In addition, on August 31, 2020, the U.S. Trade Representative announced that Mexico and the United States successfully concluded consultations held pursuant to the mechanism established in their Joint Statement of May 17, 2019 to address recent surges in imports from Mexico of three steel products: standard pipe, mechanical tubing, and semi-finished products. Mexico agreed to establish a strict export monitoring regime for these products through June 1, 2021 and closely monitor shipments during this period.

10.    The export monitoring regime was intended to provide relief to U.S. domestic producers of steel pipe, including Zekelman Industries. To ensure that we received the relief that was intended to be provided, our company has been monitoring data regarding shipments of steel pipe from Mexico to the United States. Our own monitoring includes analysis of official import statistics published by the U.S. government. It also includes the monitoring of data published by Panjiva, a private subscription service with detailed information on imports and exports of commercial shipments worldwide.

| Standard Pipe (including Conduit) imported into the U.S. from Mexico - Tons | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/15/2021 | | | | Permit Control Period | | | | | | |
| | 20-Aug | Sep | Oct | Nov | Dec | Jan 21 | Feb | Mar | Apr | May | Total |
| *Permit Max* | 3,255 | 3,255 | 3,255 | 3,255 | 3,255 | 5,670 | 5,670 | 5,670 | 5,670 | 5,670 | 44,625 |
| Std Pipe (excl. Conduit) | 5,169 | 2,022 | 657 | 186 | 2,683 | 3,023 | 3,113 | 5,383 | 4,643 | 4,201 | 31,080 |
| Conduit (7306) | 5,139 | 2,210 | 557 | 761 | 314 | 583 | 953 | 1,071 | 1,298 | 1,051 | 13,937 |
| *Actual Tons* | 10,308 | 4,232 | 1,214 | 947 | 2,997 | 3,606 | 4,066 | 6,454 | 5,941 | 5,252 | 45,017 |
| *Var vs Permit Max* | 7,053 | 977 | (2,041) | (2,308) | (258) | (2,064) | (1,604) | 784 | 271 | (418) | 392 |
| *U.S. Census Bureau (7306 HTS# only) official data | | | | | | | | | | | |
| Conduit (8547) | 0 | 0 | 3,873 | 5,254 | 4,394 | 3,444 | 2207 | 3898 | 3857 | 3946 | 30,873 |
| Total Conduit | 5,139 | 2,210 | 4,430 | 6,015 | 4,708 | 4,027 | 3,160 | 4,969 | 5,155 | 4,997 | 44,810 |
| *Var vs Permit Max (incl 8547)* | 7,053 | 977 | 1,832 | 2,946 | 4,136 | 1,380 | 603 | 4,682 | 4,128 | 3,528 | 31,265 |

11. Our monitoring of import data has shown an alarming trend. Prior to the export licensing regime, almost all steel conduit pipe shipped from Mexico was being imported into the United States under U.S. Harmonized Tariff Schedule ("HTS") code 7306.30.5028, which covers welded tube that is "Internally coated or lined with a *non-electrically insulating material*, suitable for use as electrical conduit." Soon after the export licensing regime taking effect, this same steel conduit pipe began being imported under HTS 8547.90.0020, which covers electrical conduit tubing "of base metal lined with *insulating material*."



12. Panjiva data show that the same Mexican producers and U.S. customers are involved in the shipments of steel conduit pipe from Mexico before and after the export licensing regime. The data also indicate that there is no difference in the merchandise being shipped before and after the export licensing regime. The only difference is the HTS code under which shipments are being made.



13.    In addition to our monitoring of import statistics, we have also been monitoring the activity at Rymco USA, one of the largest importers of Mexican steel conduit in violation of the export licensing regime. In particular, we have been observing the activity at Rymco USA's main warehouse located at 1335 Boyles St Ste A, Houston, TX. Since the export licensing regime has been in effect, we have not seen any slowdown in the number of trucks full of steel conduit lined up outside of the Rymco USA warehouse waiting to unload their contents. In fact, if anything, we have observed an increase in activity at the Rymco USA warehouse.

14.    Attached as **Exhibit A** are pictures of Rymco USA's main warehouse showing trucks waiting to unload steel conduit imported from Mexico. This location (1335 Boyles St Suite D, Houston, TX) in their main U.S. distribution center that only handles steel conduit. We have been visiting their facility regularly on Monday mornings to determine if their has been a decrease or increase activity and that has obviously not been the case.

## Irreparable Harm to Zekelman Industries

15.    The failure of U.S. Customs and Border Protection to take strong action to ensure that imports of steel conduit pipe from Mexico are being classified correctly and thus properly subject to the monitoring regime agreed to by the United States and Mexico is causing irreparable harm to our companies.

4



16.     Our volume has fallen by over 20,000 tons and we have eliminated 16 full time
        positions with additional reductions planned. It is our understanding that the other
        major U.S. producers of steel conduit have seen similar reductions in volume and
        employment. The Mexican producers continue to price their product 20% to 30%
        below prevailing U.S. market prices to increase volume and share.

17.



18.     Mexican exporters continue to use very aggressive pricing to buy market share to fill
        their new production lines that they set up in Monclova.  We have recently learned
        they are planning on adding another new mill in Monclova in early 2022. Attached as
        **Exhibit B** is a comparison of their prices relative to market level prices that we and
        other U.S. Conduit producers have been offering. As you can see, their price on
        average was 20% below market levels.

19.     With the ongoing reduction in volume we had no choice but to shut down our plants
        (Chicago IL and Long Beach CA) for a week in December leaving us with $1.1
        million of unabsorbed cost but more importantly furloughing +400 employees as
        production is not warranted.

20.     As part of the conditions for the United States lifting the Section 232 duties on
        imports of steel products from Mexico, the parties agreed that the United States could
        re-impose the duties in the event there was a surge in imports beyond historic levels.
        By misclassifying their merchandise under Chapter 85 of the HTS, Mexican exporters
        and U.S. importers are preventing the United States from accurately tracking a surge
        in imports of Mexican steel conduit beyond historic levels. As a result, the United

States is not able to re-impose the Section 232 duties on imports of Mexican steel conduit. This inability to address the surge of Mexican conduit, in turn is irreparably harming Zekelman Industries.

## Conclusion

21.     I declare, under penalty of perjury under the laws of the United States, that to the best of my knowledge the foregoing is true and correct.

_2 / 7 / 2 2_
_____
Date

_Jim Hays_
_____
Jim Hays
President - Electrical
Zekelman Industries

# EXHIBIT A



September 2, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



August 23, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



August 16, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020





July 26, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020







July 7, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



July 6, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



June 28, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



11

June 22, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



June 14, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



June 1, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020





May 10, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



April 19, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



April 12, 2021
Rymco USA - 1335 Boyles St Suite D, Houston, TX 77020



# EXHIBIT B

|  | Importer | Conduit S.A. Rymco |  |
|---|---|---|---|
|  | Issued | 1/5/2022 |  |
|  | Expires | 1/15/2022 |  |
|  | Agent | Ewing Foley |  |
|  | Market | Las Vegas |  |
|  | Distributor | Nedco |  |

| ==$/CFT - Delivered== | Market (1) | Mexican | % Diff |
|---|---|---|---|
| 1/2" EMT | $69.45 | $56.08 | -19% |
| 3/4" | $122.79 | $95.98 | -22% |
| 1" | $210.93 | $166.62 | -21% |
| 1-1/4" | $342.67 | $270.38 | -21% |
| 1-1/2" | $419.03 | $321.04 | -23% |
| 2" | $490.78 | $399.24 | -19% |
| 2-1/2" | $744.50 | $563.52 | -24% |
| 3" | $943.79 | $743.31 | -21% |
| 3-1/2" | $1,246.25 | $950.03 | -24% |
| 4" | $1,277.38 | $990.73 | -22% |
|  |  |  |  |
| 1/2" IMC | $203.35 | $150.01 | -26% |
| 3/4" | $240.04 | $185.32 | -23% |
| 1" | $368.25 | $277.64 | -25% |
| 1-1/4" | $516.50 | $390.41 | -24% |
| 1-1/2" | $643.22 | $468.22 | -27% |
| 2" | $805.96 | $592.17 | -27% |
| 2-1/2" | $1,595.42 | $1,228.50 | -23% |
| 3" | $2,086.89 | $1,603.33 | -23% |
| 3-1/2" | $2,453.53 | $1,947.74 | -21% |
| 4" | $2,756.40 | $2,053.86 | -25% |
|  |  |  |  |
| 1/2" RIGID | $318.25 | $230.01 | -28% |
| 3/4" | $327.72 | $254.37 | -22% |
| 1" | $521.58 | $401.14 | -23% |
| 1-1/4" | $767.20 | $604.72 | -21% |
| 1-1/2" | $864.13 | $678.14 | -22% |
| 2" | $1,061.35 | $775.52 | -27% |
| 2-1/2" | $1,995.66 | $1,575.02 | -21% |
| 3" | $2,266.55 | $1,762.14 | -22% |
| 3-1/2" | $2,967.39 | $2,279.99 | -23% |
| 4" | $3,137.86 | $2,416.53 | -23% |
| 5" | $5,882.06 | $4,268.05 | -27% |
| 6" | $7,673.10 | $5,571.12 | -27% |
|  |  |  |  |
|  |  |  | -23% |

| | | Importer | Conduit S.A. Rymco |
| | | Issued | 1/5/2022 |
| | | Expires | 1/15/2022 |
| | | Agent | Ewing Foley |
| | | Market | Las Vegas |
| | | Distributor | Nedco |

(1) Aug T/L Price + Regional frt adder

| Lbs/CFT | $/ton | Market (1) | Mexican | Var |
|---|---|---|---|---|
| 30 | 1/2" EMT | $4,630 | $3,739 | ($891) |
| 46 | 3/4" | $5,339 | $4,173 | ($1,166) |
| 67 | 1" | $6,296 | $4,974 | ($1,323) |
| 101 | 1-1/4" | $6,785 | $5,354 | ($1,431) |
| 116 | 1-1/2" | $7,225 | $5,535 | ($1,689) |
| 148 | 2" | $6,632 | $5,395 | ($1,237) |
| 216 | 2-1/2" | $6,893 | $5,218 | ($1,676) |
| 263 | 3" | $7,177 | $5,653 | ($1,525) |
| 349 | 3-1/2" | $7,142 | $5,444 | ($1,698) |
| 393 | 4" | $6,501 | $5,042 | ($1,459) |
| | | | | |
| 62 | 1/2" IMC | $6,560 | $4,839 | ($1,721) |
| 84 | 3/4" | $5,715 | $4,412 | ($1,303) |
| 119 | 1" | $6,189 | $4,666 | ($1,523) |
| 158 | 1-1/4" | $6,538 | $4,942 | ($1,596) |
| 194 | 1-1/2" | $6,631 | $4,827 | ($1,804) |
| 256 | 2" | $6,297 | $4,626 | ($1,670) |
| 441 | 2-1/2" | $7,235 | $5,571 | ($1,664) |
| 543 | 3" | $7,687 | $5,905 | ($1,781) |
| 629 | 3-1/2" | $7,801 | $6,193 | ($1,608) |
| 700 | 4" | $7,875 | $5,868 | ($2,007) |
| | | | | |
| 82 | 1/2" RIGID | $7,762 | $5,610 | ($2,152) |
| 109 | 3/4" | $6,013 | $4,667 | ($1,346) |
| 161 | 1" | $6,479 | $4,983 | ($1,496) |
| 218 | 1-1/4" | $7,039 | $5,548 | ($1,491) |
| 263 | 1-1/2" | $6,571 | $5,157 | ($1,414) |
| 350 | 2" | $6,065 | $4,432 | ($1,633) |
| 559 | 2-1/2" | $7,140 | $5,635 | ($1,505) |
| 727 | 3" | $6,235 | $4,848 | ($1,388) |
| 880 | 3-1/2" | $6,744 | $5,182 | ($1,562) |
| 1000 | 4" | $6,276 | $4,833 | ($1,443) |
| 1400 | 5" | $8,403 | $6,097 | ($2,306) |
| 1840 | 6" | $8,340 | $6,056 | ($2,285) |



# EWING FOLEY NOVEMBER 2021
# PRICE SHEET

| EMT CONDUIT UL-797 | | |
|---|---|---|
| Description | Master Bundle | Price per 100 feet |
| | | |
| | | USD |
| 1/2" EMT 10' | 7000 | 56.08 |
| 3/4" EMT 10' | 5000 | 95.98 |
| 1" EMT 10' | 3000 | 166.62 |
| 1 1/4" EMT 10' | 2000 | 270.38 |
| 1 1/2" EMT 10' | 1500 | 321.04 |
| 2" EMT 10' | 1200 | 399.24 |
| 2 1/2" EMT 10' | 610 | 563.52 |
| 3" EMT 10' | 510 | 743.31 |
| 3 1/2" EMT 10' | 370 | 950.03 |
| 4" EMT 10' | 300 | 990.73 |
| Prices subject to change without notice | | |

| IMC CONDUIT UL-1242 | | |
|---|---|---|
| Description | Master Bundle | Price per 100 feet |
| | | |
| | | USD |
| 1/2" IMC 10' | 3500 | 160.01 |
| 3/4" IMC 10' | 2500 | 185.32 |
| 1" IMC 10' | 1700 | 277.64 |
| 1 1/4" IMC 10' | 1350 | 390.41 |
| 1 1/2" IMC 10' | 1100 | 468.22 |
| 2" IMC 10' | 800 | 592.17 |
| 2 1/2" IMC 10' | 370 | 1,228.50 |
| 3" IMC 10' | 300 | 1,603.33 |
| 3 1/2" IMC 10' | 240 | 1,947.74 |
| 4" IMC 10' | 240 | 2,053.86 |

| RMC CONDUIT UL-6 | | |
|---|---|---|
| Description | Master Bundle | Price per 100 feet |
| | | |
| | | USD |
| 1/2" RMC 10' | 2500 | 230.01 |
| 3/4" RMC 10' | 2000 | 254.37 |
| 1" RMC 10' | 1250 | 401.14 |
| 1 1/4" RMC 10' | 900 | 604.72 |
| 1 1/2" RMC 10' | 800 | 678.14 |
| 2" RMC 10' | 600 | 775.52 |
| 2 1/2" RMC 10' | 370 | 1,575.02 |
| 3" RMC 10' | 300 | 1,762.14 |
| 3 1/2" RMC 10' | 250 | 2,279.99 |
| 4" RMC 10' | 200 | 2,416.53 |
| 5" RMC 10' | 150 | 4,268.05 |
| 6" RMC 10' | 100 | 5,571.12 |

Expires November 15th 2021
*Pricing subject to change without notice
*Once an order is placed no changes can be made.
*20% cancellation fee towards total order amount $500 ORDER MIN.

# EXHIBIT 2

# SCHAGRIN ASSOCIATES

900 Seventh Street, N.W. - Suite 500 - Washington, D.C. 20001
P: (202) 223-1700 rschagrin@schagrinassociates.com F: (202) 429-2522

December 11, 2020

Allyson Mattanah
Branch Chief, Chemicals, Petroleum, Metals and Miscellaneous Articles
Regulations and Rulings, Office of Trade
U.S. Customs and Border Protection
90 K Street N.E., 10th Floor Mail Stop 1177
Washington, DC 20229-1177

**RE: Domestic Interested Party Request for Information**

Dear Ms. Mattanah:

On behalf of Wheatland Tube Company ("Wheatland"), a domestic producer of steel conduit pipe and thus an interested party pursuant to 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a), we hereby request that U.S. Customs and Border Protection ("CBP") furnish Wheatland with the classification and rate of duty or export license requirement imposed upon imports of steel conduit pipe from Mexico. This request is submitted pursuant to 19 U.S.C. § 1516(a)(1) and 19 C.F.R. § 175.1. Each of the elements of a request required by 19 C.F.R. § 175.2 are set forth below. Due to the extreme urgency of this request and the potential for misclassified steel conduit pipe to completely evade existing export license requirements without any potential future remedies, we respectfully request that CBP expedite this matter and respond to this request as soon as possible.

## I.    BACKGROUND

On March 8, 2018, President Trump issued Proclamation 9705, finding that steel articles were being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States, and deciding to adjust the imports of these steel articles by imposing a 25 percent ad valorem tariff on such articles imported from most countries pursuant to section 232 of the Trade Expansion Act of 1962, as amended, 19 U.S.C. § 1862.[1] On May 19, 2019, the President issued Proclamation 9894, adjusting Proclamation 9705 after the United States announced an agreement with Canada and Mexico to remove the Section 232 tariffs for steel and aluminum imports from those countries.[2]

On August 31, 2020, the U.S. Trade Representative announced that Mexico and the United States successfully concluded consultations held pursuant to the mechanism established in their Joint Statement of May 17, 2019 to address recent surges in imports from Mexico of

---

[1]    *See Proclamation 9705 of March 8, 2018 Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 11,625 (Mar. 15, 2018).

[2]    *See Proclamation 9894 of May 19, 2019 Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 23,987 (May 23, 2020).

three steel products: standard pipe, mechanical tubing, and semi-finished products.[3] Mexico agreed to establish a strict export monitoring regime for these products through June 1, 2021 and closely monitor shipments during this period.[4] The United States agreed to maintain the Section 232 duty exemption for imports of these products and agreed to consult with Mexico in December of 2020 to discuss the state of trade in the relevant products in light of market conditions at that time.[5]

Between June 1, 2018, and May 19, 2019, when the 25 percent Section 232 duty was in effect, Shamrock Building Materials, Inc. ("Shamrock Steel") imported electrical conduit from Mexico, which it classified under HTS 8547.90.0020.[6] Imports properly classified under this HTS code were not subject to section 232 duties and were duty free under the North American Free Trade Agreement ("NAFTA"). On December 21, 2018, CBP issued a Form 29 Notice of Action advising Shamrock that Customs had concluded that the more appropriate classification for its entries of electrical conduit is 7306.30.5028, and CBP instructed Shamrock Steel to use this classification for all current and future entries.[7] In October 2020, two months after the export licensing regime was put in place, Shamrock began importing electrical conduit from Quality Tube SA de CV ("Quality Tube") in Mexico.[8] According to information from Panjiva, Shamrock Steel classified this merchandise under HTS 8547.90 – which would be a violation of CBP's instruction to classify this merchandise under HTS 7306.30.[9]

In addition, according to Panjiva data, prior to the export licensing regime taking effect, Liberty Products Inc., doing business as Rymco U.S.A. ("Rymco USA") imported electrical conduit pipe from CONDUIT, S.A. de C.V. ("Rymco") in Mexico under HTS 7306.30. In October 2020, two months after the export licensing regime was put in place, Rymco USA began importing electrical conduit from Rymco in Mexico under HTS 8547.90.[10] This is despite the fact that CBP had already determined that imports of this type of electrical conduit are properly classified under 7306.30, as reviewed above.

Monthly trends in imports of conduit subject to 232 measures under 7306.30.5028 and imports of product not subject to 232 measures under 8547.90.0020 support the conclusion that

---

[3]   *See* USTR: President Trump Continues to Protect America's Steel-Dependent National Security (Aug. 31, 2020), available at https://ustr.gov/about-us/policy-offices/press-office/press-releases/2020/august/president-trump-continues-protect-americas-steel-dependent-national-security

[4]   *Id.*

[5]   *Id.*

[6]   *See* Complaint in *Shamrock Building Materials, Inc. v. United States,* CIT Court No. 20-74 (May 20, 2020) ("Shamrock Complaint"), attached as **Exhibit 1.**

[7]   *Id.*

[8]   *See* Panjiva Data, attached as **Exhibit 2.**

[9]   *See id.*

[10]   *See id.*

importers have been misclassifying their imports to evade the discipline of duties and export licenses. In January through May of 2018, before 232 measures were imposed, the U.S. imported only 10 short tons of product from Mexico under 8547.90.0020.[11] After 232 duties were imposed on June 1, 2018, the U.S. imported 1,093 short tons over a five-month period, ending in December of 2018, when CBP issued its notice of action to Shamrock. After the notice of action, imports under the category dwindled to almost nothing. In addition, no 232 measures were in place on any imports from Mexico from May 2019 to August of 2020, during which time imports under 7306.30.5028 grew steadily.

These trends shifted rapidly after the export licensing arrangement was announced in August of 2020. At first, monthly imports under the correct category, 7306.30.5028, dipped sharply in September of 2020 while imports under 8547.90.0020 remained non-existent. Suddenly, in October (the last month for which data are available), there was a steep decline in monthly imports under 7306.30.5028 and a simultaneous explosion of imports under 8547.90.0020. These trends further support the conclusion that Shamrock Steel and Rymco USA are misclassifying their imports to evade the export licensing regime agreed upon by the United States and Mexico.

### Monthly Imports of Steel Conduit Pipe[12]

But for the misclassification of this merchandise, Quality Tube and Rymco would be required to obtain an export license to ship this merchandise to the United States under the

---

[11]   *See* Import Statistics, attached at **Exhibit 3**.

[12]   *See id.*

appropriate subheading HTS 7306.30. By misclassifying the merchandise under HTS 8547.90, the entities identified above have avoided the requirement of obtaining an export license.

Based on this evidence, Wheatland's counsel submitted e-allegations to Customs on December 1, 2020, and December 7, 2020. Given the urgency of this matter, we are also with this submission seeking information as to the classification of this merchandise to ensure that it is properly covered by the export licensing requirements agreed upon by the Governments of the United States and Mexico. If the entries are not being properly classified, they could enter at quantities that greatly exceed any amounts agreed to in the export licensing arrangement. As far as counsel is aware, there may be no remedy after those imports have entered United States commerce. The export licensing arrangement is currently set to expire in June of 2021. Urgent action is thus required to ensure these imports are properly classified and subject to the export licensing arrangements as soon as possible.

## II.    INFORMATION REQUIRED BY 19 C.F.R. § 175.2

### A.    The name of the person making the request, his principal place of business, and the fact that he is a domestic interested party

The name of the person making this request is Wheatland Tube Company ("Wheatland"). Wheatland's principal place of business is:

Wheatland Tube Company
1 Council Avenue
P.O. Box 608
Wheatland, PA 16161
(800) 257-8182

Please direct all correspondence relating to this request to Wheatland's counsel in this matter:

Roger B. Schagrin, Esq.
Schagrin Associates
900 Seventh Street, N.W., Ste. 500
Washington, D.C., 20001
Tel: 202-223-1700
rschagrin@schagrinassociates.com

Wheatland is a manufacturer of steel conduit pipe in the United States, and it is thus a domestic interested party pursuant to 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a).

### B.    The imported merchandise for which the classification is requested

The imported merchandise that is the subject of this request is steel conduit pipe imported from Mexico, with or without interior coating, where any such coating does not have insulation

properties. The imported merchandise is covered by this request whether it is electrical metallic tubing finished conduit ("EMT"), intermediate metal conduit ("IMC"), or rigid metal conduit ("RMC").

Shamrock describes its conduit as EMT and IMC (collectively, "electrical conduit").[13] Electrical conduit is used to route electrical wiring in a building or other structure. Shamrock states that its electrical conduit consists of welded carbon steel tubing that is galvanized on the exterior surface and coated in the interior with an epoxy enamel coating composed of epoxy resin, melamine resin, and silicone additives, among other ingredients. Shamrock states that its conduit is sold in ten foot lengths, and that it is marked as EMT or IMC electrical conduit.[14] According to a complaint filed by Shamrock at the U.S. Court of International Trade, CBP instructed it to classify the conduit under 7306.30.5028, because the code it was using, 8547.90.0020, is only for conduit lined with insulating material, and, upon inspection, CBP determined that "there were no insulation properties of the organic coating inside the electrical conduit" imported by Shamrock.[15] Materials from the website of Shamrock's supplier, Quality Tube, show that it produces EMT and IMC with an interior coating that is described as "corrosive-resistant."[16]

The conduit imported by Rymco USA is described as galvanized steel tubing of the EMT type.[17] Rymco also produces IMC and RMC.[18] According to Rymco's own materials, to the extent that the product imported by Rymco has any interior coating, it appears that the coating is for corrosion-resistance and lubrication, not insulation.[19] CBP should therefore perform the same analysis as it did with Shamrock's imports to determine that conduit with an interior coating that does not have insulating properties should be classified under 7306.30, not 8547.90.

### C.       A showing of the class or kind of merchandise manufactured by the requesting party

The class or kind of merchandise manufactured by Wheatland is steel conduit pipe. Attached at **Exhibit 6** are excerpts from Wheatland's website and product literature for its steel conduit pipe products. Wheatland produces galvanized IMC, EMT, and RMC in the United States. These goods produced by Wheatland in the United States are of the same class or kind as the merchandise that is the subject of this request. Wheatland is thus an interested party as defined by 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a).

---

[13]  *See* Shamrock Complaint, attached at **Exhibit 1**.

[14]  *Id.*

[15]  *Id.*

[16]  *See* Quality Tube Materials, attached at **Exhibit 4**.

[17]  *See* Panjiva Data, attached at **Exhibit 2**.

[18]  *See* Rymco Materials, attached at **Exhibit 5**.

[19]  *See id.*

### III.    CONCLUSION

In conclusion, we respectfully request under 19 U.S.C. § 1516(a)(1) and 19 C.F.R. § 175.1 that CBP furnish Wheatland with the classification and rate of duty or export license requirement imposed upon imports of steel conduit pipe from Mexico described in detail above. Due to the extreme urgency of this request and the potential for misclassified steel conduit pipe to completely evade existing export license requirements without any potential future remedies, we respectfully request that CBP expedite this matter and respond to this request as soon as possible.

Please contact the undersigned with any questions regarding this submission.

Respectfully submitted,

Roger B. Schagrin
Elizabeth J. Drake
Luke A. Meisner
SCHAGRIN ASSOCIATES
*Counsel to Wheatland Tube Company*

# EXHIBIT 1

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |  |
|---|---|---|
| SHAMROCK BUILDING MATERIALS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 20-00074 |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

**COMPLAINT**

Plaintiff, Shamrock Building Materials, Inc., by and through its counsel, hereby alleges and states as follows:

**NATURE OF THE ACTION**

1.      Plaintiff challenges the denial by U.S. Customs and Border Protection ("CBP") of Protest Numbers 230419100397, 230419100514, 230419100671, 230419100672, and 230419100673, regarding the classification of certain electrical conduit imported by Plaintiff.

**JURISDICTION**

2.      This Court has exclusive jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

**THE PARTIES AND STANDING**

3.      Plaintiff is the importer of record of the merchandise that is the subject of this action.

4.      Plaintiff is the person who filed the protests pursuant to Section 514 of the Tariff Act of 1930, *as amended*, 19 U.S.C. § 1514, which were denied under Section 515 of the Tariff

Act of 1930, *as amended*, 19 U.S.C. § 1515, and are covered by this civil action; plaintiff thus has standing to bring this action pursuant to 28 U.S.C. § 2631(a).

5.      Defendant United States, U.S. Customs and Border Protection ("CBP"), is the party that denied the protest contested herein and is the statutory defendant under 28 U.S.C. § 2631(a).

6.      The protests covered by this action were timely filed with CBP at the port of entry or the appropriate Center (Centers of Excellence and Expertise), which thereafter denied same.

7.      All liquidated duties have been paid.

## FACTUAL BACKGROUND AND DESCRIPTION OF MERCHANDISE INVOLVED

8.      The merchandise at issue is electrical metallic tubing finished conduit ("EMT"), and intermediate metal conduit ("IMC") (collectively, "electrical conduit"), imported from Mexico.

9.      Electrical conduit is used to route electrical wiring in a building or other structure.

10.     The electrical conduit at issue in this action consists of welded carbon steel tubing that is galvanized on the exterior surface only.

11.     The interior surface of the electrical conduit is not galvanized, and instead is coated with an insulating layer of organic epoxy enamel.

12.     The epoxy enamel coating is composed of epoxy resin, melamine resin, and silicone additives, among other ingredients.

13.     Electrical conduit is typically installed in "runs" consisting of multiple pieces of conduit that are connected as a raceway for electrical wiring.

14.     Runs of electrical conduit typically involve multiple bends that can be 90 degrees or more.

15.     The electrical wiring within the runs of electrical conduit is subject to abrasion or other damage as it is "pulled" through these long runs due to the number of bends, the weld seams in the interior of the tube, ambient temperatures, and other installation conditions and practices.

16.     The interior epoxy enamel coating applied to Plaintiff's electrical conduit protects against damage to the wiring by providing an insulating layer between the wiring and the interior surface of the steel tube.

17.     The interior epoxy enamel coating insulates and protects the wire during installation into the conduit and afterwards during service.

18.     Damage to the electrical wiring during installation, such as abrasion or tears to the exterior coating of the electrical wire, can cause electrical short circuits.

19.     The interior epoxy enamel coating protectively insulates the wire against abrasion or tears by providing a barrier between the electrical wires and the interior steel wall of the tube that cushions the wire, and reduces friction.

20.     The interior epoxy enamel coating also provides electrical insulation to reduce the risk of electrical short circuits in the event of frayed or damaged wiring.

21.     The interior epoxy enamel coating resists the flow of electric charges by preventing or limiting the flow of electrons across the surface or through the volume of the coating material, thereby making the material difficult to ground.

22.     A short circuit cannot occur unless the electric charge goes to ground.

23.     If there is a frayed wire inside the conduit, the internal epoxy enamel coating will provide a barrier against the transfer of electrons to the applied surface.

24.     Plaintiff commissioned testing by G2MT labs, an ISO 9001 certified independent testing laboratory, on samples of electrical conduit coated with Plaintiff's interior epoxy enamel coating and comparable (in outside diameter and wall thickness) uncoated tubing.

25.     The laboratory performed three types of measurements to compare the coated electrical conduit and the uncoated tubing:  (1) abrasive force and abrasion damage, (2) thermal insulation properties, and (3) electrical insulation properties.

26.     The laboratory found that:  (1) the pull force required to pull a cable through tubing with four 90 degree bends was substantially less for the electrical conduit coated with the interior epoxy enamel coating in comparison to the uncoated tubing; (2) pulling a cable through the uncoated bent tubing resulted in much higher and deeper abrasion levels to the surface of the cable; (3) there was no statistically significant difference in thermal conductivity between the coated electrical conduit and uncoated tubing; and (4) there was a substantial increase in surface electrical resistivity of the electrical conduit coated with the interior epoxy enamel coating compared to the uncoated tubing.  A copy of the lab report, which was submitted to CBP with the protests, is attached to this complaint.

27.     Plaintiff sells its electrical conduit exclusively to electrical distributors and electrical contractors in the United States.

28.     Plaintiff's electrical conduit is clearly marked as EMT or IMC electrical conduit.

29.     Plaintiff's electrical conduit is installed in schools, hospitals, stadiums, restaurants, hotels, government office buildings, *etc.*, where electrical conduit is required.

30.     Plaintiff sells its electrical conduit in 10-foot lengths because the standard for the electrical industry in the United States is that electrical conduit be made and sold in 10-foot lengths which are easier to handle and bend, which is often done in the field/jobsite.

31.    The electrical conduit imported by Plaintiff was classified by CBP (depending on wall thickness) either under subheading 7306.30.1000, HTSUS, as

> Other tubes, pipes and hollow profiles (for example, open seamed or welded, riveted or similarly closed), of iron or steel:
>> Other, welded, of circular cross section, of iron or nonalloy steel:
>>> Having a wall thickness of less than 1.65 mm

or under subheading 7306.30.5028, HTSUS, as

> Other tubes, pipes and hollow profiles (for example, open seamed or welded, riveted or similarly closed), of iron or steel:
>> Other, welded, of circular cross section, of iron or nonalloy steel:

*        *        *

>> Having a wall thickness of 1.65 mm or more:

*        *        *

> Other

*        *        *

> Other:
>> With an outside diameter not exceeding 114.3 mm:
>>> Galvanized:

*        *        *

>>> Internally coated or lined with a non-electrically insulating material, suitable for use as electrical conduit.

32.    At the time the merchandise was imported, merchandise imported from Mexico that was classified under subheadings 7306.30.1000 or 7306.30.5028 was subject to a 25 percent duty imposed pursuant to section 232 of the Trade Expansion Act of 1962, *as amended*, 19 U.S.C. § 1862.

33.     Plaintiff claims that the imported merchandise should be classified under

subheading 8547.90.0020, HTSUS, as

> Insulating fittings for electrical machines, appliances or equipment, being fittings
> wholly of insulating material apart from any minor components of metal (for
> example, threaded sockets) incorporated during molding solely for the purposes
> of assembly, other than insulators of heading 8546; electrical conduit tubing and
> joints therefor, of base metal lined with insulating material:
>
> <p style="text-align:center">*     *     *</p>
>
> Other
>
> <p style="text-align:center">*     *     *</p>
>
> Electrical conduit tubing and joints therefor, of base metal lined with
> insulating material:
>
> > Conduit tubing

34.     At the time of importation, merchandise from Mexico classified under subheading

8547.90.0020 was not subject to section 232 duties and was duty free under the North American

Free Trade Agreement ("NAFTA").

35.     The 25 percent section 232 duty on imports of steel products from Mexico,

including merchandise classified under 7306.30.1000 or 7306.30.5028, was in effect from

June 1, 2018 through May 19, 2019.

36.     On August 27, 2018, CBP issued a Form 28 request for information ("RFI") to

Plaintiff requesting that it provide information and supporting documentation to demonstrate that

Plaintiff's imported EMT finished conduit in two selected entry summaries are products of

Mexico that are eligible for the preferential tariff treatment claimed under NAFTA.

37.     On October 5, 2018, Plaintiff responded to the August 27, 2018 RFI and provided

purchase orders, commercial invoices, and mill certificates from the Mexican producer and

exporter of electrical conduit, as well as sample invoices from the suppliers of the materials that

are used to produce the electrical conduit in Mexico, demonstrating that all of the inputs were

<p style="text-align:center">6</p>

produced and sourced in Mexico, and thus that all of the components of the imported electrical conduit are "originating goods" that are "are goods wholly obtained or produced entirely in the territory of . . . Mexico" pursuant to 19 C.F.R. § 181.1(q) and General Note 12(b)(i) of the U.S. Harmonized Tariff Schedule.

38.     On November 15, 2018, CBP informed Plaintiff's counsel via email that the NAFTA origin issue was closed and that the merchandise qualified under NAFTA.

39.     On October 9, 2018, CBP issued a second RFI to Plaintiff requesting that Plaintiff "{p}rovide justification and rational{e} to classify that electrical metallic tubing (EMT) coated with epoxy enamel is insulated conduit HTSUS Tariff 8547.90.0020." The RFI stated that "{t}here appears to be no insulation properties to the epoxy enamel organic coating" and that "there appears to be no indication that the epoxy enamel insulates the EMT conduit from thermal, heat, or electrical voltage."

40.     While Plaintiff's response to the October 9, 2018 RFI was pending, on October 31, 2018, CBP issued a Form 29 Notice of Action that a rate advance action had been taken on 159 entries of Plaintiff's imports of finished conduit from Mexico, including entries in the denied protests being challenged in this action. CBP stated that "{u}pon examination of CBP obtained samples from this entry {*i.e.*, 8NV-00282653}, and entry 8NV-00282408, it was determined {that} there were no insulation properties of the organic coating inside the electrical conduit." The Notice of Action further advised that CBP had determined that "a more appropriate classification" for the imported merchandise was subheading 7306.30.5028.

41.     On November 1, 2018, Plaintiff responded to the October 9, 2018 RFI. In its response, Plaintiff provided a detailed explanation of the physical characteristics of the interior epoxy enamel coating and an explanation as to why its electrical conduit is properly classified

under subheading 8547.90.0020.  Plaintiff included in its response to CBP a letter from its supplier of the interior epoxy enamel coating that identified the primary materials in the interior epoxy enamel coating and explained that such materials are widely used in the formulation of insulating varnishes and resins and that with proper application the epoxy enamel forms a protective insulating coating over the underlying material.

42.     On November 5, 2018, CBP issued another RFI requesting that that Plaintiff "provide the industry specification(s) that your product is conforming too {sic} in regards to electrical, heat, and/or thermal insulative properties of imported conduit.  Please include all physical values (i.e. electrical resistivity of coating, coating thickness, etc.) that are required to meet the cited specifications."

43.     On December 4, 2018, Plaintiff responded to the November 5, 2018 RFI.  In its response, Plaintiff reiterated the explanation provided in the November 1, 2018 response and also provided CBP with a copy of its product brochure for EMT electrical conduit, noting that the brochure states that the interior coating serves to insulate the wall of the conduit tube and that one of the benefits of the product is to make it fire resistant.

44.     On December 6, 2018 CBP sent additional questions to Plaintiff via email, requesting clarification as to whether "the EMT conduit {is} {i}nternally coated or lined with a non-electrically insulating material, suitable for use as electrical conduit," or "{i}f the coating is of electrically insulating material, . . . {p}lease include all physical values (i.e. electrical resistivity of coating, coating thickness, etc.) that are required to meet the cited specifications," claiming that Plaintiff's December 4, 2018 response to the November 5, 2018 RFI had not included that information.  CBP also had questions about the interior coating of samples previously provided that indicated no recognition or understanding of the explanations regarding

the interior epoxy enamel coating provided in Plaintiff's November 1, 2018 and December 4, 2018 responses, and requested additional samples.

45.     On December 7, 2018 Plaintiff responded to the December 6, 2018 email, reiterating its explanations that the electrical conduit "is <u>finished conduit</u> that is <u>internally coated with an electrically insulating material</u>, i.e., the epoxy material discussed at length in" Plaintiff's December 4, 2018 response.  Plaintiff further reiterated that it was unaware of any specification or industry requirement for electrical resistivity or of any minimum requirements for electrical, thermally or protective insulative properties required for compliance with Harmonized Commodity Description and Coding System Explanatory Note 85.47 (B) or the description in subheading 8547.90.00, HTSUS, that applies to electrical conduit, and again elaborated on the detail provided in its December 4, 2018 response.  Plaintiff also sent the additional samples requested.

46.     On December 21, 2018, CBP issued another Form 29 Notice of Action again advising Plaintiff that CBP had concluded that the more appropriate classification for Plaintiff's entries of finished conduit is 7306.30.5028, and instructed Plaintiff to use this classification for all current and future entries.

47.     Between April 26, 2019 and July 19, 2019, CBP liquidated the 201 entries which are the subject of this action.

48.     Plaintiff filed protests against the liquidations, which were subsequently denied by CBP.

## COUNT I

49.     Plaintiff incorporates by reference paragraphs 1-48 of this Complaint.

50.     Plaintiff's finished electrical conduit is properly classified under subheading 8547.90.0020 as electrical conduit tubing of base metal lined with insulating material.  The interior epoxy enamel coating applied to the finished electrical conduit constitutes "insulating material" within the meaning of subheading 8547.90.0020 because the coating provides electrical insulation by constituting a barrier against the transfer of electrons to the interior metal surface of the pipe, thereby increasing the electrical resistivity of the conduit.

## COUNT II

51.     Plaintiff incorporates by reference paragraphs 1-50 of this Complaint.

52.     Plaintiff's finished electrical conduit is properly classified under subheading 8547.90.0020 as electrical conduit tubing of base metal lined with insulating material.  The interior epoxy enamel coating applied to the finished electrical conduit constitutes "insulating material" within the meaning of subheading 8547.90.0020 because the coating insulates the electrical wiring by providing physical protection against abrasion or other damage to the wiring by offering cushioning and reduced friction.

53.     CBP has previously ruled that stainless steel tubing with an interior teflon coating that insulates and protects the wiring is properly classified under subheading 8547.90.0020.  CBP has also ruled that connectors are properly classified under subheading 8547.90.0030 where they are coated with a thermoplastic insulator that protects the electrical connectors from abrasion as they emerge from the conduit raceway.  Nothing in these rulings indicates that it is necessary to demonstrate that the insulating material is electrically insulating, as distinct from material that is

physically insulating, in order to qualify as "insulating material" within the meaning of subheadings 8547.90.0020/30.

54.     Explanatory Note 85.47 (B) states that "{t}his group covers the metallic tubing used in permanent electrical installations (e.g., house wiring) as insulation and protection for the wire, provided it has an interior lining of insulating material."  Nothing in the description of the subheading, or in this Explanatory Note, limits the definition of "insulating material" to only material that is electrically insulating, as distinct from material that is protectively insulating.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court render judgment that the imported merchandise at issue is properly classifiable as claimed by Plaintiff in subheading 8547.90.0020, HTSUS, order reliquidation of the entries covered by this civil action with a refund of duties plus interest as provided by law, and grant such other and further relief as the Court shall deem just and proper.

Respectfully submitted,

**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4817

/s/ Donald B. Cameron, Jr.
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas III
Jordan L. Fleischer

**SANDLER TRAVIS & ROSENBERG, P.A.**
551 Fifth Avenue, Suite 1100
New York, NY 10176
(212) 549-0150

/s/ Michael S. O'Rourke
Michael S. O'Rourke
Patrick D. Gill

Dated:  May 20, 2020

*Counsel to Shamrock Building Materials, Inc.*

# Attachment

**Report: SHA 19001**
**Insulated vs. Uncoated EMT Tube Testing**

**Submitted To:**

Adam Marty Shamrock Steel

**Submitted By:**

Joshua Jackson, PhD G2MT Labs
5401 Mitchelldale, Suite A-3 Houston, Texas 77092

**April 30, 2019**

*Disclaimer: The results of this report are based on the evidence that has been received and reviewed. G2MT has the right to modify results if further evidence comes forth.*

## 1. Introduction

G2MT Laboratories, LLC was requested to perform a series of tests to evaluate the properties of an inner diameter (ID) coating on EMT conduit for Shamrock Steel. The tests included a wire abrasion testing, pull-force testing to measure the force required to pull the wire through the conduit, a heat transfer rate test, and electrical resistivity testing.

## 2. Abrasive Force and Abrasion Damage

Testing to compare the pulling force, abrasion damage, and wear of the insulated and uncoated samples was performed by pulling a 12-gage wire through two otherwise identical conduit samples which were insulated and un-coated. The 10' insulated and uncoated conduit samples were bent identically in four ninety-degree bends to create a number of corners around which the wire had to travel. Force testing was performed utilizing a Mark-10 force gauge, which was attached the end of the cable (a new sample was used for each test) as it was pulled through the bent fixture. A 36% increase in the required force was measured between the insulated and uncoated conduit, as seen by the data in Table 1.

For abrasion/wear testing, two separate lengths of 12-gage wire were fed 20 times through the bent conduit fixtures. Samples were then removed at the same location from each wire, and the surfaces of each wire were examined under a scanning electron microscope (SEM) to determine the degree of abrasion damage and wear.

## 3. Thermal Insulation Properties

Thermal insulation testing was performed utilizing a 300-watt heat source which was inserted inside the tube. Care was taken to ensure the same placement within the tube for each sample. The outer temperature was measured using a K-type thermocouple each minute as the temperature increased as seen in Table 2, and the time to reach a temperature of 250 degrees Fahrenheit was recorded. Only a minimal difference was observed in the temperature increase rate, indicating that not substantial thermal insulation provided by the insulated product.

## 4. Electrical Insulation Properties

Due to the shape of the pipe, the electrical insulation was measured on a 3" x 3" section of pipe using a laboratory Agilent E4980A (due for calibration again on 02-06-2020) to determine electrical resistance of the coating via 4-point resistivity measurements and a Fluke 87 multimeter (also due for calibration next on 02-06-2020) for 2-point resistivity measurements. For the four-point electrical measurements, the uncoated pipe exhibited an electrical resistance of 2.5-3.0 milliohms, while the coated pipe exhibited an electrical resistance that ranged between 70-120 milliohms depending on the location of the probes. For two-point resistivity testing, the uncoated pipe measured a resistivity of 0.2 ohms and the insulated pipe was 0.7-1.2 ohms. Both measurements indicate a substantial increase in the electrical resistivity of the insulated pipe compared to the uncoated pipe.

## 5. Electron Microscopy

Scanning electron microscopy (SEM) was utilized to examine the damage on the outer surface of the cable. After abrasion testing, the wire samples were examined using Scanning Electron Microscopy to characterize the degree of damage to the coating. The insulated pipe produced much lower levels of abrasion and deposition on cable when compared to uncoated pipe. First, the as-received cable is shown in various magnifications in Figure 1. The cable after being pulled through the insulated pipe 20 times is shown in Figure 2; only moderate surface scratching and abrasion was observed. Another identical length of the same cable after being pulled through the uncoated pipe is shown in Figure 3; much deeper and more extensive scratching is observed on the cable, along with deposits of rust and other debris that can from the uncoated pipe.

## 6. Discussion

- Ä The abrasion caused by the insulated pipe covers approximately 25% of the surface of the cable.
- Ä The abrasion from the uncoated pipe covers around 70% of the cable and is deeper, with a much heavier amount of deposited residue and particulate observed.
- Ä The insulated pipe provides a higher electrical resistance than an uncoated pipe.
- Ä No statistically significant difference was observed in thermal conductivity of the 4" tubing with or without an insulated interior.
- Ä The pull force required to pull the cable through a testing arrangement was substantially less for the insulated conduit.

| Table 1: Force Required to Pull Wire Sample Through a 10 Ft. Tube Sample | | | | | | |
|---|---|---|---|---|---|---|
| **Sample** | **Test #1** | **Test #2** | **Test #3** | **Test #4** | **Test #5** | **Average** |
| **Coated** | 3.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.6 |
| **Uncoated** | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 |

| Table 2: Rate of Heat Transfer | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Sample** | 0 Min. | 0.5 Min. | 1 Min. | 2 Min. | 5 Min. | 8 Min. | 10 Min. | 15 Min. | 20 Min. |
| **Coated** | 77.4F | 95.8F | 108.2F | 140.4F | 213.8F | 268F | 290.8F | 316F | 318.4F |
| **Uncoated** | 77.4F | 90.9F | 107.4F | 135.6F | 207.4F | 257.8F | 278.2F | 299.6F | 317.6F |



15.0kV 9.1mm x350 BSE3D 3/20/2019                                        100um

*Figure 1: Scanning electron microscopy showing the condition of the As-received wire surface at 350X magnification.*



10.0kV 8.8mm x350 BSE3D 3/21/2019                    100um

*Figure 2: Scanning electron microscopy showing the condition of the wire tested with the insulated pipe at 350X magnification.*



10.0kV 8.6mm x350 BSE3D 3/21/2019                                    100um

*Figure 3: Scanning electron microscopy showing the condition of the wire tested with the uncoated pipe at 350X magnification.*

# EXHIBIT 2

| Bill of Lading Number | Shipment Date | Consignee | Consignee Full Address | Shipper | Shipper Full Address | Port of Lading | Port of Lading Country | Volume (TEU) | Gross Weight (kg) | tons | Value of Goods, CIF (USD) | Value of Goods, CIF (MXN) | HS Code | Goods Shipped | Customs Permit 1 Code | Customs Permit 1 Number | Customs Permit 2 Code | Customs Permit 2 Number | Customs Permit 3 Code | Customs Permit 3 Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | 136 | 1,496,941 | 1,497 | 1,968,974 | 41,765,431 | | | | | | | | |
| 0024312 | 2020-10-30 | Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611, Guadalupe, 25750 Monclova, Coah., Mexico | Piedras Negras (MX) | Mexico | 44 | 483,457 | 483 | 655,515 | 13,873,846 | 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012 | TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 4 PLG ESPESOR 0.083 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1 1/4 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3 1/2 PLG ESPESOR 0.083 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE | | | | | | |
| 0023818 | 2020-10-23 | Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611, Guadalupe, 25750 Monclova, Coah., Mexico | Piedras Negras (MX) | Mexico | 44 | 486,510 | 487 | 637,238 | 13,422,779 | 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012 | TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3 1/2 PLG ESPESOR 0.083 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO | | | | | | |
| 0023249 | 2020-10-15 | Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611, Guadalupe, 25750 Monclova, Coah., Mexico | Piedras Negras (MX) | Mexico | 37 | 403,940 | 404 | 520,490 | 11,121,669 | 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012 | TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0022071 | 2020-10-09 Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611 Guadalupe, 25750 Monclova, Coah., Mexico | Piedras Negras (MX) | Mexico | 9 | 102,134 | 102 | 129,411 | 2,781,441 | 0547902 | TUBERIA MT (ELECTRICAL METAL TUBING) TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. TUBERIA MT (ELECTRICAL METAL TUBING) TUBO METALICO ELECTRICO, DIAMETRO 1 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. TUBERIA MT ( ELECTRICAL METAL TUBING) TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. TUBERIA EMT ( ELECTRICAL METAL TUBING ) TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. TUBERIA MT (ELECTRICAL METAL TUBING) TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. |
| 0022899 | 2020-10-09 Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611 Guadalupe, 25750 Monclova, Coah., Mexico | Acuna (MX) | Mexico | 2 | 20,000 | 21 | 26,320 | 565,696 | 0547902 | TUBERIA EMT ( ELECTRICAL METAL TUBING ) TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. PCS: 10000 FEET: 100000 |

| Bill of Lading Number | Shipment Date | Consignee | Consignee Full Address | Shipper | Shipper Full Address | Shipment Destination | Port of Lading | Transport Method | Volume (TEU) | Gross Weight (kg) | Tons | Value of Goods, CIF (USD) | Value of Goods, CIF (MXN) | HS Code | Goods Shipped | Customs Permit 1 Code | Customs Permit 1 Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Aluminum Conduit | 7 | | 72,230 | 72 | 143,703 | 3,031,172 | 80 Correct tons | | | |
| | | | | | | | Steel Conduit (wrong HS Code) | 6 | | 65,835 | 66 | 115,290 | 2,452,595 | 73 | | | |
| | | | | | | | Steel Conduit (Correct HS Code) | 20 | | 215,337 | 215 | 376,957 | 7,922,630 | 237 | | | |
| 0025149 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 23,999 | 24 | 50,020 | 1,049,519 | 72166199; 76082001; 76082001; 76082001; 76082001; 76082001; 76082001; 76082001; 76082001; 76082001; 72166199 | UNICANAL PERFORADO DE 2X4; TUBO DE ALUMINIO MEDIDA 1; TUBO DE ALUMINIO MEDIDA 3; TUBO DE ALUMINIO MEDIDA 1 1/4; TUBO DE ALUMINIO MEDIDA 2 1/2; TUBO DE ALUMINIO MEDIDA 4; TUBO DE ALUMINIO MEDIDA 1 1/2; TUBO DE ALUMINIO MEDIDA 2; TUBO DE ALUMINIO MEDIDA 3/4; TUBO DE ALUMINIO MEDIDA 3/4; UNICANAL PERFORADO DE 4X4 | | |
| 0023986 | 2020-10-14 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 22,853 | 23 | 45,786 | 971,493 | 76082001; 72166199; 76082001; 76082001; 76082001; 72166199; 76082001; 76082001 | TUBO DE ALUMINIO MEDIDA 1; TUBO DE ALUMINIO MEDIDA 2; UNICANAL PERFORADO DE 4X4; TUBO DE ALUMINIO MEDIDA 3/4; TUBO DE ALUMINIO MEDIDA 1 1/4; TUBO DE ALUMINIO MEDIDA 4; TUBO DE ALUMINIO MEDIDA 3; UNICANAL PERFORADO DE 4X4; TUBO DE ALUMINIO MEDIDA 2 1/2; TUBO DE ALUMINIO MEDIDA 1 1/2 | | |
| 0024677 | 2020-10-22 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 25,378 | 25 | 47,897 | 1,010,160 | 76082001; 76082001; 76082001; 72166199; 72166199; 76082001; 72166199 | TUBO DE ALUMINIO MEDIDA 4; TUBO DE ALUMINIO MEDIDA 2 1/2; TUBO DE ALUMINIO MEDIDA 3/4; UNICANAL PERFORADO DE 4X4; UNICANAL PERFORADO DE 2X4; TUBO DE ALUMINIO MEDIDA 1; UNICANAL PERFORADO DE 4X4 | | |
| 0023816 | 2020-10-19 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Piedras Negras (MX) | Truck | 2 | 21,945 | 22 | 38,430 | 821,756 | 85479012 | TUBERIA CONDUIT GALVANIZADA EMT UL 797 INSULATED | | |
| 0023782 | 2020-10-14 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Piedras Negras (MX) | Truck | 4 | 43,890 | 44 | 76,860 | 1,630,839 | 85479012 | TUBERIA CONDUIT GALVANIZADA EMT UL 797 INSULATED | | |
| 0023923 | 2020-10-23 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 10 | 108,733 | 109 | 190,393 | 4,010,428 | 39235001; 73063003; 73063003; 73063003; 39235001; 73063003; 73063003; 39235001 | TAPON DE PLASTICO PARA TUBERIA; TUBO DE ACERO MEDIDA 3/4 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 3/4 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT; TAPON DE PLASTICO PARA TUBERIA; TUBO DE ACERO MEDIDA 3/4 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 3/4 TIPO CONDUIT EMT; TAPON DE PLASTICO PARA TUBERIA | C6; C6; C6; C6 | 003OM2000001; 003OM2000001; 003OM2000001; 003OM2000001 |
| 0025328 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 21,888 | 22 | 38,304 | 803,687 | 73063003 | TUBO DE ACERO MEDIDA 1 TIPO CONDUIT EMT | C6 | 003OM2000001 |
| 0025306 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 21,888 | 22 | 38,304 | 803,687 | 73063003 | TUBO DE ACERO MEDIDA 1 TIPO CONDUIT EMT | C6 | 003OM2000001 |
| 0025101 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 20,942 | 21 | 36,652 | 769,025 | 73063003 | TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT | C6 | 003OM2000001 |
| 0025060 | 2020-10-27 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 20,942 | 21 | 36,652 | 766,778 | 73063003 | TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT | C6 | 003OM2000001 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0025059 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marín, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 20,942 | 21 | 36,652 | 769.025 | 73063003; 73063003; 73063003 | TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT | C6; C6; C6 | 003OM2000001; 003OM2000001; 003OM2000001 |

# EXHIBIT 3

**Monthly U.S. Imports from Mexico**
Short Tons

| HTS Code | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7306.30.5028 | 1,189 | 1,618 | 1,575 | 1,488 | 1,531 | 694 | 2,124 | 1,684 | 1,334 | 2,010 | 1,072 | 644 |
| 8547.90.0020 | 3 | 2 | 2 | 2 | 1 | 24 | 3 | 23 | 12 | 382 | 673 | 2 |

| HTS Code | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7306.30.5028 | 1,490 | 685 | 1,518 | 2,011 | 2,240 | 2,724 | 3,003 | 3,040 | 3,042 | 2,572 | 2,629 | 2,134 |
| 8547.90.0020 | 3 | 3 | 8 | 0 | 0 | 2 | 0 | 0 | 0 | 4 | 7 | 0 |

| HTS Code | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| 7306.30.5028 | 4,146 | 4,039 | 4,641 | 3,887 | 2,770 | 4,341 | 5,337 | 5,139 | 2,210 | 557 |
| 8547.90.0020 | 9 | 4 | 7 | 0 | 1 | 0 | 0 | 0 | 0 | 3,873 |

Source: USITC DataWeb, imports for consumption.

# EXHIBIT 4



Nuestra Empresa    Infrastructure    Products    Fittings    Quality Policy    Contact Us

 



# Electric Met

Electric Metal Conduit is made of galvanized steel. EM
thin and lightweight, especially compared to IMC

Download

**Imperial**

## HTML Table Preview

| Trade Size | | Weight/10 Pc | | sdfg | | Outside Diameter | | FIELD6 | | Nominal Thickness | | FIELD8 | | Master Bundle Quantity | | FIELD10 | | Master Bundle Weight | | FIELD12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| in. | mm | lb. | kg. | | | in. | mm | | | in. | mm | | | ft. | | Piezas | | lb. | | kg | |
| 1/2 | 16 | 30 | 13.6 | | | 0.706 | 17.93 | | | 0.042 | 1.07 | | | 7000 | | 700 | | 2100 | | 952 | |
| 3/4 | 21 | 46 | 20.9 | | | 0.922 | 23.42 | | | 0.049 | 1.25 | | | 5000 | | 500 | | 2300 | | 1045 | |
| 1 | 27 | 67 | 30.4 | | | 1.163 | 29.54 | | | 0.057 | 1.45 | | | 3000 | | 300 | | 2010 | | 912 | |
| 1 1/4 | 35 | 101 | 45.8 | | | 1.510 | 38.35 | | | 0.065 | 1.65 | | | 2000 | | 200 | | 2020 | | 916 | |

| Trade Size | | Weight/10 Pc | sdfg | Outside Diameter | FIELD6 | Nominal Thickness | FIELD8 | Master Bundle Quantity | FIELD10 | Master Bundle Weight | FIELD12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 1/2 | 41 | 116 | 52.6 | 1.740 | 44.20 | 0.065 | 1.65 | 1500 | 150 | 1740 | 789 |
| 2 | 53 | 148 | 67.1 | 2.197 | 55.80 | 0.065 | 1.65 | 1200 | 120 | 1776 | 805.2 |
| 2 1/2 | 63 | 216 | 98 | 2.875 | 73.03 | 0.072 | 1.83 | 610 | 61 | 1317.6 | 597.8 |
| 3 | 78 | 263 | 119.3 | 3.500 | 88.90 | 0.072 | 1.83 | 510 | 51 | 1341.3 | 608.43 |
| 3 1/2 | 91 | 349 | 158.3 | 4.000 | 101.60 | 0.083 | 2.11 | 370 | 37 | 1291.3 | 585.71 |
| 4 | 103 | 393 | 178.3 | 4.500 | 114.30 | 0.083 | 2.11 | 300 | 30 | 1179 | 534.9 |

# Electric Metallic Tubing

Manufactured under the UL standard, weights, dimensions and packaging (10' lengths)

Our Electric Metal Conduit is made of galvanized steel. EMT is also called "thin-wall" conduit because it is thin and lightweight, especially compared to IMC. EMT is rigid but can be bent with a simple tool called a conduit bender. EMT is installed with couplings and fittings that are secured with a setscrew or compression-type fastener. The tubing is not threaded like IMC is. Common conduit sizes range from 1/2 inch to 4 inches in diameter. EMT conduit is coated with a hot galvanized coating on the exterior and a special corrosive-resistant coating on the inside to extend the conduit's lifespan

It is commonly used for exposed indoor wiring runs in residential and light commercial construction. It must be used with special watertight fittings to be used outdoors in exposed locations.

All EMT conduit tubing are UL 1242 certified, manufactured at ISO 9001-2015 certified facilities and meet all the technical requirements for electrical installations

 Catalog





## About Us

At Quality Tube we strive everyday in being the best option for our customers offering a variety of conduit Tube always in stock as well as all your required fittings, always trying to fulfill your requirements.

🇺🇸 English ▼

## Quality Tube

📍 Libramiento Carlos Salinas de Gortari Num. 7700
Col. Curva de Juan Sanchez
Monclova, Coahuila, Mexico
C.P.25785

📞 (866) 158-7700

✉ ventas@qualitytube.com.mx

- Nuestra Empresa
  - About Us
  - Mission and Vision
  - Our Values
- Infrastructure
- Products
  - Electrical Metallic Tubing
  - Intermediate Metallic Conduit
- Fittings
  - Fittings for EMT
  - Fittings for IMC
- Quality Policy
- Contact Us

© 2020 Quality Tube. All Rights Reserved.

 



Nuestra Empresa    Infrastructure    **Products**    Fittings    Quality Policy    Contact Us

 



# Intermediate M

Intermediate metal conduit, or IMC, is a rugged steel ...
strong connections. It was designed specifically to pr...
does the work of heavier metal conduit, rigid metal c...

Download

| | Imperial | Metric |
|---|---|---|

| Trade Size | Max. external diamater | Min. external diameter | Max. thickness | Min. thickness | Length w/o coupling |
|---|---|---|---|---|---|
| ½ IN. | 0.820 IN. | 0.810 IN. | 0.085 IN. | 0.070 IN. | 9' -11/14" |
| ¾ IN. | 1.034 IN. | 1.024 IN. | 0.090 IN. | 0.075 IN. | 9' -11/14" |
| 1 IN. | 1.295 IN. | 1.285 IN. | 0.100 IN. | 0.085 IN. | 9' -11" |
| 1-¼ IN. | 1.645 IN. | 1.63 IN. | 0.105 IN. | 0.085 IN. | 9' -11" |
| 1-½ IN. | 1.890 IN. | 1.875 IN. | 0.110 IN. | 0.090 IN. | 9' -11" |
| 2 IN. | 2.367 IN. | 2.352 IN. | 0.115 IN. | 0.095 IN. | 9' -11" |
| 2-½ IN. | 2.867 IN. | 2.847 IN. | 0.160 IN. | 0.140 IN. | 9'10-½" |
| 3 IN. | 3.486 IN. | 3.466 IN. | 0.160 IN. | 0.140 IN. | 9' 10-½" |
| 3-½ IN. | 3.981 IN. | 3.961 IN. | 0.160 IN. | 0.140 IN. | 9' 10-¼" |

| Trade Size | Max. external diamater | Min. external diameter | Max. thickness | Min. thickness | Length w/o coupling |
|------------|------------------------|------------------------|----------------|----------------|---------------------|
| 4 IN. | 4.476 IN. | 4.456 IN. | 0.160 IN. | 0.140 IN. | 9'10-¼" |

Intermediate metal conduit, or IMC, is a rigid steel electrical conduit designed for outdoor exposure and strong connections. It was designed specifically to protect insulated electrical conductors and cables. It does the work of a similar metal conduit, rigid metal conduit (RMC), but weighs about a third less. By utilizing IMC in any areas allowed, you can all but eliminate the need for a heavier-walled conduit.

IMC conduit is coated with a hot galvanized coating on the exterior and a special corrosive-resistant coating on the inside to extend the conduit's lifespan. Common conduit sizes range from 1/2 inch to 4 inches in diameter. It is sold in 10-foot lengths, with or without threaded ends

# Intermediate Metallic Conduit

Manufactured under the UL standard

All IMC is UL 1242 certified, manufactured at ISO 9001-2015 certified facilities and meet all the technical requirements for electrical installations

Catalog 





## About Us

At Quality Tube we strive everyday in being the best option for our customers offering a variety of conduit Tube always in stock as well as all your required fittings, always trying to fulfill your requirements.

🇺🇸 English ▼

## Quality Tube

📍 Libramiento Carlos Salinas de Gortari Num. 7700
Col. Curva de Juan Sanchez
Monclova, Coahuila, Mexico
C.P.25785

📞 (866) 158-7700

✉ ventas@qualitytube.com.mx

- Nuestra Empresa
  - About Us
  - Mission and Vision
  - Our Values
- Infrastructure
- Products
  - Electrical Metallic Tubing
  - Intermediate Metallic Conduit
- Fittings
  - Fittings for EMT
  - Fittings for IMC
- Quality Policy
- Contact Us

© 2020 Quality Tube. All Rights Reserved.







En QUALITY TUBE  dedicamos nuestro mejor esfuerzo en ser la mejor
opción para nuestros clientes ofreciendo  existencia y variedad de
Tubo conduit EMT, IMC, Etiqueta Verde y  Etiqueta Amarilla , pretendiendo
 siempre cumplir con sus requerimientos.



www.qualitytube.com.mx

Tel.- (866)158-7700

Estamos Ubicados en Monclova Coahuila Libramiento Carlos Salinas de Gortari  Num. 7700 Col. Curva de Juan Sanchez CP.25785



# TUBO EMT (Electric Metalic Tubing)

## Fabricado bajo la NORMA UL




TUBO CONDUIT EMT ( LIVIANO) APLICACIONES: La línea EMT conduit se denomina por los usuarios finales como tubo conduit de pared delgada sin rosca, puede ser instalada en interiores o al aire libre, expuesto u oculto, proporciona una protección mecánica a los conductores eléctricos en las instalaciones eléctricas. Ideal para centros comerciales, industriales, hospitalarios, empresariales, inmobiliaria, etc. Es de uso general y a diferencia del tubo IMC, es menos costoso y más ligero.

MATERIAL STANDARD: Están fabricados en acero al carbón, son galvanizados por el Exterior en un proceso continuo por Inmersión en Caliente y pintados por el interior, con una pintura especial resistente a la corrosión que permite el fácil deslizamiento de los cables por su interior.

| Trade size Denominación | | Outside diameter Diametro Exterior | | Minimum wall thickness Espesor minimo | | Standard weight Peso | | Lenght Longitud |
|---|---|---|---|---|---|---|---|---|
| IN. | mm | pulgadas | mm | IN. | mm | lbs/ft | kg/m | pies/mm |
| 1/2 | 16 | 0.706 | 17.93 | 0.042 | 1.07 | 0.285 | 0.424 | 10(3050) |
| 3/4 | 21 | 0.922 | 23.42 | 0.049 | 1.24 | 0.435 | 0.647 | 10(3050) |
| 1 | 27 | 1.163 | 29.54 | 0.057 | 1.45 | 0.640 | 0.952 | 10(3050) |
| 1 -1/4 | 35 | 1.510 | 38.35 | 0.065 | 1.65 | 0.950 | 1.414 | 10(3050) |
| 1-1/2 | 41 | 1.740 | 44.20 | 0.065 | 1.65 | 1.10 | 1.637 | 10(3050) |
| 2 | 53 | 2.196 | 55.80 | 0.065 | 1.65 | 1.40 | 2.083 | 10(3050) |
| 2- 1/2 | 63 | 2.875 | 73.03 | 0.072 | 1.83 | 2.32 | 3.450 | 10(3050) |
| 3 | 78 | 3.500 | 88.90 | 0.072 | 1.83 | 2.80 | 4.164 | 10(3050) |
| 3- 1/2 | 91 | 4.000 | 101.60 | 0.083 | 2.11 | 3.37 | 5.013 | 10(3050) |
| 4 | 103 | 4.500 | 114.30 | 0.083 | 2.11 | 3.78 | 5.623 | 10(3050) |

El Tubo EMT de Quality Tube SA de CV está fabricado para atender las necesidades del mercado Nacional que lo requiera y principalmente para el mercado Estadounidense, ya que el tubo es fabricado bajo la NORMA AMERICANA UL 797.





# TUBO EMT (Electric Metalic Tubing)

## Fabricado bajo la NORMA UL




| Trade size | | Pieces/bundle | Tape Color | Pieces/lift | Weight/lift | |
| Denominación | | piezas/atado | Color cinta | piezas/paquete | peso/paquete | |
| IN. | mm | pzas | color | piezas | kgs. | lbs |
|---|---|---|---|---|---|---|
| 1/2 | 16 | 10 | Negra | 700 | 925.40 | 419.75 |
| 3/4 | 21 | 10 | Roja | 500 | 997.00 | 452.23 |
| 1 | 27 | 10 | Azul | 300 | 886.50 | 402.11 |
| 1 -1/4 | 35 | 5 | Roja | 200 | 897.00 | 406.87 |
| 1-1/2 | 41 | 5 | Negra | 150 | 780.10 | 353.85 |
| 2 | 53 | 3 | Azul | 120 | 793.90 | 360.11 |
| 2- 1/2 | 63 | N/A | N/A | 61 | 597.00 | 270.79 |
| 3 | 78 | N/A | N/A | 51 | 610.00 | 276.69 |
| 3- 1/2 | 91 | N/A | N/A | 37 | 596.50 | 270.57 |
| 4 | 103 | N/A | N/A | 30 | 521.00 | 236.32 |







# TUBO EMT (Electric Metalic Tubing)

**ETIQUETA VERDE**




TUBOS METÁLICOS RÍGIDOS DE ACERO TIPO LIGERO

| Denominación | | Diametro Exterior | | Espesor minimo | | Longitud | Cantidad de tubos por atado | Cantidad de tubos por paquete | Peso por paquete |
|---|---|---|---|---|---|---|---|---|---|
| IN. | mm | pulgadas | mm | IN. | mm | mm | piezas | piezas | kgs. |
| 1/2 | 13 | 0.706 | 17.93 | 0.042 | 1.07 | 3000 | 10 | 700 | 925.40 |
| 3/4 | 19 | 0.922 | 23.42 | 0.042 | 1.07 | 3000 | 10 | 500 | 997.00 |
| 1 | 25 | 1.163 | 29.54 | 0.060 | 1.52 | 3000 | 10 | 300 | 886.50 |
| 1 -1/4 | 32 | 1.510 | 38.35 | 0.060 | 1.52 | 3000 | 5 | 200 | 897.00 |
| 1-1/2 | 38 | 1.740 | 44.20 | 0.060 | 1.52 | 3000 | 5 | 150 | 780.10 |
| 2 | 51 | 2.196 | 55.80 | 0.060 | 1.52 | 3000 | 3 | 120 | 793.90 |
| 2- 1/2 | 63 | 2.875 | 73.03 | 0.072 | 1.83 | 3000 | N/A | 61 | 597.00 |
| 3 | 78 | 3.500 | 88.90 | 0.072 | 1.83 | 3000 | N/A | 51 | 610.00 |
| 4 | 103 | 4.500 | 114.30 | 0.083 | 2.11 | 3000 | N/A | 30 | 521.00 |

Tubo conduit para el Mercado Nacional denominado ETIQUETA VERDE

## Fabricado bajo la NORMA NMX-J-536-ANCE-2018

En un proceso de galvanizado continuo, se aplica una capa de zinc por el exterior del tubo a través de un sistema por inmersión en caliente y por el interior del tubo se aplica pintura anticorrosiva especial para el deslizamiento de cables.





# TUBO EMT (Electric Metalic Tubing)
## ACCESORIOS PARA TUBO METÁLICO RÍGIDO TIPO LIGERO



| CODO 90° | | Radio | longitud |
|---|---|---|---|
| Denominación | | | |
| IN. | mm | mm | mm |
| 1/2 | 13 | 102 | 38 |
| 3/4 | 19 | 114 | 38 |
| 1 | 25 | 146 | 48 |
| 1 -1/4 | 32 | 184 | 51 |
| 1-1/2 | 38 | 210 | 51 |
| 2 | 51 | 241 | 51 |
| 2- 1/2 | 63 | 267 | 76 |
| 3 | 78 | 330 | 96 |
| 4 | 103 | 406 | 86 |



**COPLE**

| COPLE Etiqueta Verde sin rosca | | piezas por bolsa |
|---|---|---|
| Denominación | | |
| IN. | mm | pzas |
| 1/2 | 13 | 100 |
| 3/4 | 19 | 60 |
| 1 | 25 | 40 |
| 1 -1/4 | 32 | 20 |
| 1-1/2 | 38 | 15 |
| 2 | 51 | 10 |



**CODO 90°**

**CONECTOR**



Codos EMT
Aplicaciones:• Se usan para introducir un ángulo de 90° entre dos tramos de tubería EMT o conduit pared delgada.
Características:• La curvatura se usa para lograr un encaje apropiado en lugares específicos o para girar o cambiar el sentido de la tubería.• Para uso en concreto.• Fabricados en acero con acabado galvanizado para ofrecer una mayor resistencia a la corrosión.
Certificaciones y homologaciones:• Certificación UL

| Conector Etiqueta verde sin rosca | | | piezas por bolsa |
|---|---|---|---|
| Denominación | | Longitud | |
| IN. | mm | mm | pzas |
| 1/2 | 13 | 36 | 100 |
| 3/4 | 19 | 37 | 60 |
| 1 | 25 | 46 | 40 |
| 1 -1/4 | 32 | 52 | 20 |
| 1-1/2 | 38 | 52 | 15 |
| 2 | 51 | 51 | 10 |



# TUBO IMC (Intermediate Metalic Conduit)
## Fabricado bajo la NORMA UL




TUBO CONDUIT IMC ( SEMI-PESADO) APLICACIONES: La línea IMC conduit se denomina por los usuarios finales como tubo conduit de pared intermedia con rosca, puede ser instalada en interiores o al aire libre, expuesto u oculto, proporciona una protección mecánica a los conductores eléctricos en las instalaciones eléctricas Es apropiado para las instalaciones de industrias cementeras, procesadora de alimentos, Textiles, Minería, almacenes, centros comerciales, etc. Es de uso general y a diferencia del tubo EMT, es mas resistente y tiene rosca en ambos lados, se vende con cople en un lado y tapón de plástico en el otro para proteger la rosca.

MATERIAL STANDARD: Están fabricados en acero al carbón, son galvanizados por el Exterior en un proceso continuo por Inmersión en Caliente y pintados por el interior, con una pintura especial resistente a la corrosión que permite el fácil deslizamiento de los cables por su interior.

| Trade size | | Outside diameter Maximum | | Outside diameter Minimum | | Wall Thickness Maximum | | Wall Thickness Minimum | | lenght with out couple | |
| Denominación | | Diam.Exterior Max. | | Diam. Exterior Min. | | Espesor Max. | | Espesor Min. | | Longitud sin cople | |
| IN. | mm | IN. | mm | IN. | mm | IN. | mm | IN. | mm | IN. | mm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2 | 16 | 0.820 | 20.83 | 0.810 | 20.57 | 0.085 | 2.16 | 0.070 | 1.79 | 9'-11/14" | 3030 |
| 3/4 | 21 | 1.034 | 26.26 | 1.024 | 26.01 | 0.090 | 2.29 | 0.075 | 1.90 | 9'-11/14" | 3030 |
| 1 | 27 | 1.295 | 32.89 | 1.285 | 32.64 | 0.100 | 2.54 | 0.085 | 2.16 | 9'-11" | 3025 |
| 1 -1/4 | 35 | 1.645 | 41.78 | 1.63 | 41.40 | 0.105 | 2.67 | 0.085 | 2.16 | 9'-11" | 3025 |
| 1-1/2 | 41 | 1.890 | 48.01 | 1.875 | 47.62 | 0.110 | 2.79 | 0.090 | 2.29 | 9'-11" | 3025 |
| 2 | 53 | 2.367 | 60.12 | 2.352 | 59.74 | 0.115 | 2.92 | 0.095 | 2.41 | 9'-11" | 3025 |
| 2- 1/2 | 63 | 2.867 | 72.82 | 2.847 | 72.31 | 0.160 | 4.06 | 0.140 | 3.56 | 9' 10-1/2" | 3010 |
| 3 | 78 | 3.486 | 88.54 | 3.466 | 88.04 | 0.160 | 4.06 | 0.140 | 3.56 | 9' 10-1/2" | 3010 |
| 3- 1/2 | 91 | 3.981 | 101.12 | 3.961 | 100.61 | 0.160 | 4.06 | 0.140 | 3.56 | 9' 10-1/4" | 3005 |
| 4 | 103 | 4.476 | 113.69 | 4.456 | 113.18 | 0.160 | 4.06 | 0.140 | 3.56 | 9' 10-1/4" | 3005 |

Los tubos conduit IMC cuentan con la certificación UL 1242, se fabrican en instalaciones certificadas por ISO 9001-2000 y cumplen con todos los requisitos técnicos exigidos para las instalaciones eléctricas






# TUBO IMC (Intermediate Metalic Conduit)

## Fabricado bajo la NORMA UL




| Trade size Denominación | | Pieces/bundle piezas/atado | Tape Color Color cinta | Pieces/lift piezas/paquete | Weight/lift peso/paquete | |
|---|---|---|---|---|---|---|
| IN. | mm | pzas | color | piezas | kgs. | lbs |
| 1/2 | 16 | 10 | Amarillo | 350 | 1000.3 | 453.73 |
| 3/4 | 21 | 5 | Verde | 250 | 910.8 | 413.11 |
| 1 | 27 | 5 | Naranja | 170 | 907.0 | 411.39 |
| 1 -1/4 | 35 | N/A | Verde | 135 | 928.7 | 421.24 |
| 1-1/2 | 41 | N/A | Amarillo | 110 | 878.0 | 398.26 |
| 2 | 53 | N/A | Naranja | 80 | 941.4 | 426.99 |
| 2- 1/2 | 63 | N/A | Amarillo | 37 | 740.1 | 335.69 |
| 3 | 78 | N/A | Naranja | 30 | 728.8 | 330.57 |
| 3- 1/2 | 91 | N/A | Amarillo | 24 | 669.4 | 303.65 |
| 4 | 103 | N/A | Naranja | 24 | 757.6 | 343.63 |



TAPON IMC

COPLE  IMC  CON ROSCA  CONICA NPT

### ■ ROSCADO

Los tubos se roscan según la norma ANSI B1.20.1 (NTC 332), tipo NPT y se suministran con una unión conduit de rosca tipo NPS que cumple con la norma UL 1242 acoplada en un extremo, y en el otro, un protector plástico cuyo color varía de acuerdo con la siguiente tabla.

| | |
|---|---|
| ½", 1½", 2½", 3½" | Amarillo |
| ¾" , 1¼" | Verde |
| 1" , 2" , 3" , 4" | Naranja |



**TUBERIA PESADA INTERMEDIA**

**ETIQUETA AMARILLA**

 

| TUBERIA PESADA INTERMEDIA/ ETIQUETA AMARILLA | | | | | | | Cantidad de tubos por atado | Cantidad de tubos por paquete | Peso por tubo |
|---|---|---|---|---|---|---|---|---|---|
| Denominación | | Diametro Exterior | | Espesor minimo | | Longitud | | | |
| IN. | mm | IN. | mm | IN. | mm | mm | piezas | piezas | kgs. |
| 1/2 | 13 | 0.803 | 20.40 | 0.060 | 1.52 | 3000 | 20 | 400 | 2.18 |
| 3/4 | 19 | 1.000 | 25.40 | 0.060 | 1.52 | 3000 | 10 | 200 | 2.75 |
| 1 | 25 | 1.260 | 32.00 | 0.075 | 1.91 | 3000 | 10 | 100 | 4.29 |
| 1 -1/4 | 32 | 1.594 | 40.50 | 0.075 | 1.91 | 3000 | 5 | 100 | 5.55 |
| 1-1/2 | 38 | 1.826 | 46.40 | 0.075 | 1.91 | 3000 | 5 | 100 | 6.39 |
| 2 | 51 | 2.318 | 58.90 | 0.090 | 2.29 | 3000 | 3 | 48 | 9.76 |
| 2- 1/2 | 63 | 2.874 | 73.00 | 0.134 | 3.40 | 3000 | 1 | 37 | 16.43 |
| 3 | 78 | 3.500 | 88.90 | 0.134 | 3.40 | 3000 | 1 | 37 | 20.17 |
| 4 | 103 | 4.500 | 114.30 | 0.134 | 3.40 | 3000 | 1 | 7 | 26.94 |

Tubo conduit para el Mercado Nacional denominado ETIQUETA AMARILLA

## Fabricado bajo la NORMA NMX-J-535-ANCE-2018

En un proceso de galvanizado continuo, se aplica una capa de zinc
por el exterior del tubo a través de un sistema  por inmersión en
caliente y por el interior del tubo se aplica pintura anticorrosiva
especial para el deslizamiento de cables.







## ACCESORIOS

| CODO 90° ETIQUETA AMARILLA con rosca | | Radio | longitud |
|---|---|---|---|
| Denominación | | | |
| IN. | mm | mm | mm |
| 1/2 | 13 | 102 | 38 |
| 3/4 | 19 | 114 | 38 |
| 1 | 25 | 146 | 48 |
| 1 -1/4 | 32 | 184 | 51 |
| 1-1/2 | 38 | 210 | 51 |
| 2 | 51 | 241 | 51 |
| 2- 1/2 | 64 | 267 | 76 |
| 3 | 76 | 330 | 96 |
| 4 | 103 | 406 | 86 |

| COPLE Etiqueta Amarilla con rosca | | piezas por bolsa |
|---|---|---|
| Denominación | | |
| IN. | mm | pzas |
| 1/2 | 13 | 100 |
| 3/4 | 19 | 60 |
| 1 | 25 | 40 |
| 1 -1/4 | 32 | 20 |
| 1-1/2 | 38 | 15 |
| 2 | 51 | 10 |
| 2- 1/2 | 64 | 1 |
| 3 | 76 | 1 |
| 4 | 103 | 1 |

**CODO 90°**

**COPLE**





# EXHIBIT 5

# EMT RYMCO®

## Electrical Metallic Tubing



RYMCO®
CALIDAD 360

- **Standards Compliance :** ANSI C80-3  Underwriters Laboratories Ul 797.

- **Hot dipped galvanized** by immersion whit a triple layer of protection against corrosion and abrasion the interior wall is covered whit a specially formulated non- corrosive lubricating coating, Freedon Coat.

- **Used for Commercial and Home installations** in electrical systems.

- **Standard length: 10 feet.**





PEMEX®

## Tubería EMT* UL 797 / Electrical Metallic Tubing EMT* Steel

| Diámetro Nominal Nominal Size | | Peso 10 tramos Weight 10 Unit Lengths | | Diámetro Externo(1) Outside Diameter(1) | | Espesor Nominal (2) Nominal Thickness(2) | | Color de cinta Tape Color | Piezas x atado Pieces x bundle | Piezas x paquete Pieces x lift |
|---|---|---|---|---|---|---|---|---|---|---|
| in. | mm. | lb. | kg. | in. | mm. | in. | mm. | | | |
| 1/2" | 16 | 30 | 13.6 | 0.706 | 17.93 | 0.042 | 1.07 | Black | 10 | 700 |
| 3/4" | 21 | 46 | 20.9 | 0.922 | 23.42 | 0.049 | 1.25 | Red | 10 | 500 |
| 1" | 27 | 67 | 30.4 | 1.163 | 29.54 | 0.057 | 1.45 | Blue | 10 | 300 |
| 1 1/4" | 35 | 101 | 45.8 | 1.510 | 38.35 | 0.065 | 1.65 | Red | 5 | 200 |
| 1 1/2" | 41 | 116 | 52.6 | 1.740 | 44.20 | 0.065 | 1.65 | Black | 5 | 150 |
| 2" | 53 | 148 | 67.1 | 2.197 | 55.80 | 0.065 | 1.65 | --- | --- | 120 |
| 2 1/2" | 63 | 216 | 98.0 | 2.875 | 73.03 | 0.072 | 1.83 | --- | --- | 61 |
| 3" | 78 | 263 | 119.3 | 3.500 | 88.90 | 0.072 | 1.83 | --- | --- | 51 |
| 3 1/2" | 91 | 349 | 158.3 | 4.000 | 101.60 | 0.083 | 2.11 | --- | --- | 37 |
| 4" | 103 | 393 | 178.3 | 4.500 | 114.30 | 0.083 | 2.11 | --- | --- | 30 |

**Nota:** Tolerancias Aplicables
**Note:** Applicable Tolerances

**\* Recubrimiento Híbrido Interior Aislante y Anticorrosivo**
**\* Interior Insulated Coating**

**Largo/Length:** 10 Ft. (3.05m) +1/4 in. (+6.35mm)
(1) 1/2"- 2" +/- 0.005 in. (16- 53 +/- 0.13mm), 2 1/2" +/ 0.010 in. (63 +/ 0.25mm),
3" +/- .015 in. (78 +/- 0.38mm), 3 1/2" - 4" +/- 0.020 in. (91 - 103 +/-0.51mm) (2)
Solo informativo no requerimiento UL. For info. Only not a UL requirement.



Conduit RYMCO, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials here in are submitted solely for evaluation by others and since the use of its information is not within it's control, Conduit RYMCO assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material included here is from the date of publication and is subject to the possibility of change without prior notice. For certification see contact information.



# RMC
## Rigid Metallic Conduit



## RMC - Rigid Metallic Conduit

* **Standards Compliance:** ANSI C80-1
  **Underwriters Laboratories UL 6**

* **Hot dipped galvanized on both exterior and interior surfaces with the best quality molten Zinc.**

* **Threads are galvanized after cutting**

* **Used for industrial installations in electrical systems**

* **Standard length: 10 feet**

* **Coupling included**

* **Protection: provides exceptional physical protection, reduces exposure to EMF, shields against Electro-Magnetic Interference (EMI) and provides an excellent electrical path to ground.**

PEMEX® CE c(UL)us

## TUBERIA CONDUIT RIGIDA UL-6 / RIGID METAL CONDUIT STEEL    RMC

| Diametro Nominal Nominal Size | | Peso 10 tramos Weight 10 Unit Lengths | | Diametro Externo (1) Outside Diameter (1) | | Espesor Nominal (1) Nominal Thickness (1) | | Color de tapon Thread Prot. Color | Piezas x atado Pieces x bundle | Piezas x paquete Pieces x lift |
|---|---|---|---|---|---|---|---|---|---|---|
| in. | mm. | lb. | kg. | in. | mm. | in. | mm. | | | |
| 1/2" | 16 | 82 | 37.20 | 0.840 | 21.34 | 0.104 | 2.64 | Black | 10 | 250 |
| 3/4" | 21 | 109 | 49.44 | 1.050 | 26.67 | 0.107 | 2.72 | Red | 5 | 200 |
| 1" | 27 | 161 | 73.03 | 1.315 | 33.40 | 0.126 | 3.2 | Blue | 5 | 125 |
| 1 1/4" | 35 | 218 | 98.88 | 1.660 | 42.16 | 0.133 | 3.38 | Red | --- | 90 |
| 1 1/2" | 41 | 263 | 119.30 | 1.900 | 48.26 | 0.138 | 3.51 | Black | --- | 80 |
| 2" | 53 | 350 | 158.76 | 2.375 | 60.33 | 0.146 | 3.71 | Blue | --- | 60 |
| 2 1/2" | 63 | 559 | 253.56 | 2.875 | 73.03 | 0.193 | 4.9 | Black | --- | 37 |
| 3" | 78 | 727 | 329.77 | 3.500 | 88.90 | 0.205 | 5.21 | Blue | --- | 30 |
| 3 1/2" | 91 | 880 | 399.17 | 4.000 | 101.60 | 0.215 | 5.46 | Black | --- | 25 |
| 4" | 103 | 1030 | 467.21 | 4.500 | 114.30 | 0.225 | 5.72 | Blue | --- | 20 |
| 5" | 127 | 1400 | 635 | 5.563 | 141.30 | 0.255 | 6.5 | Blue | --- | 15 |
| 6" | 155 | 1840 | 834.62 | 6.625 | 168.28 | 0.266 | 6.76 | Blue | --- | 10 |

Nota: Tolerancias Aplicables

Largo/Length: 10 Ft. (3.05m) w/coupling +/- 1/4 in. (+/- 6mm)

Note: Applicable Tolerances

(1) Solo informativo no requerimiento UL. For info. Only not a UL requirement

Conduit RYMCO, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials here in are submitted solely for evaluation by others and since the use of its information is not within it's control, Conduit RYMCO assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material included here is from the date of publication and is subject to the possibility of change without prior notice. For certification see contact information.



# IMC  RYMCO®

## Intermediate Metallic Conduit





RYMCO®

C A L I D A D  3 6 0

- Hot dipped galvanized by immersion whit a triple layer of protection against corrosion and abrasion the interior wall is covered whit a specially formulated non- corrosive lubricating coating, Freedon Coat.

- Threads are galvanized after cutting.

- Used for industrial installations in electrical systems.

- Standard length: 10 feet.

- Coupling included





## Tubería IMC / Intermediate Metallic Conduit Steel

| Diámetro Nominal | | Peso 10 tramos | | Diámetro Externo (1) | | Espesor Nominal (1) | | Color de tapón | Piezas x atado | Piezas x paquete |
| Nominal Size | | Weight 10 Unit Lengths | | Outside Diameter (1) | | Nominal Thickness (1) | | Thread Prot. Color | Pieces x bundle | Pieces x lift |
| in. | mm. | lb. | kg. | in. | mm. | in. | mm. | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|
| 1/2" | 16 | 62 | 28.12 | 0.815 | 20.70 | 0.078 | 1.97 | Yellow | 10 | 350 |
| 3/4" | 21 | 84 | 38.10 | 1.029 | 26.26 | 0.083 | 2.1 | Green | 5 | 250 |
| 1" | 27 | 119 | 53.98 | 1.290 | 32.77 | 0.093 | 2.35 | Orange | 5 | 170 |
| 1 1/4" | 35 | 158 | 71.67 | 1.638 | 41.59 | 0.095 | 2.41 | Green | --- | 135 |
| 1 1/2" | 41 | 194 | 88.00 | 1.883 | 47.82 | 0.100 | 2.54 | Yellow | --- | 110 |
| 2" | 53 | 256 | 116.12 | 2.360 | 59.93 | 0.105 | 2.67 | Orange | --- | 80 |
| 2 1/2" | 63 | 441 | 200.04 | 2.857 | 72.57 | 0.150 | 3.81 | Yellow | --- | 37 |
| 3" | 78 | 543 | 246.30 | 3.476 | 88.29 | 0.150 | 3.81 | Orange | --- | 30 |
| 3 1/2" | 91 | 629 | 285.31 | 3.971 | 100.86 | 0.150 | 3.81 | Yellow | --- | 24 |
| 4" | 103 | 700 | 317.52 | 4.466 | 113.44 | 0.150 | 3.81 | Orange | --- | 24 |

Nota: Tolerancias Aplicables
Note: Applicable Tolerances

Largo/Length: 10 Ft. (3.05m) w/coupling +/- 1/4 in. (+/-6mm)
(1) Promedio de máx. y mín. de ÚL 1242. / Average from max. and min. from UL 1242.

Conduit RYMCO, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials here in are submitted solely for evaluation by others and since the use of its information is not within it's control, Conduit RYMCO assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material included here is from the date of publication and is subject to the possibility of change without prior notice. For certification see contact information.

# EMT RYMCO® REAL COLOR®



RYMCO®
CALIDAD 360

- **Available in 8 vibrant colors, produced from our standard galvanized EMT. Trade sizes 1/2 -4.**

- **Don't waste time spray-painting or taping - we have a full rainbow of Color EMT in stock and ready to ship.**

- **Please note - conduit color is for purposes of identification only. Color shades and tones can vary per piece.**

- **Freedon Coat in the interior for a better wiring.**

RYMCO's Real Color® EMT :



**White EMT**
* Blends in light colored areas
* Open architecture

**Yellow EMT**
* Blends in Dark Colored Areas / Caution Areas
* Special Equipment

**Pink EMT**
* Hospitals
* Special occasions

**Green EMT**
* Hospital and Healthcare Areas
* Nurse Call Stations
* Critical Circuits

**Orange EMT**
* Construction / Research Areas
* Fiber Optic Systems
* Auto Repair / Maintenance

**Silver EMT**
* Blends in Light Colored Areas.

**Purple EMT**
* Specialty Wiring Systems
* Security Systems

**Blue EMT**
* Low Voltage Wiring
* Data Com / Video / Network Security

**Red EMT**
* Emergency Circuits
* Fire Alarm and Security Systems

**Black EMT**
* Blends in Dark Colored Areas

## Tubería EMT* UL 797 / Real Color EMT*

| Diámetro Nominal Nominal Size | | Peso 10 tramos Weight 10 Unit Lengths | | Diámetro Externo(1) Outside Diameter(1) | | Espesor Nominal (2) Nominal Thickness(2) | | Color de cinta Tape Color | Piezas x atado Pieces x bundle | Piezas x paquete Pieces x lift |
|---|---|---|---|---|---|---|---|---|---|---|
| in. | mm. | lb. | kg. | in. | mm. | in. | mm. | | | |
| 1/2" | 16 | 30 | 13.6 | 0.706 | 17.93 | 0.042 | 1.07 | Black | 10 | 700 |
| 3/4" | 21 | 46 | 20.9 | 0.922 | 23.42 | 0.049 | 1.25 | Red | 10 | 500 |
| 1" | 27 | 67 | 30.4 | 1.163 | 29.54 | 0.057 | 1.45 | Blue | 10 | 300 |
| 1 1/4" | 35 | 101 | 45.8 | 1.510 | 38.35 | 0.065 | 1.65 | Red | 5 | 200 |
| 1 1/2" | 41 | 116 | 52.6 | 1.740 | 44.20 | 0.065 | 1.65 | Black | 5 | 150 |
| 2" | 53 | 148 | 67.1 | 2.197 | 55.80 | 0.065 | 1.65 | --- | --- | 120 |
| 2 1/2" | 63 | 216 | 98.0 | 2.875 | 73.03 | 0.072 | 1.83 | --- | --- | 61 |
| 3" | 78 | 263 | 119.3 | 3.500 | 88.90 | 0.072 | 1.83 | --- | --- | 51 |
| 3 1/2" | 91 | 349 | 158.3 | 4.000 | 101.60 | 0.083 | 2.11 | --- | --- | 37 |
| 4" | 103 | 393 | 178.3 | 4.500 | 114.30 | 0.083 | 2.11 | --- | --- | 30 |

**Nota: Tolerancias Aplicables**
**Note: Applicable Tolerances**

**\* Recubrimiento Hibrido Interior Aislante y Anticorrosivo**
**\* Interior Insulated Coating**

Largo/Length: 10 Ft. (3.05m) +/-1/4 in. (+/6.35mm)
(1) 1/2"- 2" +/- 0.005 in. (16-53 +/-0.13mm), 2 1/2" +/-0.010 in. (63 +/0.25mm),
3" +/- .015 in. (78 +/- 0.38mm), 3 1/2" - 4" +/- 0.020 in. (91 - 103 +/-0.51mm) (2)
Solo informativo no requerimiento UL. For info. Only not a UL requirement.

Conduit RYMCO, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials here in are submitted solely for evaluation by others and since the use of its information is not within it's control, Conduit RYMCO assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material included here is from the date of publication and is subject to the possibility of change without prior notice. For certification see contact information.

# EXHIBIT 6



# ABOUT WHEATLAND

At Wheatland Tube, we've been making it easy for our customers to stock and install our products since we began manufacturing in 1931. We trace our legacy of service all the way back to 1877, when John Maneely, the founder of Wheatland's parent company, began selling pipe, valves and fittings in Philadelphia.

Today, Wheatland is a division of Zekelman Industries, the largest independent steel pipe and tube manufacturer in North America and a leader in modular construction innovations. We're proud to serve the industry with our expansive portfolio of American-made products and best-in-class technologies that MAKE IT eZ for distributors to work with us.



We support AMERICAN METAL.
Learn about the initiative





# ELECTRICAL CONDUIT/EC&N

At Wheatland Tube, we MAKE IT eZ to stock all the electrical conduit your customers need. They're all available for next-day delivery from our 21 strategically located stocking warehouses.

**Learn how we MAKE IT eZ**

SHARE 

**Try electronic data interchange (EDI) to make purchasing transactions easy. It's free!**

**Sign up for EDI**

# ELECTRICAL PRODUCTS

Stock up on our range of products designed for easy installation and durability.

**Steel EMT**

**Rigid Metal Conduit (RMC)**



---



### Intermediate Metal
### Conduit (IMC)



### Elbows, Couplings
### and Nipples
### (EC&N)



### Rigid Aluminum
### Conduit (RAC)







# Start stocking Wheatland Tube's electrical products today! Contact Us



## PURCHASING MADE EASY



See all the real-time info you need to make better decisions when purchasing Wheatland Tube electrical products.

**LEARN MORE** 



**PVC-COATED RMC**

## DID YOU KNOW MOST PVC-COATED RIGID PRODUCTS CONTAIN IMPORTED STEEL?

Specify Wheatland's products to be sure the steel under the plastic is 100% made and melted in the USA.

**LEARN MORE** →





## COLOR EMT AND CONDUIT

# EMT & CONDUIT






AMERICAN METAL





# Quality, durability and efficiency for every electrical installation

Since 1931, Wheatland Tube has manufactured high-quality electrical conduit that meets your needs, deadlines and budget. We rigorously test each product to adhere to the standard specifications your installations require. Our complete production capabilities and quality control programs ensure consistency. And we're proud that every product in our electrical line is made in the USA.

At Wheatland, we help you maximize efficiency and minimize cost in every installation. Our rigid aluminum conduit, rigid metal conduit (RMC) and intermediate metal conduit (IMC) come with couplings supplied on one end and color-coded thread protectors on the other. In addition to our standard 10' lengths, we offer 20' EMT and 20' RMC to give you the perfect fit for every installation. We also produce a line of time-saving products to help you work faster and smarter without sacrificing quality.

For more information, call **800.257.8182** or visit **wheatland.com**

# Designed to provide long-lasting protection

## EMT

Our EMT is made from mild strip steel in state-of-the-art ERW mills using the industry's leading in-line galvanizing process, and our proprietary ID coating ensures corrosion resistance and easy wire pulling.

**EMT complies with:**

✔ UL-797
✔ CSA 22.2 No. 83.1
✔ ANSI° C80.3
✔ Federal specification WW-C-563 (replaced by UL°)
✔ NEC° Article 358
✔ NFPA 70: NEC 250.118 (4)

## RMC

Our rigid metal conduit (RMC) is hot-formed using North America's only continuous-weld tube line. Its uniform grain improves durability and saves you time when threading, bending and cutting.

**RMC complies with:**

✔ UL-6
✔ CSA C22.2 No. 45.1
✔ ANSI C80.1
✔ Federal specification WW-C-581 (replaced by UL)
✔ NEC Article 344
✔ NFPA 70: NEC 250.118 (2)
✔ ANSI / ASME B1.20.1

## IMC

Our IMC is cold-formed and in-line galvanized in our ERW mills, and also features our proprietary ID coating. It offers a lighter-weight alternative to RMC while providing an outstanding level of protection.

**IMC complies with:**

✔ UL-1242
✔ ANSI C80.6
✔ Federal specification WW-C-581 (replaced by UL)
✔ NEC Article 342
✔ NFPA 70: NEC 250.118 (3)
✔ ANSI / ASME B1.20.1

## ALUMINUM

Our rigid aluminum conduit is made from "marine grade" 6063 aluminum alloy, T-1 temper, delivering exceptional strength and corrosion resistance, and the lightweight design allows for easy installation.

**Rigid aluminum conduit complies with:**

✔ UL-6A
✔ CSA 22.2 No. 45.2
✔ ANSI C80.5
✔ NEC Article 344
✔ ANSI / ASME B1.20.1

# Wheatland electrical product features

Proprietary ID coating for fast wire-pulling performance

Corrosion resistance

10' lengths, with special lengths available

Steel couplings produced in-house

Accurate circular cross sections

Uniform wall thickness

Interior surface free from defects injurious to conductors

Contain recycled material

Recyclable

Long life

**Ask about our time-saving products and full line of EC&N!**

# EMT WEIGHTS, DIMENSIONS AND PACKAGING (10' LENGTHS)

| TRADE SIZE | WEIGHT/100 FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT | OUTSIDE DIAMETER | | INSIDE DIAMETER* | |
|---|---|---|---|---|---|---|---|---|
| | lbs. | Pieces | ft. | lbs. | in. | mm | in. | mm |
| ½ | 30 | 700 | 7000 | 2100 | 0.706 | 17.93 | 0.622 | 15.80 |
| ¾ | 46 | 500 | 5000 | 2300 | 0.922 | 23.42 | 0.824 | 20.93 |
| 1 | 67 | 300 | 3000 | 2010 | 1.163 | 29.54 | 1.049 | 26.64 |
| 1¼ | 101 | 200 | 2000 | 2020 | 1.510 | 38.35 | 1.380 | 35.05 |
| 1½ | 116 | 150 | 1500 | 1740 | 1.740 | 44.20 | 1.610 | 40.89 |
| 2 | 148 | 120 | 1200 | 1776 | 2.197 | 55.80 | 2.067 | 52.50 |
| 2½ | 216 | 61 | 610 | 1317.6 | 2.875 | 73.03 | 2.731 | 69.37 |
| 3 | 263 | 51 | 510 | 1341.3 | 3.500 | 88.90 | 3.356 | 85.24 |
| 3½ | 349 | 37 | 370 | 1291.3 | 4.000 | 101.60 | 3.834 | 97.38 |
| 4 | 393 | 30 | 300 | 1179 | 4.500 | 114.30 | 4.334 | 110.08 |

*  For information only; not a UL-797 requirement.
   Silver (traditional galvanized EMT) is available from stock ½–4. Minimum order quantities may apply.

# EMT WEIGHTS, DIMENSIONS AND PACKAGING (20' LENGTHS)

| TRADE SIZE | WEIGHT/100 FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT | OUTSIDE DIAMETER | | INSIDE DIAMETER* | |
|---|---|---|---|---|---|---|---|---|
| | lbs. | Pieces | ft. | lbs. | in. | mm | in. | mm |
| ½ | 30 | 175 | 3500 | 1050 | 0.706 | 17.93 | 0.622 | 15.80 |
| ¾ | 46 | 125 | 2500 | 1150 | 0.922 | 23.42 | 0.824 | 20.93 |
| 1 | 67 | 75 | 1500 | 1005 | 1.163 | 29.54 | 1.049 | 26.64 |
| 1¼ | 101 | 50 | 1000 | 1010 | 1.510 | 38.35 | 1.380 | 36.05 |
| 1½ | 116 | 37 | 740 | 858 | 1.740 | 44.20 | 1.610 | 40.89 |
| 2 | 148 | 37 | 740 | 1095 | 2.197 | 55.80 | 2.067 | 52.50 |
| 2½ | 216 | 19 | 380 | 821 | 2.875 | 73.03 | 2.731 | 69.37 |
| 3 | 263 | 19 | 380 | 999 | 3.500 | 88.90 | 3.356 | 85.24 |
| 3½ | 349 | 19 | 380 | 1326 | 4.000 | 101.60 | 3.834 | 97.38 |
| 4 | 393 | 10 | 200 | 786 | 4.500 | 114.30 | 4.334 | 110.08 |

*  For information only; not a UL-797 requirement.
   Silver (traditional galvanized EMT) is available from stock ½–4. Minimum order quantities may apply.

# SMARTSET™ EMT WEIGHTS, DIMENSIONS AND PACKAGING (10' LENGTHS)

| TRADE SIZE | WEIGHT/FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT | OUTSIDE DIAMETER | | INSIDE DIAMETER* | |
|---|---|---|---|---|---|---|---|---|
| | lbs. | Pieces | ft. | lbs. | in. | mm | in. | mm |
| 1¼ | 0.95 | 84 | 840 | 798 | 1.510 | 38.35 | 1.380 | 35.05 |
| 1½ | 1.10 | 72 | 720 | 792 | 1.740 | 44.20 | 1.610 | 40.89 |
| 2 | 1.40 | 50 | 500 | 700 | 2.197 | 55.80 | 2.067 | 52.50 |
| 2½ | 2.05 | 35 | 350 | 718 | 2.875 | 73.03 | 2.731 | 69.37 |
| 3 | 2.50 | 30 | 300 | 750 | 3.500 | 88.90 | 3.356 | 85.24 |
| 3½ | 3.25 | 25 | 250 | 813 | 4.000 | 101.60 | 3.834 | 97.38 |
| 4 | 3.70 | 25 | 250 | 925 | 4.500 | 114.30 | 4.334 | 110.08 |

*  For information only; not a UL-797 requirement.
   SmartSet EMT with integral set screw coupling is available in 10' and 20' lengths through special order for standard EMT. Minimum order quantities apply.

# SMARTSET EMT WEIGHTS, DIMENSIONS AND PACKAGING (20' LENGTHS)

| TRADE SIZE | WEIGHT/FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT | OUTSIDE DIAMETER | | INSIDE DIAMETER* | |
|---|---|---|---|---|---|---|---|---|
| | lbs. | Pieces | ft. | lbs. | in. | mm | in. | mm |
| 1¼ | 0.95 | 50 | 1000 | 950 | 1.510 | 38.35 | 1.380 | 35.05 |
| 1½ | 1.10 | 36 | 720 | 792 | 1.740 | 44.20 | 1.610 | 40.89 |
| 2 | 1.40 | 36 | 720 | 1008 | 2.197 | 55.80 | 2.067 | 52.50 |
| 2½ | 2.05 | 20 | 400 | 820 | 2.875 | 73.03 | 2.731 | 69.37 |
| 3 | 2.50 | 20 | 400 | 1000 | 3.500 | 88.90 | 3.356 | 85.24 |
| 3½ | 3.25 | 20 | 400 | 1300 | 4.000 | 101.60 | 3.834 | 97.38 |
| 4 | 3.70 | 12 | 240 | 888 | 4.500 | 114.30 | 4.334 | 110.08 |

*  For information only; not a UL-797 requirement.
   SmartSet EMT with integral set screw coupling is available in 10' and 20' lengths through special order for standard EMT. Minimum order quantities apply.



STEEL EMT
UL LISTED
NO. E48875

# SMARTCOMPRESSION™ EMT WEIGHTS AND DIMENSIONS (10' LENGTHS)

| TRADE SIZE | OUTSIDE DIAMETER | INSIDE DIAMETER* | WALL THICKNESS | MINIMUM WEIGHT EMT | COUPLING WEIGHT | MASTER BUNDLE QUANTITY | MASTER BUNDLE WEIGHT |
|---|---|---|---|---|---|---|---|
| | in. | in. | in. | lbs./ft. | lbs. | ft. | lbs. |
| 2 | 2.197 | 2.067 | 0.065 | 1.400 | 0.480 | 500 | 723 |
| 2½ | 2.875 | 2.731 | 0.072 | 2.050 | 1.060 | 350 | 757 |
| 3 | 3.500 | 3.356 | 0.072 | 2.500 | 1.300 | 300 | 832 |
| 3½ | 4.000 | 3.834 | 0.083 | 3.250 | 1.540 | 250 | 891 |
| 4 | 4.500 | 4.334 | 0.083 | 3.700 | 1.790 | 250 | 1010 |

*For information only; not a standards requirement.
SmartCompression EMT is listed to safety standards UL-797 and UL-514B, and manufactured in accordance with ANSI C80.3.



STEEL EMT
UL LISTED
NO. E48675

# IMC WEIGHTS AND DIMENSIONS (10' LENGTHS)

| TRADE SIZE | THREADS/INCH | ACCEPTABLE LENGTH OF FINISHED CONDUIT WITHOUT COUPLINGS | | WEIGHT OF 10 UNIT LENGTHS WITH COUPLINGS | NOMINAL OUTSIDE DIAMETER* | | NOMINAL INSIDE DIAMETER** | | NOMINAL WALL THICKNESS* | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ft. | +/-.25 in. | lbs. | in. | mm | in. | mm | in. | mm |
| ½ | 14 | 9 | 11¼ | 62 | 0.815 | 20.70 | 0.660 | 16.76 | 0.078 | 1.97 |
| ¾ | 14 | 9 | 11¼ | 84 | 1.029 | 26.14 | 0.864 | 21.94 | 0.083 | 2.10 |
| 1 | 11½ | 9 | 11 | 119 | 1.290 | 32.77 | 1.105 | 28.07 | 0.093 | 2.35 |
| 1¼ | 11½ | 9 | 11 | 158 | 1.638 | 41.59 | 1.448 | 36.77 | 0.095 | 2.41 |
| 1½ | 11½ | 9 | 11 | 194 | 1.883 | 47.82 | 1.683 | 42.74 | 0.100 | 2.54 |
| 2 | 11½ | 9 | 11 | 256 | 2.360 | 59.93 | 2.150 | 54.60 | 0.105 | 2.67 |
| 2½ | 8 | 9 | 10½ | 441 | 2.857 | 72.57 | 2.557 | 64.95 | 0.150 | 3.81 |
| 3 | 8 | 9 | 10½ | 543 | 3.476 | 88.29 | 3.176 | 80.67 | 0.150 | 3.81 |
| 3½ | 8 | 9 | 10¼ | 629 | 3.971 | 100.86 | 3.671 | 93.24 | 0.150 | 3.81 |
| 4 | 8 | 9 | 10¼ | 700 | 4.466 | 113.44 | 4.166 | 105.82 | 0.150 | 3.81 |

*Figures are the average of the maximum and minimum dimensions as given in UL-1242.
** Calculated from nominal outside diameter and nominal wall thickness.
Steel IMC is manufactured to produce a 10' (3.05 m) length of conduit when a standard coupling is attached.

# IMC PACKAGING (10' LENGTHS)

| TRADE SIZE | THREAD PROTECTOR COLOR | QUANTITY/BUNDLE | | QUANTITY/LIFT* | | | WEIGHT/LIFT |
|---|---|---|---|---|---|---|---|
| | | ft. | Pieces | Bundles | ft. | | lbs. |
| ½ | Yellow | 100 | — | 35 | 3500 | | 2170 |
| ¾ | Green | 50 | — | 50 | 2500 | | 2100 |
| 1 | Orange | 50 | — | 34 | 1700 | | 2023 |
| 1¼ | Green | — | 135 | — | 1350 | | 2133 |
| 1½ | Yellow | — | 110 | — | 1100 | | 2134 |
| 2 | Orange | — | 80 | — | 800 | | 2048 |
| 2½ | Yellow | — | 37 | — | 370 | | 1632 |
| 3 | Orange | — | 30 | — | 300 | | 1629 |
| 3½ | Yellow | — | 24 | — | 240 | | 1510 |
| 4 | Orange | — | 24 | — | 240 | | 1680 |

*The quantity per lift conforms to the National Electrical Manufacturers Association Standards Publication RN-2, Packaging of Master Bundles for Steel Rigid Conduit, Intermediate Metal Conduit (IMC) and Electrical Metallic Tubing (EMT).

# SPEEDCOUPLE IMC WEIGHTS, DIMENSIONS AND PACKAGING (10' LENGTHS)

| TRADE SIZE | OUTSIDE DIAMETER | INSIDE DIAMETER | WEIGHT/FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT |
|---|---|---|---|---|---|---|
| | in. | in. | lbs. | ft. | Pieces | lbs. |
| 2 | 2.360 | 2.150 | 2.42 | 800 | 80 | 1936 |
| 2½ | 2.857 | 2.557 | 4.28 | 400 | 40 | 1712 |
| 3 | 3.476 | 3.176 | 5.26 | 300 | 30 | 1578 |
| 3½ | 3.971 | 3.671 | 6.12 | 250 | 25 | 1530 |
| 4 | 4.466 | 4.166 | 6.82 | 200 | 20 | 1364 |

SpeedCouple IMC shall be listed to safety standards UL-1242 and UL-514B. Manufactured in accordance with ANSI C80.6.



STEEL IMC
UL LISTED
NO. E50868

# RIGID METAL CONDUIT WEIGHTS AND DIMENSIONS (10' LENGTHS)

| TRADE SIZE | THREADS/INCH | WEIGHT/100 FT. | NOMINAL OUTSIDE DIAMETER | | NOMINAL INSIDE DIAMETER | |
|---|---|---|---|---|---|---|
| | | lbs. | in. | mm | in. | mm |
| ½ | 14 | 82 | 0.840 | 21.34 | 0.632 | 16.05 |
| ¾ | 14 | 109 | 1.050 | 26.67 | 0.836 | 21.23 |
| 1 | 11½ | 161 | 1.315 | 33.40 | 1.063 | 27.00 |
| 1¼ | 11½ | 218 | 1.660 | 42.16 | 1.394 | 35.41 |
| 1½ | 11½ | 263 | 1.900 | 48.26 | 1.624 | 41.25 |
| 2 | 11½ | 350 | 2.375 | 60.33 | 2.083 | 52.91 |
| 2½ | 8 | 559 | 2.875 | 73.03 | 2.489 | 63.22 |
| 3 | 8 | 727 | 3.500 | 88.90 | 3.090 | 78.49 |
| 3½ | 8 | 880 | 4.000 | 101.60 | 3.570 | 90.68 |
| 4 | 8 | 1030 | 4.500 | 114.30 | 4.050 | 102.87 |
| 5 | 8 | 1400 | 5.563 | 141.30 | 5.073 | 128.85 |
| 6 | 8 | 1840 | 6.625 | 168.28 | 6.093 | 154.76 |

*Applicable tolerances: Outside diameter ½–1½: ±0.015" (16–41: ±0.38 mm), 2–6 (53–155): ± 1%.*

# RIGID METAL CONDUIT PACKAGING (10' LENGTHS)

| TRADE SIZE | THREAD PROTECTOR COLOR | QUANTITY/BUNDLE | QUANTITY/LIFT* | | | | WEIGHT/LIFT |
|---|---|---|---|---|---|---|---|
| | | ft. | Pieces | Bundles | ft. | | lbs. |
| ½ | Black | 100 | — | 25 | 2500 | | 2050 |
| ¾ | Red | 50 | — | 40 | 2000 | | 2180 |
| 1 | Blue | 50 | — | 25 | 1250 | | 2013 |
| 1¼ | Red | — | 90 | — | 900 | | 1962 |
| 1½ | Black | — | 80 | — | 800 | | 2104 |
| 2 | Blue | — | 60 | — | 600 | | 2100 |
| 2½ | Black | — | 37 | — | 370 | | 2068 |
| 3 | Blue | — | 30 | — | 300 | | 2181 |
| 3½ | Black | — | 25 | — | 250 | | 2200 |
| 4 | Blue | — | 20 | — | 200 | | 2060 |
| 5 | Blue | — | 15 | — | 150 | | 2100 |
| 6 | Blue | — | 10 | — | 100 | | 1840 |

*\* The quantity per lift conforms to the National Electrical Manufacturers Association Standards Publication RN-2, Packaging of Master Bundles for Steel Rigid Metal Conduit, Intermediate Metal Conduit (IMC) and Electrical Metallic Tubing (EMT). Pack quantities for Canadian distribution do not comply with NEMA RN-2.*

# RIGID METAL CONDUIT PACKAGING (20' LENGTHS)

| TRADE SIZE | THREAD PROTECTOR COLOR | QUANTITY/LIFT* | | WEIGHT/LIFT |
|---|---|---|---|---|
| | | Pieces | ft. | lbs. |
| ½ | Black | 125 | 2500 | 2050 |
| ¾ | Red | 100 | 2000 | 2180 |
| 1 | Blue | 60 | 1200 | 1932 |
| 1¼ | Red | 45 | 900 | 1962 |
| 1½ | Black | 40 | 800 | 2104 |
| 2 | Blue | 30 | 600 | 2100 |
| 2½ | Black | 18 | 360 | 2012 |
| 3 | Blue | 15 | 300 | 2181 |
| 3½ | Black | 12 | 240 | 2112 |
| 4 | Blue | 10 | 200 | 2060 |
| 5 | Blue | 7 | 140 | 1960 |
| 6 | Blue | 5 | 100 | 1840 |

*\* The quantity per lift conforms to the National Electrical Manufacturers Association Standards Publication RN-2, Packaging of Master Bundles for Steel Rigid Metal Conduit, Intermediate Metal Conduit (IMC) and Electrical Metallic Tubing (EMT). Pack quantities for Canadian distribution do not comply with NEMA RN-2.*
*The length is nominal and subject to the tolerance of UL Standard for Safety for Electrical Rigid Metal Conduit — Steel, UL-6.*

# SPEEDCOUPLE RIGID METAL CONDUIT WEIGHTS, DIMENSIONS AND PACKAGING (10' AND 20' LENGTHS)

| TRADE SIZE | OUTSIDE DIAMETER | INSIDE DIAMETER | WEIGHT/FT. | MASTER BUNDLES—10' | | | MASTER BUNDLES—20' | | |
|---|---|---|---|---|---|---|---|---|---|
| | in. | in. | lbs. | ft. | pieces | lbs. | ft. | pieces | lbs. |
| 2 | 2.375 | 2.083 | 3.32 | 450 | 45 | 1494 | 600 | 30 | 1992 |
| 2½ | 2.875 | 2.489 | 5.27 | 400 | 40 | 2108 | 360 | 18 | 1897 |
| 3 | 3.500 | 3.090 | 6.82 | 300 | 30 | 2046 | 300 | 15 | 2046 |
| 3½ | 4.000 | 3.570 | 8.31 | 250 | 25 | 2078 | 240 | 12 | 1994 |
| 4 | 4.500 | 4.050 | 9.72 | 200 | 20 | 1944 | 200 | 10 | 1944 |
| 5 | 5.563 | 5.073 | 13.14 | 150 | 15 | 1971 | 140 | 7 | 1840 |

*SpeedCouple rigid metal conduit shall be listed to safety standards UL-6 and UL-514B. Manufactured in accordance with ANSI C80.1.*



STEEL RMC

UL LISTED NO. E32152

# RIGID ALUMINUM CONDUIT WEIGHTS AND DIMENSIONS

| TRADE SIZE | THREADS/INCH | ACCEPTABLE LENGTH* OF FINISHED CONDUIT WITHOUT COUPLING | | WEIGHT OF 10 UNIT LENGTHS WITH COUPLINGS | NOMINAL OUTSIDE DIAMETER** | | NOMINAL INSIDE DIAMETER*** | | NOMINAL WALL THICKNESS*** | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ft. | +/- .25 in. | lbs. | in. | mm | in. | mm | in. | mm |
| ½ | 14 | 9 | 11¼ | 28.1 | 0.840 | 21.34 | 0.632 | 16.05 | 0.104 | 2.64 |
| ¾ | 14 | 9 | 11¼ | 37.4 | 1.050 | 26.67 | 0.836 | 21.23 | 0.107 | 2.72 |
| 1 | 11½ | 9 | 11 | 54.5 | 1.315 | 33.40 | 1.063 | 27.00 | 0.126 | 3.20 |
| 1¼ | 11½ | 9 | 11 | 71.6 | 1.660 | 42.16 | 1.394 | 35.41 | 0.133 | 3.38 |
| 1½ | 11½ | 9 | 11 | 88.7 | 1.900 | 48.26 | 1.624 | 41.25 | 0.138 | 3.51 |
| 2 | 11½ | 9 | 11 | 118.5 | 2.375 | 60.33 | 2.083 | 52.91 | 0.146 | 3.71 |
| 2½ | 8 | 9 | 10½ | 187.5 | 2.875 | 73.03 | 2.489 | 63.22 | 0.193 | 4.90 |
| 3 | 8 | 9 | 10½ | 246.3 | 3.500 | 88.90 | 3.090 | 78.49 | 0.205 | 5.21 |
| 3½ | 8 | 9 | 10¼ | 295.6 | 4.000 | 101.60 | 3.570 | 90.68 | 0.215 | 5.46 |
| 4 | 8 | 9 | 10¼ | 350.2 | 4.500 | 114.30 | 4.050 | 102.87 | 0.225 | 5.72 |
| 5 | 8 | 9 | 10 | 478.9 | 5.563 | 141.30 | 5.073 | 128.85 | 0.245 | 6.22 |
| 6 | 8 | 9 | 10 | 630.4 | 6.625 | 168.28 | 6.093 | 154.76 | 0.266 | 6.76 |

* Rigid aluminum conduit is manufactured to produce a 10' (3.05 m) length of conduit when a standard coupling is attached.
** Applicable tolerances: Outside diameter ½–1½: ± 0.015" (16–41: ± 0.38 mm), 2–6 (53–155): ± 1⅝".
*** For information only; not a standards requirement.

# RIGID ALUMINUM CONDUIT PACKAGING

| TRADE SIZE | THREAD PROTECTOR COLOR | QUANTITY/BUNDLE | | QUANTITY/LIFT | | | WEIGHT/LIFT |
|---|---|---|---|---|---|---|---|
| | | ft. | Pieces | Bundles | ft. | | lbs. |
| ½ | Black | 100 | — | 25 | 2500 | | 703 |
| ¾ | Red | 100 | — | 25 | 2500 | | 935 |
| 1 | Blue | 100 | — | 20 | 2000 | | 1090 |
| 1¼ | Red | — | 100 | — | 1000 | | 716 |
| 1½ | Black | — | 100 | — | 1000 | | 887 |
| 2 | Blue | — | 45 | — | 450 | | 533 |
| 2½ | Black | — | 30 | — | 300 | | 563 |
| 3 | Blue | — | 20 | — | 200 | | 493 |
| 3½ | Black | — | 20 | — | 200 | | 591 |
| 4 | Blue | — | 20 | — | 200 | | 700 |
| 5 | Blue | — | 8 | — | 80 | | 383 |
| 6 | Blue | — | 6 | — | 60 | | 378 |

A formal industry packaging standard for aluminum conduit does not exist.


ALUMINUM RAC
UL LISTED NO. E76948



**A DIVISION OF ZEKELMAN INDUSTRIES**



1 Council Avenue
P.O. Box 608
Wheatland, PA 16161

800.257.8182
info@wheatland.com
wheatland.com

**Corporate Office**
227 West Monroe Street
Suite 2600
Chicago, IL 60606

312.275.1600
info@zekelman.com
zekelman.com

**About Wheatland Tube Electrical Conduit and Fittings**
Wheatland Tube produces a broad spectrum of steel electrical conduit,
including intermediate metal conduit (IMC), electrical metallic tubing (EMT)
and hot-dip galvanized steel rigid metal conduit (RMC). We also supply
a full line of steel and aluminum elbows and nipples, steel couplings, and
rigid aluminum conduit and couplings. Additionally, we now offer a line
of time-saving electrical products, including SpeedCouple, a pre-installed
swivel coupling; SmartSet™ EMT with integral set screw coupling; and
SmartCompression™ EMT with pre-installed compression coupling.

For more information, contact Wheatland Tube at:
**800.257.8182** or **info@wheatland.com**
Or, visit our website at wheatland.com

Follow us on:

 twitter.com/WheatlandTube

 linkedin.com/company/zekelman-industries

 youtube.com/ZekelmanIndustries

 wheatland.com/blog

WEL-060220



# Steel Electrical Metallic Tubing (EMT)

Projects move fast, sometimes without advance notice. Your customers expect you to always have steel EMT in stock — and you can expect us to deliver.

**Download the flyer**

SHARE 

## AN EASY BUT TOUGH WIRING SOLUTION

Wheatland Tube manufactures steel EMT in America, using the latest technology and protocols to ensure the highest quality. Our proprietary smooth ID coating ensures up to 20% faster wire pulling. The light-wall EMT's mechanical properties allow for easy hand bending on small sizes and a smooth bend on intermediate and larger sizes. It's the ideal solution for standard applications, such as commercial buildings, schools, hospitals, data centers and more.

**Trade sizes:** ½–4
**Lengths:** 10′ and 20′
Available in 8 vivid colors



## DISTRIBUTORS

We're local! Depend on Wheatland Tube to keep you stocked with the full range of electrical products, all available for next-day delivery from our 21 stocking locations. We MAKE IT eZ.

CONTACT US →



# WHEATLAND RIGID
# NO DOUBT IT'S DOMESTIC

## Conduit and couplings made proudly at our mills in the USA

Need rigid conduit for projects that require domestic materials? Make sure it's from Wheatland Tube. Other suppliers add imported couplings to domestic conduit or import finished rigid conduit that's made offshore. But Wheatland's rigid metal conduit (RMC) is always 100% made and melted in the USA.

**Visit wheatland.com or call 800.257.8182 to find a local distributor.**

**Wheatland's Rigid Metal Conduit**

✔ 100% made & melted in the USA

✔ 100% compliant with ANSI®, NEC® and NFPA® standards

✔ UL® Listed









# *DON'T TAKE A CHANCE—SPEC WHEATLAND*

**Spec Wheatland Tube's rigid metal conduit for projects that require domestic materials, including:**

- Federal projects
- State projects
- Roads
- Bridges
- Highways
- Railroads
- Street lighting projects

- Electrical grids
- Energy production
- Airports
- Transit systems
- Storm water infrastructure
- Sewer repairs/upgrades
- Ship channels

- Pipeline projects
- Port expansions/upgrades
- Internet broadband
- U.S. steel mills
- Strong union markets
- Water treatment plants
- Waste water facilities

WEL-052620


1 Council Avenue, P.O. Box 608
Wheatland, PA 16161
**P** 800.257.8182
**F** 724.346.7260

info@wheatland.com
wheatland.com
Follow us on Twitter:
@WheatlandTube



# EXHIBIT 3

# Schagrin Associates

900 SEVENTH STREET, N.W. - SUITE 500 - WASHINGTON, D.C. 20001
P: (202) 223-1700 RSCHAGRIN@SCHAGRINASSOCIATES.COM F: (202) 429-2522

January 7, 2021

**Via U.S. Mail**
The Hon. Mark Morgan
Acting Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20004

**Via E-Mail**
Allyson Mattanah
Branch Chief, Chemicals, Petroleum, Metals
and Miscellaneous Articles
Regulations and Rulings, Office of Trade
U.S. Customs and Border Protection
90 K Street N.E., 10th Floor Mail Stop 1177
Washington, DC 20229-1177
ALLYSON.R.MATTANAH@cbp.dhs.gov

Re:     **Petition for Tariff Classification Ruling Regarding Steel Conduit Pipe**

Dear Acting Commissioner Morgan:

On behalf of Wheatland Tube Company, a domestic producer of steel conduit pipe and thus an interested party pursuant to 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a), we hereby request that U.S. Customs and Border Protection ("Customs") issue a ruling pursuant to 19 U.S.C. § 1516(a) and 19 C.F.R. 175, Subpart B, regarding the correct classification of certain steel conduit pipe.  This request is submitted pursuant to 19 U.S.C. § 1516(a)(1) and 19 C.F.R. § 175.11. Each of the elements of a request required by 19 C.F.R. § 175.12 are set forth in the attached petition.

Due to the extreme urgency of this request and the potential for misclassified steel conduit pipe to completely evade existing import duties and export license requirements without any potential future remedies, we respectfully request that Customs expedite this matter and respond to this request as soon as possible

We enclose three copies of the petition, as required by 19 C.F.R. § 175.11(a).

Please contact the undersigned with any questions regarding this submission.

Respectfully submitted,

Roger B. Schagrin
Elizabeth J. Drake
Luke A. Meisner
SCHAGRIN ASSOCIATES
*Counsel to Wheatland Tube Company*

Enclosures

# Petition for Tariff Classification Ruling Regarding Steel Conduit Pipe

## I.  SUMMARY OF REQUEST

Wheatland Tube Company ("Wheatland") hereby requests that U.S. Customs and Border Protection ("Customs") determine that certain steel conduit pipe be properly classified under the U.S. Harmonized Tariff Schedule ("HTS") as 7306.30.5028, which covers welded tube that is "Internally coated or lined with a ***non-electrically insulating material***, suitable for use as electrical conduit."  This steel conduit pipe should not be classified under HTS 8547.90.0020, which covers electrical conduit tubing "of base metal lined with ***insulating material***."

As part of this request, Wheatland asks that Customs reconsider ruling N306508, "The tariff classification of steel conduit pipe from Thailand" (Feb. 21, 2020), which concluded that HTS 8547.90.0020 applied to certain conduit made up of steel with an exterior coating of zinc and an interior coating of stoved epoxy resin.  Wheatland submits that ruling N306508 conflicts with other rulings, including N303775 (Apr. 26, 2019), which finds that electrical metal conduit and rigid steel conduit internally coated with epoxy resin are subject to HTS subheading 7306.30.

As discussed in further detail below, Wheatland requests that Customs should give rapid attention to this matter, as certain imports under HTS heading 7306 are subject to 25 percent duties under Section 232 of the Trade Expansion Act of 1962 and/or certain export licensing requirements, while imports under HTS heading 8547 are not. As a result, the question of the appropriate classification of steel conduit pipe is the subject of considerable discussion in the industry, and reported trade flows have shifted markedly. Wheatland believes that this shift is due to incorrect classification of steel conduit pipe previously imported under subheading 7306.30 in an effort to avoid payment of Section 232 duties and the export licensing program.

## II.    BACKGROUND ON APPLICABLE DUTIES

On March 8, 2018, President Trump issued Proclamation 9705, finding that steel articles were being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States, and deciding to adjust the imports of these steel articles by imposing a 25 percent ad valorem tariff on such articles imported from most countries pursuant to section 232 of the Trade Expansion Act of 1962, as amended, 19 U.S.C. § 1862.[1] On May 19, 2019, the President issued Proclamation 9894, adjusting Proclamation 9705 after the United States announced an agreement with Canada and Mexico to remove the Section 232 tariffs for steel and aluminum imports from those countries.[2]

On August 31, 2020, the U.S. Trade Representative announced that Mexico and the United States successfully concluded consultations held pursuant to the mechanism established in their Joint Statement of May 17, 2019 to address recent surges in imports from Mexico of three steel products: standard pipe, mechanical tubing, and semi-finished products.[3] Mexico agreed to establish a strict export monitoring regime for these products through June 1, 2021 and closely monitor shipments during this period.[4] The United States agreed to maintain the Section 232 duty exemption for imports of these products and agreed to consult with Mexico in

---

[1]    *See Proclamation 9705 of March 8, 2018 Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 11,625 (Mar. 15, 2018).

[2]    *See Proclamation 9894 of May 19, 2019 Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 23,987 (May 23, 2020).

[3]    *See* USTR: President Trump Continues to Protect America's Steel-Dependent National Security (Aug. 31, 2020), available at https://ustr.gov/about-us/policy-offices/press-office/press-releases/2020/august/president-trump-continues-protect-americas-steel-dependent-national-security.

[4]    *Id.*

December of 2020 to discuss the state of trade in the relevant products in light of market conditions at that time.[5]

### A. Imports of Steel Conduit Pipe from Mexico

Between June 1, 2018, and May 19, 2019, when the 25 percent Section 232 duty was in effect, Shamrock Building Materials, Inc. ("Shamrock Steel") imported electrical conduit from Mexico, which it classified under HTS 8547.90.0020.[6] Imports properly classified under this HTS code were not subject to section 232 duties and were duty free under the North American Free Trade Agreement ("NAFTA"). On December 21, 2018, Customs issued a Form 29 Notice of Action advising Shamrock that Customs had concluded that the more appropriate classification for its entries of electrical conduit is 7306.30.5028, and Customs instructed Shamrock Steel to use this classification for all current and future entries.[7] In October 2020, two months after the export licensing regime was put in place, Shamrock began importing electrical conduit from Quality Tube SA de CV ("Quality Tube") in Mexico.[8] According to information from Panjiva, Shamrock Steel classified this merchandise under HTS 8547.90 – which would be a violation of Customs' instruction to classify this merchandise under HTS 7306.30.[9]

In addition, according to Panjiva data, prior to the export licensing regime taking effect, Liberty Products Inc., doing business as Rymco U.S.A. ("Rymco USA") imported electrical conduit pipe from CONDUIT, S.A. de C.V. ("Rymco") in Mexico under HTS 7306.30. In

---

[5]   *Id.*

[6]   *See* Complaint in *Shamrock Building Materials, Inc. v. United States,* CIT Court No. 20-74 (May 20, 2020) ("Shamrock Complaint"), attached as **Exhibit 1.**

[7]   *Id*.

[8]   *See* Panjiva Data for Shamrock and Rymco, attached as **Exhibit 2.**

[9]   *See id*.

October 2020, two months after the export licensing regime was put in place, Rymco USA began importing electrical conduit from Rymco in Mexico under HTS 8547.90.[10] This is despite the fact that Customs had already determined that imports of this type of electrical conduit are properly classified under 7306.30, as reviewed above.

Monthly trends in imports of conduit subject to 232 measures under 7306.30.5028 and imports of product not subject to 232 measures under 8547.90.0020 support the conclusion that importers have been misclassifying their imports to evade the discipline of duties and export licenses. In January through May of 2018, before 232 measures were imposed, the U.S. imported only 10 short tons of product from Mexico under 8547.90.0020.[11] After 232 duties were imposed on June 1, 2018, the U.S. imported 1,093 short tons over a five-month period, ending in December of 2018, when Customs issued its notice of action to Shamrock. After the notice of action, imports under the category dwindled to almost nothing. In addition, no 232 measures were in place on any imports from Mexico from May 2019 to August of 2020, during which time imports under 7306.30.5028 grew steadily.

These trends shifted rapidly after the export licensing arrangement was announced in August of 2020. At first, monthly imports under the correct category, 7306.30.5028, dipped sharply in September of 2020 while imports under 8547.90.0020 remained non-existent. Suddenly, in October (the last month for which data are available), there was a steep decline in monthly imports under 7306.30.5028 and a simultaneous explosion of imports under 8547.90.0020. These trends further support the conclusion that Shamrock Steel and Rymco USA

---

[10]   *See id.*

[11]   *See* Import Statistics, attached at **Exhibit 3**.

are misclassifying their imports to evade the export licensing regime agreed upon by the United States and Mexico.

Monthly Imports of Steel Conduit Pipe[12]



But for the misclassification of this merchandise, Quality Tube and Rymco would be required to obtain an export license to ship this merchandise to the United States under the appropriate subheading HTS 7306.30. By misclassifying the merchandise under HTS 8547.90, the entities identified above have avoided the requirement of obtaining an export license.

Based on this evidence, Wheatland's counsel submitted E-Allegations to Customs on December 1, 2020, and December 7, 2020. Wheatland's counsel has also filed a classification information request pursuant to 19 C.F.R. § 175.3(a). Given the urgency of this matter, we are also with this submission seeking that Customs correct the classification of this merchandise to ensure that it is properly covered by the export licensing requirements agreed upon by the Governments of the United States and Mexico. If the entries are not being properly classified,

---

[12]  *See id.*

they could enter at quantities that greatly exceed any amounts agreed to in the export licensing arrangement. As far as counsel is aware, there may be no remedy after those imports have entered United States commerce. The export licensing arrangement is currently set to expire in June of 2021. Urgent action is thus required to ensure these imports are properly classified and subject to the export licensing arrangements as soon as possible.

### B. Imports of Steel Conduit Pipe from Thailand

Import statistics regarding steel conduit pipe from Thailand tell a similar story:[13]



Prior to the imposition of Section 232 duties in 2018, U.S. imports of electrically insulated pipe under HTS 8547.90.0020 had been virtually non-existent for almost a decade. In 2019, after the imposition of Section 232 duties, U.S. imports of electrically insulated pipe under HTS 8547.90.0020 increased significantly. Then, following Customs' Ruling N306508 in February 2020, imports absolutely skyrocketed. There is no explanation for this skyrocketing of imports

---

[13]    U.S. Yearly Import Statistics Under 8547.90.0020, attached as **Exhibit 11**.

of electrically insulated pipe other than the desire to evade the payment of the Section 232 duties on imports of steel conduit pipe under subheading 7306.

Panjiva data further corroborate that U.S. importers have been evading the payment of Section 232 duties by misclassifying merchandise as electrically insulated pipe under HTS 8547.90.0020.[14] In particular, Panjiva data show that SNT Steel Inc. ("SNT"), the U.S. importer that that requested the ruling in N306508, imported steel electrical conduit pipe exclusively under HTS subheading 7306.20 from 2018 through October of 2019. Then, for the first time, SNT began importing electrical conduit pipe under HTS subheading 8547.90.

## III. INFORMATION REQUIRED BY 19 C.F.R. § 175.12

### A. The name of the person making the request, his principal place of business, and the fact that he is a domestic interested party

The name of the person making this request is Wheatland Tube Company ("Wheatland").

Wheatland's principal place of business is:

> Wheatland Tube Company
> 1 Council Avenue
> P.O. Box 608
> Wheatland, PA 16161
> (800) 257-8182

Please direct all correspondence relating to this request to Wheatland's counsel in this matter:

> Roger B. Schagrin, Esq.
> Schagrin Associates
> 900 Seventh Street, N.W., Ste. 500
> Washington, D.C., 20001
> Tel: 202-223-1700
> rschagrin@schagrinassociates.com

Wheatland is a manufacturer of steel conduit pipe in the United States, and it is thus a domestic interested party pursuant to 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a).

---

[14] Panjiva Data re: U.S. Imports y SNT Steel Inc., attached as **Exhibit 12**.

**B.**     **A showing of the class or kind of merchandise manufactured by the requesting party**

The class or kind of merchandise manufactured by Wheatland is steel conduit pipe. Attached at **Exhibit 6** are excerpts from Wheatland's website and product literature for its steel conduit pipe products. Wheatland produces galvanized electrical metallic tubing finished conduit ("EMT"), intermediate metal conduit ("IMC"), or rigid metal conduit ("RMC") in the United States. These goods produced by Wheatland in the United States are of the same class or kind as the merchandise that is the subject of this request. Wheatland is thus an interested party as defined by 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a).

**C.     A presentation, in detail, of the information required by 19 U.S.C. § 1516**

The imported merchandise that is the subject of this request is steel conduit pipe imported from Mexico, with or without interior coating, where any such coating does not have insulation properties. Electrical conduit pipe is used to route electrical wiring in a building or other structure.  The imported merchandise is covered by this request whether it is EMT, IMC, or RMC.  As discussed below, this merchandise is properly classified under HTS 7306.30 and not under HTS 8547.90.

**1.     HTS 8547.90 Covers Specialty Pipe That is Electrically Insulated**

There can be no doubt that HTS 8547.90.0020 covers metal conduit that is *electrically insulated* – not any metal conduit that has an internal coating. Chapter 85 of the HTS cover "Electrical machinery and equipment and parts thereof; sound recorders and reproducers, television image and sound recorders and reproducers, *and parts and accessories of such articles*."[15]  The four digit subheading for HTS 8547 covers "Insulating fittings for electrical

---

[15]     USHTS, Chapter 85 (emphasis added).

machines, appliances or equipment, being fittings wholly of insulating material apart from any minor components of metal . . . ; electrical conduit tubing and joints therefor, of base metal lined with insulating material."[16]  Finally, the six-digit HTS 8547.90 covers "Electrical conduit tubing and joints therefor, of base metal lined with insulating material."[17]  Finally, HTS 7306.30.5028 specifically covers metal conduit "that is internally coated or lined with a non-electrically insulating material."[18] Thus, the plain language of the HTS code, the context in which HTS 8547.90 appears, and the overall structure of the HTSUS code make it clear that the merchandise covered by HTS subheading 8547.90 is conduit pipe that is insulated from electrical conductivity such that it is appropriate for use as a "part" or "accessory" in electrical machinery and equipment.  HTS 8547.90 would definitively not cover the type of metal conduit that is used in electrical service and distribution systems – *i.e.*, metal conduit used to protect and route electrical wiring in a building or other structure that is not electrically insulated.

This interpretation is confirmed by the World Customs Organization ("WCO") explanatory notes for Chapter 85.[19]  In particular, WCO explains that Chapter 85 covers "{c}ertain articles and materials which are used in electrical apparatus and equipment because of their conducting or insulating properties, such as . . . insulating fittings and metal conduit tubing with an interior insulating lining (heading 85.47)."[20]  The WCO explanatory notes for

---

[16]    *Id.*

[17]    *Id.*

[18]    *Id.*, Chapter 73.

[19]    *See* World Customs Organization Explanatory Notes, Chapter 85, attached as **Exhibit 8.**

[20]    *Id.*

subheading 8547.90 further explain that this subheading covers certain metal tubing "provided it has an interior lining of insulating material" and state as follows:

> The tubing of this group consists either of spiralled metal strip wound on to an interior tube of insulating material, or of rigid metal tubing (usually iron or steel) coated or lined on the inside with insulating material. The insulating material may be ***special electrically insulating*** varnish, paper or paperboard, rubber, plastics, etc. Metal tubing simply coated with varnish to prevent corrosion is excluded.[21]

It is thus clear that the insulating material for conduit tube covered by 8547.90 must be "special electrically insulating" material.

Customs has also recognized that HTS 8547.90 is intended to cover a special class of conduit pipe that is electrically insulated. For example, in Ruling I84073, Custom found that HTS 8547.90.0020 was the appropriate subheading for certain steel conduit "with an interior teflon coating," where "{e}lectrical wiring for the landing gear of an aircraft is routed through this tubing in order to insulate and protect the wiring."[22] Teflon, or polytetrafluoroethylene, is widely recognized to be electrically insulating.[23] In this regard, Customs has generally rejected attempts to classify non-insulated conduit under 8547.90. For example, in Ruling N071441, representative samples of EMT conduit were sent to Customs. Customs noted that the products were internally and externally coated with zinc but were not internally coated or lined with an insulating material. The products were thus properly classifiable under HTS 7306.30. In Ruling N303775, representative samples of EMT conduit sent to Customs were internally coated with epoxy resin, and Customs also found these products should be classified under HTS

---

[21] *See* World Customs Organization Explanatory Notes, Subheading 8547 (emphasis added), attached as **Exhibit 9.**

[22] Customs Ruling I84073: The tariff classification of steel conduit and parts from France (Aug. 12, 2002).

[23] *See* PTFE Coatings, Electrical Insulation/Conductive, attached as **Exhibit 10.**

7306.30.  Finally, in the Shamrock litigation, Customs classified Shamrock's merchandise under HTS 7306.30 because "{t}here appears to be no insulation properties to the epoxy enamel organic coating."[24]

The bottom line is that HTS 8547.90.0020 is intended to cover a very special niche of metal conduit pipe that contains an insulating material with electrical insulating properties.

2.      **Most Conduit Pipe Used for Construction Purposes Is Required <u>Not</u> to Have Electrical Insulating Properties**

In contrast to the specialty metal conduit covered by HTS 8547.90.0020, which is electrically insulated, metal conduit that is installed for use in electrical service and distribution systems in residential and commercial buildings and projects is not electrically insulated.  In fact, there is no practical application of insulated metal conduit in the construction industry, where metal conduit is used in electrical service and distribution systems.  This is because metal conduit in the construction industry is generally required to retain electrical conductivity so that it can be used as a grounding conductor.  Attached as **Exhibit 7** is an affidavit from Joseph F. Andre of Bothell, a Technical Consultant for the Steel Tube Institute, regarding the use of insulating material in electrical conduit and tubing.  As Mr. Andre explains:

> A critical aspect of metal conduit is its ability to safely conduct current in the event of insulation failure of a wire. This is vital in order to ensure the actuation of a circuit protective device (fuse or circuit breaker) to remove potentially harmful voltages from conductive surfaces that might otherwise become electrocution hazards.[25]

Furthermore, for any product to be considered insulated for an electrical purpose, it would need to be:

---

[24]    Shamrock Complaint at p. 7, attached as **Exhibit 1**.

[25]    *See* Affidavit of Joseph F. Andre of Bothell, attached as **Exhibit 7**.

A) Tested to an acceptable voltage and temperature rating to be used in applications described in an applicable construction code used in the intended end market, for example, the National Electrical Code (NEC/NFPA 70) or the National Electrical Safety Code;

B) Insulated with a dielectric that would offer voltage resistance to be insulated for the conditions to which it is normally subjected.[26]

For a coating on a metal conduit to be considered insulating in an electrical context, and that is intended for use in applications described in the NEC, the insulation would need to be tested to at least 1000 volts.[27]  Furthermore, in order for conductors to be considered insulated for the general conditions defined in the National Electrical Code, they must be marked for the voltage class, temperature limitations, flame spread characteristics, smoke and toxicity emissions, and suitability for wet locations.[28]  Finally, Mr. Andre notes that:

- There is no recognition of insulated metal conduit in the National Electrical Code®.

- There is no standard to which insulated metal conduit can be properly tested and certified for installation or use in electrical service and distribution systems.

- There is no practical application of insulated metal conduit in the electrical construction industry.[29]

In sum, steel conduit cannot be considered to be insulated for electrical purposes unless tested to an acceptable voltage and temperature rating and also insulated with a material to achieve a voltage resistance for which the product would be normally subjected.  Moreover, because a critical aspect of metal conduit is its ability to safely conduct current and act as a grounding device, there is no practical application of insulated metal conduit in the electrical

---

[26] *Id.*

[27] *Id.*

[28] *Id.*

[29] *Id.*

construction industry. Thus, any claims by a U.S. importer that its metal conduit is electrically insulated should be met with extreme skepticism – to say the least.

### 3. Shamrock's and RYMCO's Conduit Is <u>Not</u> Electrically Insulated

Shamrock describes its conduit as EMT and IMC (collectively, "electrical conduit").[30] Shamrock states that its electrical conduit consists of welded carbon steel tubing that is galvanized on the exterior surface and coated in the interior with an epoxy enamel coating composed of epoxy resin, melamine resin, and silicone additives, among other ingredients. Shamrock states that its conduit is sold in ten foot lengths, and that it is marked as EMT or IMC electrical conduit.[31] According to a complaint filed by Shamrock at the U.S. Court of International Trade, Customs instructed it to classify the conduit under 7306.30.5028, because the code it was using, 8547.90.0020, is only for conduit lined with insulating material, and, upon inspection, Customs determined that "there were no insulation properties of the organic coating inside the electrical conduit" imported by Shamrock.[32] Materials from the website of Shamrock's supplier, Quality Tube, show that it produces EMT and IMC with an interior coating that is described as "corrosive-resistant."[33]

The conduit imported by Rymco USA is described as galvanized steel tubing of the EMT type.[34] Rymco also produces IMC and RMC.[35] According to Rymco's own brochures, to the

---

[30] *See* Shamrock Complaint, attached at **Exhibit 1**.

[31] *Id.*

[32] *Id.*

[33] *See* Quality Tube Materials, attached at **Exhibit 4**.

[34] *See* Panjiva Data for Shamrock and Rymco, attached at **Exhibit 2**.

[35] *See* Rymco Materials, attached at **Exhibit 5**.

13

extent that the product imported by Rymco has any interior coating, it appears that the coating is for corrosion-resistance and lubrication, not insulation.[36] For example, a RYMCO brochure for EMT conduit states that "the interior of the conduit has a FreedomCoat layer for rust prevention and to allow for easier wire puling and pushing."[37]  There is no mention of any extra insulation properties.  In fact, the brochure states that the EMT conduit "also provides an excellent electrical path to ground and is recognized as an equipment grounding conductor."[38]  In other words, far from boasting to its customers that its conduit is insulated from electrical conductivity, RYMCO describes how its conduit is "an excellent electrical path."

In addition, as discussed above, in order for a conduit to be considered electrically insulated, it would have to be both tested and marked to an acceptable voltage and temperature rating based on it being coated with a material sufficient to achieve a voltage resistance for which the product would be normally subjected.  None of Shamrock's or Rymco's materials show that any such testing or marking has taken place.

Finally, there is nothing surprising about the fact that Shamrock's and Rymco's conduit pipe has some type of internal coating.  As explained in the attached affidavit of Dale L. Crawford, Director of Steel Conduit at the Steel Tube Institute, all manufacturers of EMT conduit apply an interior coating to their merchandise, as required by the UL 797 product listing standards.[39] An organic coating is defined in the UL 797 standard as "an interior coating, other than one consisting solely of zinc, which, upon evaluation, has demonstrated the ability to

---

[36]  *See id.*

[37]  *Id.*

[38]  *Id.*

[39]  Affidavit of Dale L. Crawford, attached as **Exhibit 13**.

provide the level of corrosion resistance necessary where the coating is not subject to physical damage."[40] Thus, the fact that Shamrock's and Rymco's pipe is internally coated does nothing to provide that is coated with an electrically insulating material.

In sum, all of the available evidence thus shows that Shamrock's and Rymco's metal conduit is not coated with an electrical insulating material.

**4.    Shamrock's and Rymco's Conduit Should Be Reclassified Under HTS 7306.30.5028**

As discussed above, HTS 8547.90.0020 covers a very narrow class of metal conduit that is electrically insulated. In contrast to the specialty metal conduit covered by HTS 8547.90.0020, which is electrically insulated, metal conduit that is installed for use in electrical service and distribution systems in residential and commercial buildings and projects is not electrically insulated. This metal conduit is covered by HTS 7306.30.5028, which covers metal conduit that is internally coated or lined with a non-electrically insulating material. Furthermore, all of the available evidence shows that Shamrock's and Rymco's metal conduit is not coated with an electrical insulating material. Thus, this metal conduit is properly classified under HTS 7306.30.5028.

**5.    Customs Should Overrule Ruling N306508**

Customs should overrule its ruling in N306508. In that ruling Customs found that certain steel conduit pipe from Thailand imported by SNT Steel, Inc. ("SNT Steel") should be classified under HTS 8547.90.0020. There, the merchandise in question was described as conduit tubing "made up of steel with an exterior coating of zinc and an interior coating of stoved epoxy resin" which "will act as electrical wire conduit in both commercial and residential environments."

---

[40]    *Id.*

Customs states that samples were provided and sent to the Customs Laboratory for examination where testing concluded that the interior coating is made up of an organic resin compound. Customs found that this compound "would act as an electrical insulator."

Customs should overturn this ruling for the following reasons. <u>First</u>, there is no evidence that the epoxy resin coating was electrically insulating up to 1000 volts, which is the level of insulation that would be required for its intended use.[41] In fact, as explained by Mr. Crawford, all EMT conduit producers "typically use a resin-based type of coating that performs extremely well during the production process where high levels of heat are introduced and, in several cases, use the same supplier when procuring the coating.[42] The primary purpose of the interior coating is to provide the necessary corrosion resistance for the environments and locations where EMT is approved to be installed.[43] Secondary to corrosion protection, manufacturers will apply organic interior coatings that also provide a low coefficient of friction to reduce pull forces and stress when installing wires and conductors.[44] Thus, the epoxy resin coating at issue for the SNT Steel conduit in all likelihood serves the purposes of corrosion protection and allowing a low coefficient of friction and does not serve the purpose of electrical insulation.

<u>Second</u>, there is no evidence that the metal conduit imported by SNT Steel was properly marked for the voltage class, temperature limitations, flame spread characteristics, smoke and toxicity emissions, and suitability for wet locations. This would be required by the National Electrical Code for any material that was claimed to be electrically insulating.

---

[41] *See* Affidavit of Joseph F. Andre of Bothell, attached as **Exhibit 7**.

[42] Affidavit of Dale L. Crawford, attached as **Exhibit 13**.

[43] *Id.*

[44] *Id.*

Third, the merchandise was described as being for use as "electrical wire conduit in both commercial and residential environments." However, there is no practical application of insulated metal conduit in the electrical construction industry. In fact, metal conduit for use in the construction industry is required to be electrically conductive so that it can serve as a grounding device. Thus, it is extremely doubtful that SNT Steel's metal conduit is actually coated with an electrical insulator. If it was, it would be unfit for use in commercial and residential environments.

For all these reasons, Customs should overturn its ruling in N306508.

## IV. CONCLUSION

In conclusion, we respectfully request under 19 U.S.C. § 1516(a)(1) and 19 C.F.R. § 175.12 that Customs reclassify imports of steel conduit pipe from Mexico and Thailand described in detail above. In addition, Wheatland requests that Customs overrule its ruling N306508 (Feb. 21, 2020).

**Table of Exhibits**

| Exhibit | Description |
|---------|-------------|
| 1 | Complaint in *Shamrock Building Materials, Inc. v. United States,* CIT Court No. 20-74 (May 20, 2020) |
| 2 | Panjiva Data for Shamrock and Rymco |
| 3 | U.S. Monthly Import Statistics |
| 4 | Quality Tube Materials |
| 5 | Rymco Materials |
| 6 | Excerpts from Wheatland's Website and Product Literature |
| 7 | Affidavit from Joseph F. Andre |
| 8 | World Customs Organization Explanatory Notes, Chapter 85 |
| 9 | World Customs Organization Explanatory Notes, Subheading 8547 |
| 10 | PTFE Coatings, Electrical Insulation/Conductive |
| 11 | U.S. Yearly Import Statistics Under 8547.90.0020 |
| 12 | Panjiva Data re: U.S. Imports by SNT Steel Inc. |
| 13 | Affidavit of Dale L. Crawford |

# SCHAGRIN ASSOCIATES

900 SEVENTH STREET, N.W. · SUITE 500 · WASHINGTON, D.C. 20001
P: (202) 223-1700 RSCHAGRIN@SCHAGRINASSOCIATES.COM F: (202) 429-2522

January 7, 2021

**Via U.S. Mail**
The Hon. Mark Morgan
Acting Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20004

**Via E-Mail**
Allyson Mattanah
Branch Chief, Chemicals, Petroleum, Metals
and Miscellaneous Articles
Regulations and Rulings, Office of Trade
U.S. Customs and Border Protection
90 K Street N.E., 10th Floor Mail Stop 1177
Washington, DC 20229-1177
ALLYSON.R.MATTANAH@cbp.dhs.gov

**Re:     Petition for Tariff Classification Ruling Regarding Steel Conduit Pipe**

Dear Acting Commissioner Morgan:

On behalf of Wheatland Tube Company, a domestic producer of steel conduit pipe and thus an interested party pursuant to 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a), we hereby request that U.S. Customs and Border Protection ("Customs") issue a ruling pursuant to 19 U.S.C. § 1516(a) and 19 C.F.R. 175, Subpart B, regarding the correct classification of certain steel conduit pipe.  This request is submitted pursuant to 19 U.S.C. § 1516(a)(1) and 19 C.F.R. § 175.11. Each of the elements of a request required by 19 C.F.R. § 175.12 are set forth in the attached petition.

Due to the extreme urgency of this request and the potential for misclassified steel conduit pipe to completely evade existing import duties and export license requirements without any potential future remedies, we respectfully request that Customs expedite this matter and respond to this request as soon as possible

We enclose three copies of the petition, as required by 19 C.F.R. § 175.11(a).

Please contact the undersigned with any questions regarding this submission.

Respectfully submitted,

Roger B. Schagrin
Elizabeth J. Drake
Luke A. Meisner
SCHAGRIN ASSOCIATES
*Counsel to Wheatland Tube Company*

Enclosures

# Petition for Tariff Classification Ruling Regarding Steel Conduit Pipe

## I.      SUMMARY OF REQUEST

Wheatland Tube Company ("Wheatland") hereby requests that U.S. Customs and Border Protection ("Customs") determine that certain steel conduit pipe be properly classified under the U.S. Harmonized Tariff Schedule ("HTS") as 7306.30.5028, which covers welded tube that is "Internally coated or lined with a ***non-electrically insulating material***, suitable for use as electrical conduit."  This steel conduit pipe should not be classified under HTS 8547.90.0020, which covers electrical conduit tubing "of base metal lined with ***insulating material***."

As part of this request, Wheatland asks that Customs reconsider ruling N306508, "The tariff classification of steel conduit pipe from Thailand" (Feb. 21, 2020), which concluded that HTS 8547.90.0020 applied to certain conduit made up of steel with an exterior coating of zinc and an interior coating of stoved epoxy resin.  Wheatland submits that ruling N306508 conflicts with other rulings, including N303775 (Apr. 26, 2019), which finds that electrical metal conduit and rigid steel conduit internally coated with epoxy resin are subject to HTS subheading 7306.30.

As discussed in further detail below, Wheatland requests that Customs should give rapid attention to this matter, as certain imports under HTS heading 7306 are subject to 25 percent duties under Section 232 of the Trade Expansion Act of 1962 and/or certain export licensing requirements, while imports under HTS heading 8547 are not. As a result, the question of the appropriate classification of steel conduit pipe is the subject of considerable discussion in the industry, and reported trade flows have shifted markedly. Wheatland believes that this shift is due to incorrect classification of steel conduit pipe previously imported under subheading 7306.30 in an effort to avoid payment of Section 232 duties and the export licensing program.

## II.    BACKGROUND ON APPLICABLE DUTIES

On March 8, 2018, President Trump issued Proclamation 9705, finding that steel articles were being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States, and deciding to adjust the imports of these steel articles by imposing a 25 percent ad valorem tariff on such articles imported from most countries pursuant to section 232 of the Trade Expansion Act of 1962, as amended, 19 U.S.C. § 1862.[1] On May 19, 2019, the President issued Proclamation 9894, adjusting Proclamation 9705 after the United States announced an agreement with Canada and Mexico to remove the Section 232 tariffs for steel and aluminum imports from those countries.[2]

On August 31, 2020, the U.S. Trade Representative announced that Mexico and the United States successfully concluded consultations held pursuant to the mechanism established in their Joint Statement of May 17, 2019 to address recent surges in imports from Mexico of three steel products: standard pipe, mechanical tubing, and semi-finished products.[3] Mexico agreed to establish a strict export monitoring regime for these products through June 1, 2021 and closely monitor shipments during this period.[4] The United States agreed to maintain the Section 232 duty exemption for imports of these products and agreed to consult with Mexico in

---

[1]    *See Proclamation 9705 of March 8, 2018 Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 11,625 (Mar. 15, 2018).

[2]    *See Proclamation 9894 of May 19, 2019 Adjusting Imports of Steel Into the United States*, 84 Fed. Reg. 23,987 (May 23, 2020).

[3]    *See* USTR: President Trump Continues to Protect America's Steel-Dependent National Security (Aug. 31, 2020), available at https://ustr.gov/about-us/policy-offices/press-office/press-releases/2020/august/president-trump-continues-protect-americas-steel-dependent-national-security.

[4]    *Id.*

December of 2020 to discuss the state of trade in the relevant products in light of market conditions at that time.[5]

### A. Imports of Steel Conduit Pipe from Mexico

Between June 1, 2018, and May 19, 2019, when the 25 percent Section 232 duty was in effect, Shamrock Building Materials, Inc. ("Shamrock Steel") imported electrical conduit from Mexico, which it classified under HTS 8547.90.0020.[6] Imports properly classified under this HTS code were not subject to section 232 duties and were duty free under the North American Free Trade Agreement ("NAFTA"). On December 21, 2018, Customs issued a Form 29 Notice of Action advising Shamrock that Customs had concluded that the more appropriate classification for its entries of electrical conduit is 7306.30.5028, and Customs instructed Shamrock Steel to use this classification for all current and future entries.[7] In October 2020, two months after the export licensing regime was put in place, Shamrock began importing electrical conduit from Quality Tube SA de CV ("Quality Tube") in Mexico.[8] According to information from Panjiva, Shamrock Steel classified this merchandise under HTS 8547.90 – which would be a violation of Customs' instruction to classify this merchandise under HTS 7306.30.[9]

In addition, according to Panjiva data, prior to the export licensing regime taking effect, Liberty Products Inc., doing business as Rymco U.S.A. ("Rymco USA") imported electrical conduit pipe from CONDUIT, S.A. de C.V. ("Rymco") in Mexico under HTS 7306.30. In

---

[5] *Id.*

[6] *See* Complaint in *Shamrock Building Materials, Inc. v. United States,* CIT Court No. 20-74 (May 20, 2020) ("Shamrock Complaint"), attached as **Exhibit 1.**

[7] *Id*.

[8] *See* Panjiva Data for Shamrock and Rymco, attached as **Exhibit 2.**

[9] *See id*.

October 2020, two months after the export licensing regime was put in place, Rymco USA began importing electrical conduit from Rymco in Mexico under HTS 8547.90.[10] This is despite the fact that Customs had already determined that imports of this type of electrical conduit are properly classified under 7306.30, as reviewed above.

Monthly trends in imports of conduit subject to 232 measures under 7306.30.5028 and imports of product not subject to 232 measures under 8547.90.0020 support the conclusion that importers have been misclassifying their imports to evade the discipline of duties and export licenses. In January through May of 2018, before 232 measures were imposed, the U.S. imported only 10 short tons of product from Mexico under 8547.90.0020.[11] After 232 duties were imposed on June 1, 2018, the U.S. imported 1,093 short tons over a five-month period, ending in December of 2018, when Customs issued its notice of action to Shamrock. After the notice of action, imports under the category dwindled to almost nothing. In addition, no 232 measures were in place on any imports from Mexico from May 2019 to August of 2020, during which time imports under 7306.30.5028 grew steadily.

These trends shifted rapidly after the export licensing arrangement was announced in August of 2020. At first, monthly imports under the correct category, 7306.30.5028, dipped sharply in September of 2020 while imports under 8547.90.0020 remained non-existent. Suddenly, in October (the last month for which data are available), there was a steep decline in monthly imports under 7306.30.5028 and a simultaneous explosion of imports under 8547.90.0020. These trends further support the conclusion that Shamrock Steel and Rymco USA

---

[10]   *See id.*

[11]   *See* Import Statistics, attached at **Exhibit 3**.

are misclassifying their imports to evade the export licensing regime agreed upon by the United States and Mexico.

Monthly Imports of Steel Conduit Pipe[12]



But for the misclassification of this merchandise, Quality Tube and Rymco would be required to obtain an export license to ship this merchandise to the United States under the appropriate subheading HTS 7306.30. By misclassifying the merchandise under HTS 8547.90, the entities identified above have avoided the requirement of obtaining an export license.

Based on this evidence, Wheatland's counsel submitted E-Allegations to Customs on December 1, 2020, and December 7, 2020. Wheatland's counsel has also filed a classification information request pursuant to 19 C.F.R. § 175.3(a). Given the urgency of this matter, we are also with this submission seeking that Customs correct the classification of this merchandise to ensure that it is properly covered by the export licensing requirements agreed upon by the Governments of the United States and Mexico. If the entries are not being properly classified,

---

[12] *See id.*

they could enter at quantities that greatly exceed any amounts agreed to in the export licensing arrangement. As far as counsel is aware, there may be no remedy after those imports have entered United States commerce. The export licensing arrangement is currently set to expire in June of 2021. Urgent action is thus required to ensure these imports are properly classified and subject to the export licensing arrangements as soon as possible.

### B.    Imports of Steel Conduit Pipe from Thailand

Import statistics regarding steel conduit pipe from Thailand tell a similar story:[13]



Prior to the imposition of Section 232 duties in 2018, U.S. imports of electrically insulated pipe under HTS 8547.90.0020 had been virtually non-existent for almost a decade.  In 2019, after the imposition of Section 232 duties, U.S. imports of electrically insulated pipe under HTS 8547.90.0020 increased significantly.  Then, following Customs' Ruling N306508 in February 2020, imports absolutely skyrocketed.  There is no explanation for this skyrocketing of imports

---

[13]    U.S. Yearly Import Statistics Under 8547.90.0020, attached as **Exhibit 11**.

of electrically insulated pipe other than the desire to evade the payment of the Section 232 duties on imports of steel conduit pipe under subheading 7306.

Panjiva data further corroborate that U.S. importers have been evading the payment of Section 232 duties by misclassifying merchandise as electrically insulated pipe under HTS 8547.90.0020.[14]  In particular, Panjiva data show that SNT Steel Inc. ("SNT"), the U.S. importer that that requested the ruling in N306508, imported steel electrical conduit pipe exclusively under HTS subheading 7306.20 from 2018 through October of 2019.  Then, for the first time, SNT began importing electrical conduit pipe under HTS subheading 8547.90.

## III.    INFORMATION REQUIRED BY 19 C.F.R. § 175.12

### A.    The name of the person making the request, his principal place of business, and the fact that he is a domestic interested party

The name of the person making this request is Wheatland Tube Company ("Wheatland").

Wheatland's principal place of business is:

Wheatland Tube Company
1 Council Avenue
P.O. Box 608
Wheatland, PA 16161
(800) 257-8182

Please direct all correspondence relating to this request to Wheatland's counsel in this matter:

Roger B. Schagrin, Esq.
Schagrin Associates
900 Seventh Street, N.W., Ste. 500
Washington, D.C., 20001
Tel: 202-223-1700
rschagrin@schagrinassociates.com

Wheatland is a manufacturer of steel conduit pipe in the United States, and it is thus a domestic interested party pursuant to 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a).

---

[14]    Panjiva Data re: U.S. Imports y SNT Steel Inc., attached as **Exhibit 12**.

**B.     A showing of the class or kind of merchandise manufactured by the requesting party**

The class or kind of merchandise manufactured by Wheatland is steel conduit pipe. Attached at **Exhibit 6** are excerpts from Wheatland's website and product literature for its steel conduit pipe products. Wheatland produces galvanized electrical metallic tubing finished conduit ("EMT"), intermediate metal conduit ("IMC"), or rigid metal conduit ("RMC") in the United States. These goods produced by Wheatland in the United States are of the same class or kind as the merchandise that is the subject of this request. Wheatland is thus an interested party as defined by 19 U.S.C. § 1516(a)(2)(A) and 19 C.F.R. § 175.3(a).

**C.     A presentation, in detail, of the information required by 19 U.S.C. § 1516**

The imported merchandise that is the subject of this request is steel conduit pipe imported from Mexico, with or without interior coating, where any such coating does not have insulation properties. Electrical conduit pipe is used to route electrical wiring in a building or other structure.  The imported merchandise is covered by this request whether it is EMT, IMC, or RMC.  As discussed below, this merchandise is properly classified under HTS 7306.30 and not under HTS 8547.90.

**1.     HTS 8547.90 Covers Specialty Pipe That is Electrically Insulated**

There can be no doubt that HTS 8547.90.0020 covers metal conduit that is ***electrically insulated*** – not any metal conduit that has an internal coating. Chapter 85 of the HTS cover "Electrical machinery and equipment and parts thereof; sound recorders and reproducers, television image and sound recorders and reproducers, ***and parts and accessories of such articles***."[15]  The four digit subheading for HTS 8547 covers "Insulating fittings for electrical

---

[15]     USHTS, Chapter 85 (emphasis added).

machines, appliances or equipment, being fittings wholly of insulating material apart from any minor components of metal . . . ; electrical conduit tubing and joints therefor, of base metal lined with insulating material."[16]  Finally, the six-digit HTS 8547.90 covers "Electrical conduit tubing and joints therefor, of base metal lined with insulating material."[17]  Finally, HTS 7306.30.5028 specifically covers metal conduit "that is internally coated or lined with a non-electrically insulating material."[18] Thus, the plain language of the HTS code, the context in which HTS 8547.90 appears, and the overall structure of the HTSUS code make it clear that the merchandise covered by HTS subheading 8547.90 is conduit pipe that is insulated from electrical conductivity such that it is appropriate for use as a "part" or "accessory" in electrical machinery and equipment.  HTS 8547.90 would definitively not cover the type of metal conduit that is used in electrical service and distribution systems – *i.e.*, metal conduit used to protect and route electrical wiring in a building or other structure that is not electrically insulated.

   This interpretation is confirmed by the World Customs Organization ("WCO") explanatory notes for Chapter 85.[19]  In particular, WCO explains that Chapter 85 covers "{c}ertain articles and materials which are used in electrical apparatus and equipment because of their conducting or insulating properties, such as . . . insulating fittings and metal conduit tubing with an interior insulating lining (heading 85.47)."[20]  The WCO explanatory notes for

---

[16]   *Id.*

[17]   *Id.*

[18]   *Id.*, Chapter 73.

[19]   *See* World Customs Organization Explanatory Notes, Chapter 85, attached as **Exhibit 8.**

[20]   *Id.*

subheading 8547.90 further explain that this subheading covers certain metal tubing "provided it has an interior lining of insulating material" and state as follows:

> The tubing of this group consists either of spiralled metal strip wound on to an interior tube of insulating material, or of rigid metal tubing (usually iron or steel) coated or lined on the inside with insulating material. The insulating material may be ***special electrically insulating*** varnish, paper or paperboard, rubber, plastics, etc. Metal tubing simply coated with varnish to prevent corrosion is excluded.[21]

It is thus clear that the insulating material for conduit tube covered by 8547.90 must be "special electrically insulating" material.

Customs has also recognized that HTS 8547.90 is intended to cover a special class of conduit pipe that is electrically insulated. For example, in Ruling I84073, Custom found that HTS 8547.90.0020 was the appropriate subheading for certain steel conduit "with an interior teflon coating," where "{e}lectrical wiring for the landing gear of an aircraft is routed through this tubing in order to insulate and protect the wiring."[22] Teflon, or polytetrafluoroethylene, is widely recognized to be electrically insulating.[23] In this regard, Customs has generally rejected attempts to classify non-insulated conduit under 8547.90. For example, in Ruling N071441, representative samples of EMT conduit were sent to Customs. Customs noted that the products were internally and externally coated with zinc but were not internally coated or lined with an insulating material. The products were thus properly classifiable under HTS 7306.30. In Ruling N303775, representative samples of EMT conduit sent to Customs were internally coated with epoxy resin, and Customs also found these products should be classified under HTS

---

[21] *See* World Customs Organization Explanatory Notes, Subheading 8547 (emphasis added), attached as **Exhibit 9.**

[22] Customs Ruling I84073: The tariff classification of steel conduit and parts from France (Aug. 12, 2002).

[23] *See* PTFE Coatings, Electrical Insulation/Conductive, attached as **Exhibit 10.**

7306.30.  Finally, in the Shamrock litigation, Customs classified Shamrock's merchandise under HTS 7306.30 because "{t}here appears to be no insulation properties to the epoxy enamel organic coating."[24]

The bottom line is that HTS 8547.90.0020 is intended to cover a very special niche of metal conduit pipe that contains an insulating material with electrical insulating properties.

### 2. Most Conduit Pipe Used for Construction Purposes Is Required <u>Not</u> to Have Electrical Insulating Properties

In contrast to the specialty metal conduit covered by HTS 8547.90.0020, which is electrically insulated, metal conduit that is installed for use in electrical service and distribution systems in residential and commercial buildings and projects is not electrically insulated.  In fact, there is no practical application of insulated metal conduit in the construction industry, where metal conduit is used in electrical service and distribution systems.  This is because metal conduit in the construction industry is generally required to retain electrical conductivity so that it can be used as a grounding conductor.  Attached as **Exhibit 7** is an affidavit from Joseph F. Andre of Bothell, a Technical Consultant for the Steel Tube Institute, regarding the use of insulating material in electrical conduit and tubing.  As Mr. Andre explains:

> A critical aspect of metal conduit is its ability to safely conduct current in the event of insulation failure of a wire. This is vital in order to ensure the actuation of a circuit protective device (fuse or circuit breaker) to remove potentially harmful voltages from conductive surfaces that might otherwise become electrocution hazards.[25]

Furthermore, for any product to be considered insulated for an electrical purpose, it would need to be:

---

[24]    Shamrock Complaint at p. 7, attached as **Exhibit 1**.

[25]    *See* Affidavit of Joseph F. Andre of Bothell, attached as **Exhibit 7**.

A) Tested to an acceptable voltage and temperature rating to be used in applications described in an applicable construction code used in the intended end market, for example, the National Electrical Code (NEC/NFPA 70) or the National Electrical Safety Code;

B) Insulated with a dielectric that would offer voltage resistance to be insulated for the conditions to which it is normally subjected.[26]

For a coating on a metal conduit to be considered insulating in an electrical context, and that is intended for use in applications described in the NEC, the insulation would need to be tested to at least 1000 volts.[27] Furthermore, in order for conductors to be considered insulated for the general conditions defined in the National Electrical Code, they must be marked for the voltage class, temperature limitations, flame spread characteristics, smoke and toxicity emissions, and suitability for wet locations.[28] Finally, Mr. Andre notes that:

- There is no recognition of insulated metal conduit in the National Electrical Code®.

- There is no standard to which insulated metal conduit can be properly tested and certified for installation or use in electrical service and distribution systems.

- There is no practical application of insulated metal conduit in the electrical construction industry.[29]

In sum, steel conduit cannot be considered to be insulated for electrical purposes unless tested to an acceptable voltage and temperature rating and also insulated with a material to achieve a voltage resistance for which the product would be normally subjected. Moreover, because a critical aspect of metal conduit is its ability to safely conduct current and act as a grounding device, there is no practical application of insulated metal conduit in the electrical

---

[26] *Id.*

[27] *Id.*

[28] *Id.*

[29] *Id.*

construction industry. Thus, any claims by a U.S. importer that its metal conduit is electrically insulated should be met with extreme skepticism – to say the least.

### 3. Shamrock's and RYMCO's Conduit Is <u>Not</u> Electrically Insulated

Shamrock describes its conduit as EMT and IMC (collectively, "electrical conduit").[30] Shamrock states that its electrical conduit consists of welded carbon steel tubing that is galvanized on the exterior surface and coated in the interior with an epoxy enamel coating composed of epoxy resin, melamine resin, and silicone additives, among other ingredients. Shamrock states that its conduit is sold in ten foot lengths, and that it is marked as EMT or IMC electrical conduit.[31] According to a complaint filed by Shamrock at the U.S. Court of International Trade, Customs instructed it to classify the conduit under 7306.30.5028, because the code it was using, 8547.90.0020, is only for conduit lined with insulating material, and, upon inspection, Customs determined that "there were no insulation properties of the organic coating inside the electrical conduit" imported by Shamrock.[32] Materials from the website of Shamrock's supplier, Quality Tube, show that it produces EMT and IMC with an interior coating that is described as "corrosive-resistant."[33]

The conduit imported by Rymco USA is described as galvanized steel tubing of the EMT type.[34] Rymco also produces IMC and RMC.[35] According to Rymco's own brochures, to the

---

[30]  *See* Shamrock Complaint, attached at **Exhibit 1**.

[31]  *Id.*

[32]  *Id.*

[33]  *See* Quality Tube Materials, attached at **Exhibit 4**.

[34]  *See* Panjiva Data for Shamrock and Rymco, attached at **Exhibit 2**.

[35]  *See* Rymco Materials, attached at **Exhibit 5**.

extent that the product imported by Rymco has any interior coating, it appears that the coating is for corrosion-resistance and lubrication, not insulation.[36] For example, a RYMCO brochure for EMT conduit states that "the interior of the conduit has a FreedomCoat layer for rust prevention and to allow for easier wire puling and pushing."[37]  There is no mention of any extra insulation properties.  In fact, the brochure states that the EMT conduit "also provides an excellent electrical path to ground and is recognized as an equipment grounding conductor."[38]  In other words, far from boasting to its customers that its conduit is insulated from electrical conductivity, RYMCO describes how its conduit is "an excellent electrical path."

In addition, as discussed above, in order for a conduit to be considered electrically insulated, it would have to be both tested and marked to an acceptable voltage and temperature rating based on it being coated with a material sufficient to achieve a voltage resistance for which the product would be normally subjected.  None of Shamrock's or Rymco's materials show that any such testing or marking has taken place.

Finally, there is nothing surprising about the fact that Shamrock's and Rymco's conduit pipe has some type of internal coating.  As explained in the attached affidavit of Dale L. Crawford, Director of Steel Conduit at the Steel Tube Institute, all manufacturers of EMT conduit apply an interior coating to their merchandise, as required by the UL 797 product listing standards.[39] An organic coating is defined in the UL 797 standard as "an interior coating, other than one consisting solely of zinc, which, upon evaluation, has demonstrated the ability to

---

[36]   *See id.*

[37]   *Id.*

[38]   *Id.*

[39]   Affidavit of Dale L. Crawford, attached as **Exhibit 13**.

provide the level of corrosion resistance necessary where the coating is not subject to physical damage."[40] Thus, the fact that Shamrock's and Rymco's pipe is internally coated does nothing to provide that is coated with an electrically insulating material.

In sum, all of the available evidence thus shows that Shamrock's and Rymco's metal conduit is not coated with an electrical insulating material.

### 4. Shamrock's and Rymco's Conduit Should Be Reclassified Under HTS 7306.30.5028

As discussed above, HTS 8547.90.0020 covers a very narrow class of metal conduit that is electrically insulated. In contrast to the specialty metal conduit covered by HTS 8547.90.0020, which is electrically insulated, metal conduit that is installed for use in electrical service and distribution systems in residential and commercial buildings and projects is not electrically insulated. This metal conduit is covered by HTS 7306.30.5028, which covers metal conduit that is internally coated or lined with a non-electrically insulating material. Furthermore, all of the available evidence shows that Shamrock's and Rymco's metal conduit is not coated with an electrical insulating material. Thus, this metal conduit is properly classified under HTS 7306.30.5028.

### 5. Customs Should Overrule Ruling N306508

Customs should overrule its ruling in N306508. In that ruling Customs found that certain steel conduit pipe from Thailand imported by SNT Steel, Inc. ("SNT Steel") should be classified under HTS 8547.90.0020. There, the merchandise in question was described as conduit tubing "made up of steel with an exterior coating of zinc and an interior coating of stoved epoxy resin" which "will act as electrical wire conduit in both commercial and residential environments."

---

[40] *Id.*

Customs states that samples were provided and sent to the Customs Laboratory for examination where testing concluded that the interior coating is made up of an organic resin compound. Customs found that this compound "would act as an electrical insulator."

Customs should overturn this ruling for the following reasons. <u>First</u>, there is no evidence that the epoxy resin coating was electrically insulating up to 1000 volts, which is the level of insulation that would be required for its intended use.[41] In fact, as explained by Mr. Crawford, all EMT conduit producers "typically use a resin-based type of coating that performs extremely well during the production process where high levels of heat are introduced and, in several cases, use the same supplier when procuring the coating.[42] The primary purpose of the interior coating is to provide the necessary corrosion resistance for the environments and locations where EMT is approved to be installed.[43] Secondary to corrosion protection, manufacturers will apply organic interior coatings that also provide a low coefficient of friction to reduce pull forces and stress when installing wires and conductors.[44] Thus, the epoxy resin coating at issue for the SNT Steel conduit in all likelihood serves the purposes of corrosion protection and allowing a low coefficient of friction and does not serve the purpose of electrical insulation.

<u>Second</u>, there is no evidence that the metal conduit imported by SNT Steel was properly marked for the voltage class, temperature limitations, flame spread characteristics, smoke and toxicity emissions, and suitability for wet locations. This would be required by the National Electrical Code for any material that was claimed to be electrically insulating.

---

[41]   *See* Affidavit of Joseph F. Andre of Bothell, attached as **Exhibit 7**.

[42]   Affidavit of Dale L. Crawford, attached as **Exhibit 13**.

[43]   *Id.*

[44]   *Id.*

Third, the merchandise was described as being for use as "electrical wire conduit in both commercial and residential environments." However, there is no practical application of insulated metal conduit in the electrical construction industry. In fact, metal conduit for use in the construction industry is required to be electrically conductive so that it can serve as a grounding device. Thus, it is extremely doubtful that SNT Steel's metal conduit is actually coated with an electrical insulator. If it was, it would be unfit for use in commercial and residential environments.

For all these reasons, Customs should overturn its ruling in N306508.

## IV.    CONCLUSION

In conclusion, we respectfully request under 19 U.S.C. § 1516(a)(1) and 19 C.F.R. § 175.12 that Customs reclassify imports of steel conduit pipe from Mexico and Thailand described in detail above. In addition, Wheatland requests that Customs overrule its ruling N306508 (Feb. 21, 2020).

**Table of Exhibits**

| Exhibit | Description |
|---------|-------------|
| 1 | Complaint in *Shamrock Building Materials, Inc. v. United States,* CIT Court No. 20-74 (May 20, 2020) |
| 2 | Panjiva Data for Shamrock and Rymco |
| 3 | U.S. Monthly Import Statistics |
| 4 | Quality Tube Materials |
| 5 | Rymco Materials |
| 6 | Excerpts from Wheatland's Website and Product Literature |
| 7 | Affidavit from Joseph F. Andre |
| 8 | World Customs Organization Explanatory Notes, Chapter 85 |
| 9 | World Customs Organization Explanatory Notes, Subheading 8547 |
| 10 | PTFE Coatings, Electrical Insulation/Conductive |
| 11 | U.S. Yearly Import Statistics Under 8547.90.0020 |
| 12 | Panjiva Data re: U.S. Imports by SNT Steel Inc. |
| 13 | Affidavit of Dale L. Crawford |



**Exhibit 1**

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SHAMROCK BUILDING MATERIALS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

Court No. 20-00074

## COMPLAINT

Plaintiff, Shamrock Building Materials, Inc., by and through its counsel, hereby alleges and states as follows:

## NATURE OF THE ACTION

1.     Plaintiff challenges the denial by U.S. Customs and Border Protection ("CBP) of Protest Numbers 230419100397, 230419100514, 230419100671, 230419100672, and 230419100673, regarding the classification of certain electrical conduit imported by Plaintiff.

## JURISDICTION

2.     This Court has exclusive jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

## THE PARTIES AND STANDING

3.     Plaintiff is the importer of record of the merchandise that is the subject of this action.

4.     Plaintiff is the person who filed the protests pursuant to Section 514 of the Tariff Act of 1930, *as amended*, 19 U.S.C. § 1514, which were denied under Section 515 of the Tariff

Act of 1930, *as amended*, 19 U.S.C. § 1515, and are covered by this civil action; plaintiff thus has standing to bring this action pursuant to 28 U.S.C. § 2631(a).

5.      Defendant United States, U.S. Customs and Border Protection ("CBP"), is the party that denied the protest contested herein and is the statutory defendant under 28 U.S.C. § 2631(a).

6.      The protests covered by this action were timely filed with CBP at the port of entry or the appropriate Center (Centers of Excellence and Expertise), which thereafter denied same.

7.      All liquidated duties have been paid.

## FACTUAL BACKGROUND AND DESCRIPTION OF MERCHANDISE INVOLVED

8.      The merchandise at issue is electrical metallic tubing finished conduit ("EMT"), and intermediate metal conduit ("IMC") (collectively, "electrical conduit"), imported from Mexico.

9.      Electrical conduit is used to route electrical wiring in a building or other structure.

10.     The electrical conduit at issue in this action consists of welded carbon steel tubing that is galvanized on the exterior surface only.

11.     The interior surface of the electrical conduit is not galvanized, and instead is coated with an insulating layer of organic epoxy enamel.

12.     The epoxy enamel coating is composed of epoxy resin, melamine resin, and silicone additives, among other ingredients.

13.     Electrical conduit is typically installed in "runs" consisting of multiple pieces of conduit that are connected as a raceway for electrical wiring.

14.     Runs of electrical conduit typically involve multiple bends that can be 90 degrees or more.

15.     The electrical wiring within the runs of electrical conduit is subject to abrasion or other damage as it is "pulled" through these long runs due to the number of bends, the weld seams in the interior of the tube, ambient temperatures, and other installation conditions and practices.

16.     The interior epoxy enamel coating applied to Plaintiff's electrical conduit protects against damage to the wiring by providing an insulating layer between the wiring and the interior surface of the steel tube.

17.     The interior epoxy enamel coating insulates and protects the wire during installation into the conduit and afterwards during service.

18.     Damage to the electrical wiring during installation, such as abrasion or tears to the exterior coating of the electrical wire, can cause electrical short circuits.

19.     The interior epoxy enamel coating protectively insulates the wire against abrasion or tears by providing a barrier between the electrical wires and the interior steel wall of the tube that cushions the wire, and reduces friction.

20.     The interior epoxy enamel coating also provides electrical insulation to reduce the risk of electrical short circuits in the event of frayed or damaged wiring.

21.     The interior epoxy enamel coating resists the flow of electric charges by preventing or limiting the flow of electrons across the surface or through the volume of the coating material, thereby making the material difficult to ground.

22.     A short circuit cannot occur unless the electric charge goes to ground.

23.     If there is a frayed wire inside the conduit, the internal epoxy enamel coating will provide a barrier against the transfer of electrons to the applied surface.

24.     Plaintiff commissioned testing by G2MT labs, an ISO 9001 certified independent testing laboratory, on samples of electrical conduit coated with Plaintiff's interior epoxy enamel coating and comparable (in outside diameter and wall thickness) uncoated tubing.

25.     The laboratory performed three types of measurements to compare the coated electrical conduit and the uncoated tubing:  (1) abrasive force and abrasion damage, (2) thermal insulation properties, and (3) electrical insulation properties.

26.     The laboratory found that:  (1) the pull force required to pull a cable through tubing with four 90 degree bends was substantially less for the electrical conduit coated with the interior epoxy enamel coating in comparison to the uncoated tubing; (2) pulling a cable through the uncoated bent tubing resulted in much higher and deeper abrasion levels to the surface of the cable; (3) there was no statistically significant difference in thermal conductivity between the coated electrical conduit and uncoated tubing; and (4) there was a substantial increase in surface electrical resistivity of the electrical conduit coated with the interior epoxy enamel coating compared to the uncoated tubing.  A copy of the lab report, which was submitted to CBP with the protests, is attached to this complaint.

27.     Plaintiff sells its electrical conduit exclusively to electrical distributors and electrical contractors in the United States.

28.     Plaintiff's electrical conduit is clearly marked as EMT or IMC electrical conduit.

29.     Plaintiff's electrical conduit is installed in schools, hospitals, stadiums, restaurants, hotels, government office buildings, *etc.*, where electrical conduit is required.

30.     Plaintiff sells its electrical conduit in 10-foot lengths because the standard for the electrical industry in the United States is that electrical conduit be made and sold in 10-foot lengths which are easier to handle and bend, which is often done in the field/jobsite.

31.     The electrical conduit imported by Plaintiff was classified by CBP (depending on

wall thickness) either under subheading 7306.30.1000, HTSUS, as

> Other tubes, pipes and hollow profiles (for example, open seamed or welded,
> riveted or similarly closed), of iron or steel:
>> Other, welded, of circular cross section, of iron or nonalloy steel:
>>> Having a wall thickness of less than 1.65 mm

or under subheading 7306.30.5028, HTSUS, as

> Other tubes, pipes and hollow profiles (for example, open seamed or welded,
> riveted or similarly closed), of iron or steel:
>> Other, welded, of circular cross section, of iron or nonalloy steel:

>>> *        *        *

>> Having a wall thickness of 1.65 mm or more:

>>> *        *        *

>> Other

>>> *        *        *

>> Other:
>>> With an outside diameter not exceeding 114.3 mm:
>>>> Galvanized:

>>>> *        *        *

>>>> Internally coated or lined with a non-electrically insulating
>>>> material, suitable for use as electrical conduit.

32.     At the time the merchandise was imported, merchandise imported from Mexico

that was classified under subheadings 7306.30.1000 or 7306.30.5028 was subject to a 25 percent

duty imposed pursuant to section 232 of the Trade Expansion Act of 1962, *as amended*,

19 U.S.C. § 1862.

33.     Plaintiff claims that the imported merchandise should be classified under

subheading 8547.90.0020, HTSUS, as

> Insulating fittings for electrical machines, appliances or equipment, being fittings
> wholly of insulating material apart from any minor components of metal (for
> example, threaded sockets) incorporated during molding solely for the purposes
> of assembly, other than insulators of heading 8546; electrical conduit tubing and
> joints therefor, of base metal lined with insulating material:

<center>*     *     *</center>

> Other

<center>*     *     *</center>

> Electrical conduit tubing and joints therefor, of base metal lined with
> insulating material:
>> Conduit tubing

34.     At the time of importation, merchandise from Mexico classified under subheading

8547.90.0020 was not subject to section 232 duties and was duty free under the North American

Free Trade Agreement ("NAFTA").

35.     The 25 percent section 232 duty on imports of steel products from Mexico,

including merchandise classified under 7306.30.1000 or 7306.30.5028, was in effect from

June 1, 2018 through May 19, 2019.

36.     On August 27, 2018, CBP issued a Form 28 request for information ("RFI") to

Plaintiff requesting that it provide information and supporting documentation to demonstrate that

Plaintiff's imported EMT finished conduit in two selected entry summaries are products of

Mexico that are eligible for the preferential tariff treatment claimed under NAFTA.

37.     On October 5, 2018, Plaintiff responded to the August 27, 2018 RFI and provided

purchase orders, commercial invoices, and mill certificates from the Mexican producer and

exporter of electrical conduit, as well as sample invoices from the suppliers of the materials that

are used to produce the electrical conduit in Mexico, demonstrating that all of the inputs were

<center>6</center>

produced and sourced in Mexico, and thus that all of the components of the imported electrical conduit are "originating goods" that are "are goods wholly obtained or produced entirely in the territory of . . . Mexico" pursuant to 19 C.F.R. § 181.1(q) and General Note 12(b)(i) of the U.S. Harmonized Tariff Schedule.

38.    On November 15, 2018, CBP informed Plaintiff's counsel via email that the NAFTA origin issue was closed and that the merchandise qualified under NAFTA.

39.    On October 9, 2018, CBP issued a second RFI to Plaintiff requesting that Plaintiff "{p}rovide justification and rational{e} to classify that electrical metallic tubing (EMT) coated with epoxy enamel is insulated conduit HTSUS Tariff 8547.90.0020." The RFI stated that "{t}here appears to be no insulation properties to the epoxy enamel organic coating" and that "there appears to be no indication that the epoxy enamel insulates the EMT conduit from thermal, heat, or electrical voltage."

40.    While Plaintiff's response to the October 9, 2018 RFI was pending, on October 31, 2018, CBP issued a Form 29 Notice of Action that a rate advance action had been taken on 159 entries of Plaintiff's imports of finished conduit from Mexico, including entries in the denied protests being challenged in this action. CBP stated that "{u}pon examination of CBP obtained samples from this entry {*i.e.*, 8NV-00282653}, and entry 8NV-00282408, it was determined {that} there were no insulation properties of the organic coating inside the electrical conduit." The Notice of Action further advised that CBP had determined that "a more appropriate classification" for the imported merchandise was subheading 7306.30.5028.

41.    On November 1, 2018, Plaintiff responded to the October 9, 2018 RFI. In its response, Plaintiff provided a detailed explanation of the physical characteristics of the interior epoxy enamel coating and an explanation as to why its electrical conduit is properly classified

under subheading 8547.90.0020.  Plaintiff included in its response to CBP a letter from its supplier of the interior epoxy enamel coating that identified the primary materials in the interior epoxy enamel coating and explained that such materials are widely used in the formulation of insulating varnishes and resins and that with proper application the epoxy enamel forms a protective insulating coating over the underlying material.

42.     On November 5, 2018, CBP issued another RFI requesting that that Plaintiff "provide the industry specification(s) that your product is conforming too {sic} in regards to electrical, heat, and/or thermal insulative properties of imported conduit.  Please include all physical values (i.e. electrical resistivity of coating, coating thickness, etc.) that are required to meet the cited specifications."

43.     On December 4, 2018, Plaintiff responded to the November 5, 2018 RFI.  In its response, Plaintiff reiterated the explanation provided in the November 1, 2018 response and also provided CBP with a copy of its product brochure for EMT electrical conduit, noting that the brochure states that the interior coating serves to insulate the wall of the conduit tube and that one of the benefits of the product is to make it fire resistant.

44.     On December 6, 2018 CBP sent additional questions to Plaintiff via email, requesting clarification as to whether "the EMT conduit {is} {i}nternally coated or lined with a non-electrically insulating material, suitable for use as electrical conduit," or "{i}f the coating is of electrically insulating material, . . . {p}lease include all physical values (i.e. electrical resistivity of coating, coating thickness, etc.) that are required to meet the cited specifications," claiming that Plaintiff's December 4, 2018 response to the November 5, 2018 RFI had not included that information.  CBP also had questions about the interior coating of samples previously provided that indicated no recognition or understanding of the explanations regarding

the interior epoxy enamel coating provided in Plaintiff's November 1, 2018 and December 4, 2018 responses, and requested additional samples.

45.     On December 7, 2018 Plaintiff responded to the December 6, 2018 email, reiterating its explanations that the electrical conduit "is <u>finished conduit</u> that is <u>internally coated with an electrically insulating material</u>, i.e., the epoxy material discussed at length in" Plaintiff's December 4, 2018 response.  Plaintiff further reiterated that it was unaware of any specification or industry requirement for electrical resistivity or of any minimum requirements for electrical, thermally or protective insulative properties required for compliance with Harmonized Commodity Description and Coding System Explanatory Note 85.47 (B) or the description in subheading 8547.90.00, HTSUS, that applies to electrical conduit, and again elaborated on the detail provided in its December 4, 2018 response.  Plaintiff also sent the additional samples requested.

46.     On December 21, 2018, CBP issued another Form 29 Notice of Action again advising Plaintiff that CBP had concluded that the more appropriate classification for Plaintiff's entries of finished conduit is 7306.30.5028, and instructed Plaintiff to use this classification for all current and future entries.

47.     Between April 26, 2019 and July 19, 2019, CBP liquidated the 201 entries which are the subject of this action.

48.     Plaintiff filed protests against the liquidations, which were subsequently denied by CBP.

## COUNT I

49.     Plaintiff incorporates by reference paragraphs 1-48 of this Complaint.

50.     Plaintiff's finished electrical conduit is properly classified under subheading 8547.90.0020 as electrical conduit tubing of base metal lined with insulating material.  The interior epoxy enamel coating applied to the finished electrical conduit constitutes "insulating material" within the meaning of subheading 8547.90.0020 because the coating provides electrical insulation by constituting a barrier against the transfer of electrons to the interior metal surface of the pipe, thereby increasing the electrical resistivity of the conduit.

## COUNT II

51.     Plaintiff incorporates by reference paragraphs 1-50 of this Complaint.

52.     Plaintiff's finished electrical conduit is properly classified under subheading 8547.90.0020 as electrical conduit tubing of base metal lined with insulating material.  The interior epoxy enamel coating applied to the finished electrical conduit constitutes "insulating material" within the meaning of subheading 8547.90.0020 because the coating insulates the electrical wiring by providing physical protection against abrasion or other damage to the wiring by offering cushioning and reduced friction.

53.     CBP has previously ruled that stainless steel tubing with an interior teflon coating that insulates and protects the wiring is properly classified under subheading 8547.90.0020.  CBP has also ruled that connectors are properly classified under subheading 8547.90.0030 where they are coated with a thermoplastic insulator that protects the electrical connectors from abrasion as they emerge from the conduit raceway.  Nothing in these rulings indicates that it is necessary to demonstrate that the insulating material is electrically insulating, as distinct from material that is

physically insulating, in order to qualify as "insulating material" within the meaning of subheadings 8547.90.0020/30.

54.     Explanatory Note 85.47 (B) states that "{t}his group covers the metallic tubing used in permanent electrical installations (e.g., house wiring) as insulation and protection for the wire, provided it has an interior lining of insulating material."  Nothing in the description of the subheading, or in this Explanatory Note, limits the definition of "insulating material" to only material that is electrically insulating, as distinct from material that is protectively insulating.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court render judgment that the

imported merchandise at issue is properly classifiable as claimed by Plaintiff in subheading

8547.90.0020, HTSUS, order reliquidation of the entries covered by this civil action with a

refund of duties plus interest as provided by law, and grant such other and further relief as the

Court shall deem just and proper.

Respectfully submitted,

**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4817

/s/ Donald B. Cameron, Jr.
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas III
Jordan L. Fleischer

**SANDLER TRAVIS & ROSENBERG, P.A.**
551 Fifth Avenue, Suite 1100
New York, NY 10176
(212) 549-0150

/s/ Michael S. O'Rourke
Michael S. O'Rourke
Patrick D. Gill

Dated:  May 20, 2020

*Counsel to Shamrock Building Materials, Inc.*

# Attachment

**Report: SHA 19001**
**Insulated vs. Uncoated EMT Tube Testing**

**Submitted To:**

Adam Marty Shamrock Steel

**Submitted By:**

Joshua Jackson, PhD G2MT Labs
5401 Mitchelldale, Suite A-3 Houston, Texas 77092

**April 30, 2019**

*Disclaimer: The results of this report are based on the evidence that has been received and reviewed. G2MT has the right to modify results if further evidence comes forth.*

**1. Introduction**

G2MT Laboratories, LLC was requested to perform a series of tests to evaluate the properties of an inner diameter (ID) coating on EMT conduit for Shamrock Steel. The tests included a wire abrasion testing, pull-force testing to measure the force required to pull the wire through the conduit, a heat transfer rate test, and electrical resistivity testing.

**2. Abrasive Force and Abrasion Damage**

Testing to compare the pulling force, abrasion damage, and wear of the insulated and uncoated samples was performed by pulling a 12-gage wire through two otherwise identical conduit samples which were insulated and un-coated. The 10' insulated and uncoated conduit samples were bent identically in four ninety-degree bends to create a number of corners around which the wire had to travel. Force testing was performed utilizing a Mark-10 force gauge, which was attached the end of the cable (a new sample was used for each test) as it was pulled through the bent fixture. A 36% increase in the required force was measured between the insulated and uncoated conduit, as seen by the data in Table 1.

For abrasion/wear testing, two separate lengths of 12-gage wire were fed 20 times through the bent conduit fixtures. Samples were then removed at the same location from each wire, and the surfaces of each wire were examined under a scanning electron microscope (SEM) to determine the degree of abrasion damage and wear.

**3. Thermal Insulation Properties**

Thermal insulation testing was performed utilizing a 300-watt heat source which was inserted inside the tube. Care was taken to ensure the same placement within the tube for each sample. The outer temperature was measured using a K-type thermocouple each minute as the temperature increased as seen in Table 2, and the time to reach a temperature of 250 degrees Fahrenheit was recorded. Only a minimal difference was observed in the temperature increase rate, indicating that not substantial thermal insulation provided by the insulated product.

**4. Electrical Insulation Properties**

Due to the shape of the pipe, the electrical insulation was measured on a 3" x 3" section of pipe using a laboratory Agilent E4980A (due for calibration again on 02-06-2020) to determine electrical resistance of the coating via 4-point resistivity measurements and a Fluke 87 multimeter (also due for calibration next on 02-06-2020) for 2-point resistivity measurements. For the four-point electrical measurements, the uncoated pipe exhibited an electrical resistance of 2.5-3.0 milliohms, while the coated pipe exhibited an electrical resistance that ranged between 70-120 milliohms depending on the location of the probes. For two-point resistivity testing, the uncoated pipe measured a resistivity of 0.2 ohms and the insulated pipe was 0.7-1.2 ohms. Both measurements indicate a substantial increase in the electrical resistivity of the insulated pipe compared to the uncoated pipe.

## 5. Electron Microscopy

Scanning electron microscopy (SEM) was utilized to examine the damage on the outer surface of the cable. After abrasion testing, the wire samples were examined using Scanning Electron Microscopy to characterize the degree of damage to the coating. The insulated pipe produced much lower levels of abrasion and deposition on cable when compared to uncoated pipe. First, the as-received cable is shown in various magnifications in Figure 1. The cable after being pulled through the insulated pipe 20 times is shown in Figure 2; only moderate surface scratching and abrasion was observed. Another identical length of the same cable after being pulled through the uncoated pipe is shown in Figure 3; much deeper and more extensive scratching is observed on the cable, along with deposits of rust and other debris that can from the uncoated pipe.

## 6. Discussion

- Ä The abrasion caused by the insulated pipe covers approximately 25% of the surface of the cable.
- Ä The abrasion from the uncoated pipe covers around 70% of the cable and is deeper, with a much heavier amount of deposited residue and particulate observed.
- Ä The insulated pipe provides a higher electrical resistance than an uncoated pipe.
- Ä No statistically significant difference was observed in thermal conductivity of the 4" tubing with or without an insulated interior.
- Ä The pull force required to pull the cable through a testing arrangement was substantially less for the insulated conduit.

| Table 1: Force Required to Pull Wire Sample Through a 10 Ft. Tube Sample | | | | | | |
|---|---|---|---|---|---|---|
| **Sample** | **Test #1** | **Test #2** | **Test #3** | **Test #4** | **Test #5** | **Average** |
| **Coated** | 3.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.6 |
| **Uncoated** | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 |

| Table 2: Rate of Heat Transfer | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Sample** | 0 Min. | 0.5 Min. | 1 Min. | 2 Min. | 5 Min. | 8 Min. | 10 Min. | 15 Min. | 20 Min. |
| **Coated** | 77.4F | 95.8F | 108.2F | 140.4F | 213.8F | 268F | 290.8F | 316F | 318.4F |
| **Uncoated** | 77.4F | 90.9F | 107.4F | 135.6F | 207.4F | 257.8F | 278.2F | 299.6F | 317.6F |



*Figure 1: Scanning electron microscopy showing the condition of the As-received wire surface at 350X magnification.*



*Figure 2: Scanning electron microscopy showing the condition of the wire tested with the insulated pipe at 350X magnification.*



*Figure 3: Scanning electron microscopy showing the condition of the wire tested with the uncoated pipe at 350X magnification.*

# Exhibit 2

| Bill of Lading Number | Shipment Date | Consignee | Consignee Full Address | Shipper | Shipper Full Address | Port of Lading | Port of Lading Country | Volume (TEU) | Gross Weight (kg) | tons | Value of Goods, CIF (USD) | Value of Goods, CIF (MXN) | HS Code | Goods Shipped | Customs Permit 1 Code | Customs Permit 1 Number | Customs Permit 2 Code | Customs Permit 2 Number | Customs Permit 3 Code | Customs Permit 3 Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | 136 | 1,496,941 | 1,497 | 1,968,974 | 41,765,431 | | | | | | | | |
| 0024312 | 2020-10-30 | Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611, Guadalupe, 25750 Monclova, Coah., Mexico | Piedras Negras (MX) | Mexico | 44 | 483,457 | 483 | 655,515 | 13,873,846 | 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012 | TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 4 PLG ESPESOR 0.083 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1 1/4 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3 1/2 PLG ESPESOR 0.083 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE | | | | | | |
| 0023818 | 2020-10-23 | Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611, Guadalupe, 25750 Monclova, Coah., Mexico | Piedras Negras (MX) | Mexico | 44 | 486,510 | 487 | 637,238 | 13,422,779 | 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012 | TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3 1/2 PLG ESPESOR 0.083 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO | | | | | | |
| 0023249 | 2020-10-15 | Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611, Guadalupe, 25750 Monclova, Coah., Mexico | Piedras Negras (MX) | Mexico | 37 | 403,940 | 404 | 520,490 | 11,121,669 | 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; 85479012; | TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 PLG ESPESOR 0.065 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO 2 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPÓXICO AISLANTE.; TUBERIA EMT ( ELECTRICAL METAL TUBING )TUBO METALICO ELECTRICO, DIAMETRO | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0023071 | 2020-10-09 Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611 Guadalupe, 25750 Monclova, Coah - Mexico | Piedras Negras (MX) | Mexico | 9 | 102,134 | 102 | 129,411 | 2,781,441 | 8547&12[] TUBERIA MT (ELECTRICAL METAL TUBING) TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 0.057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. TUBERIA MT (ELECTRICAL METAL TUBING) TUBO METALICO ELECTRICO, DIAMETRO 1 1/2 PLG ESPESOR 0.072 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. TUBERIA MT (ELECTRICAL METAL TUBING) TUBO METALICO ELECTRICO, DIAMETRO 1/2 PLG ESPESOR 0.042 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. TUBERIA EMT ( ELECTRICAL METAL TUBING ) TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. TUBERIA MT ( ELECTRICAL METAL TUBING ) TUBO METALICO ELECTRICO, DIAMETRO 1 PLG ESPESOR 057 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. |
| 0022989 | 2020-10-09 Shamrock Steel | 9115 SW Oleson Rd, Portland, OR 97223, USA | Quality Tube Sa De Cv | Blvd. Francisco I Madero 611 Guadalupe, 25750 Monclova, Coah - Mexico | Altuna (MX) | Mexico | 2 | 20,000 | 21 | 26,320 | 565,696 | 8547&12[] TUBERIA EMT ( ELECTRICAL METAL TUBING ) TUBO METALICO ELECTRICO, DIAMETRO 3/4 PLG ESPESOR 0.049 PLG ESPECIFICACION UL 797 GALVANIZADA CON RECUBRIMIENTO INTERIOR EPOXICO AISLANTE. POS: 10000 FEET : 100000 |

| | | | | | | | | | | | | | | Correct tons | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aluminum Conduit** | | | | | | | | | 7 | 72,230 | 72 | 143,703 | 3,031,172 | 80 | | | |
| **Steel Conduit (wrong HS Code)** | | | | | | | | | 6 | 65,835 | 66 | 115,290 | 2,452,595 | 73 | | | |
| Steel Conduit (Correct HS Code) | | | | | | | | | 20 | 215,337 | 215 | 376,957 | 7,922,630 | 237 | | | |

| Bill of Lading Number | Shipment Date | Consignee | Consignee Full Address | Shipper | Shipper Full Address | Shipment Destination | Port of Lading | Transport Method | Volume (TEU) | Gross Weight (kg) | Tons | Value of Goods, CIF (USD) | Value of Goods, CIF (MXN) | HS Code | Goods Shipped | Customs Permit 1 Code | Customs Permit 1 Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0025149 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 23,999 | 24 | 50,020 | 1,049,519 | 72166199; 76082001; 76082001; 76082001; 76082001; 76082001; 76082001; 76082001; 76082001; 76082001; 72166199 | UNICANAL PERFORADO DE 2X4; TUBO DE ALUMINIO MEDIDA 1; TUBO DE ALUMINIO MEDIDA 3; TUBO DE ALUMINIO MEDIDA 1 1/4; TUBO DE ALUMINIO MEDIDA 2 1/2; TUBO DE ALUMINIO MEDIDA 4; TUBO DE ALUMINIO MEDIDA 1 1/2; TUBO DE ALUMINIO MEDIDA 2; TUBO DE ALUMINIO MEDIDA 3/4; TUBO DE ALUMINIO MEDIDA 3/4; UNICANAL PERFORADO DE 4X4 | | |
| 0023986 | 2020-10-14 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 22,853 | 23 | 45,786 | 971,493 | 76082001; 72166199; 76082001; 76082001; 76082001; 72166199; 76082001; 76082001 | TUBO DE ALUMINIO MEDIDA 1; TUBO DE ALUMINIO MEDIDA 2; UNICANAL PERFORADO DE 4X4; TUBO DE ALUMINIO MEDIDA 3/4; TUBO DE ALUMINIO MEDIDA 1 1/4; TUBO DE ALUMINIO MEDIDA 4; TUBO DE ALUMINIO MEDIDA 3; UNICANAL PERFORADO DE 4X4; TUBO DE ALUMINIO MEDIDA 2 1/2; TUBO DE ALUMINIO MEDIDA 1 1/2 | | |
| 0024677 | 2020-10-22 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 25,378 | 25 | 47,897 | 1,010,160 | 76082001; 76082001; 76082001; 72166199; 72166199; 76082001; 72166199 | TUBO DE ALUMINIO MEDIDA 4; TUBO DE ALUMINIO MEDIDA 2 1/2; TUBO DE ALUMINIO MEDIDA 3/4; UNICANAL PERFORADO DE 4X4; UNICANAL PERFORADO DE 2X4; TUBO DE ALUMINIO MEDIDA 1; UNICANAL PERFORADO DE 4X4 | | |
| 0023816 | 2020-10-19 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Piedras Negras (MX) | Truck | 2 | 21,945 | 22 | 38,430 | 821,756 | 85479012 | TUBERIA CONDUIT GALVANIZADA EMT UL 797 INSULATED | | |
| 0023782 | 2020-10-14 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Piedras Negras (MX) | Truck | 4 | 43,890 | 44 | 76,860 | 1,630,839 | 85479012 | TUBERIA CONDUIT GALVANIZADA EMT UL 797 INSULATED | | |
| 0023923 | 2020-10-23 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 10 | 108,733 | 109 | 190,393 | 4,010,428 | 39235001; 73063003; 73063003; 73063003; 39235001; 73063003; 73063003; 39235001 | TAPON DE PLASTICO PARA TUBERIA; **TUBO DE ACERO MEDIDA 3/4 TIPO CONDUIT EMT**; TUBO DE ACERO MEDIDA 3/4 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT; TAPON DE PLASTICO PARA TUBERIA; TUBO DE ACERO MEDIDA 3/4 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 3/4 TIPO CONDUIT EMT; TAPON DE PLASTICO PARA TUBERIA | C6; C6; C6; C6; C6 | 003OM2000001; 003OM2000001; 003OM2000001; 003OM2000001 |
| 0025328 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 21,888 | 22 | 38,304 | 803,687 | 73063003 | TUBO DE ACERO MEDIDA 1 TIPO CONDUIT EMT | C6 | 003OM2000001 |
| 0025306 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 21,888 | 22 | 38,304 | 803,687 | 73063003 | TUBO DE ACERO MEDIDA 1 TIPO CONDUIT EMT | C6 | 003OM2000001 |
| 0025101 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 20,942 | 21 | 36,652 | 769,025 | 73063003 | TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT | C6 | 003OM2000001 |
| 0025060 | 2020-10-27 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marin, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 20,942 | 21 | 36,652 | 766,778 | 73063003 | TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT | C6 | 003OM2000001 |

| 0025059 | 2020-10-28 | Liberty Products Inc. Dba Rymco Usa | Boyles St, Houston, TX 77020, USA | Conduit S.A. De C.V. | De Marín, El Fresno, 72103 Puebla, Pue., Mexico | United States | Nuevo Laredo (MX) | Truck | 2 | 20,942 | 21 | 36,652 | 769,025 | 73063003; 73063003; 73063003 | TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT; TUBO DE ACERO MEDIDA 1/2 TIPO CONDUIT EMT | C6; C6; C6 | 003OM2000001; 003OM2000001; 003OM2000001 |

# Exhibit 3

**Monthly U.S. Imports from Mexico**
Short Tons

| HTS Code | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7306.30.5028 | 1,189 | 1,618 | 1,575 | 1,488 | 1,531 | 694 | 2,124 | 1,684 | 1,334 | 2,010 | 1,072 | 644 |
| 8547.90.0020 | 3 | 2 | 2 | 2 | 1 | 24 | 3 | 23 | 12 | 382 | 673 | 2 |

| HTS Code | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7306.30.5028 | 1,490 | 685 | 1,518 | 2,011 | 2,240 | 2,724 | 3,003 | 3,040 | 3,042 | 2,572 | 2,629 | 2,134 |
| 8547.90.0020 | 3 | 3 | 8 | 0 | 0 | 2 | 0 | 0 | 0 | 4 | 7 | 0 |

| HTS Code | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| 7306.30.5028 | 4,146 | 4,039 | 4,641 | 3,887 | 2,770 | 4,341 | 5,337 | 5,139 | 2,210 | 557 |
| 8547.90.0020 | 9 | 4 | 7 | 0 | 1 | 0 | 0 | 0 | 0 | 3,873 |

Source: USITC DataWeb, imports for consumption.

# Exhibit 4



Nuestra Empresa    Infrastructure    Products    Fittings    Quality Policy    Contact Us

 



# Electric Met

Electric Metal Conduit is made of galvanized steel. EM
thin and lightweight, especially compared to IMC

Download

**Imperial**

## HTML Table Preview

| Trade Size | | Weight/10 Pc | | sdfg | Outside Diameter | FIELD6 | Nominal Thickness | FIELD8 | Master Bundle Quantity | FIELD10 | Master Bundle Weight | FIELD12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| in. | mm | lb. | kg. | in. | mm | in. | mm | ft. | Piezas | lb. | kg |
| 1/2 | 16 | 30 | 13.6 | 0.706 | 17.93 | 0.042 | 1.07 | 7000 | 700 | 2100 | 952 |
| 3/4 | 21 | 46 | 20.9 | 0.922 | 23.42 | 0.049 | 1.25 | 5000 | 500 | 2300 | 1045 |
| 1 | 27 | 67 | 30.4 | 1.163 | 29.54 | 0.057 | 1.45 | 3000 | 300 | 2010 | 912 |
| 1 1/4 | 35 | 101 | 45.8 | 1.510 | 38.35 | 0.065 | 1.65 | 2000 | 200 | 2020 | 916 |

| Trade Size | | Weight/10 Pc | sdfg | Outside Diameter | FIELD6 | Nominal Thickness | FIELD8 | Master Bundle Quantity | FIELD10 | Master Bundle Weight | FIELD12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 1/2 | 41 | 116 | 52.6 | 1.740 | 44.20 | 0.065 | 1.65 | 1500 | 150 | 1740 | 789 |
| 2 | 53 | 148 | 67.1 | 2.197 | 55.80 | 0.065 | 1.65 | 1200 | 120 | 1776 | 805.2 |
| 2 1/2 | 63 | 216 | 98 | 2.875 | 73.03 | 0.072 | 1.83 | 610 | 61 | 1317.6 | 597.8 |
| 3 | 78 | 263 | 119.3 | 3.500 | 88.90 | 0.072 | 1.83 | 510 | 51 | 1341.3 | 608.43 |
| 3 1/2 | 91 | 349 | 158.3 | 4.000 | 101.60 | 0.083 | 2.11 | 370 | 37 | 1291.3 | 585.71 |
| 4 | 103 | 393 | 178.3 | 4.500 | 114.30 | 0.083 | 2.11 | 300 | 30 | 1179 | 534.9 |

# Electric Metallic Tubing

Manufactured under the UL standard, weights, dimensions and packaging (10' lengths)

Our Electric Metal Conduit is made of galvanized steel. EMT is also called "thin-wall" conduit because it is thin and lightweight, especially compared to IMC. EMT is rigid but can be bent with a simple tool called a conduit bender. EMT is installed with couplings and fittings that are secured with a setscrew or compression-type fastener. The tubing is not threaded like IMC is. Common conduit sizes range from 1/2 inch to 4 inches in diameter. EMT conduit is coated with a hot galvanized coating on the exterior and a special corrosive-resistant coating on the inside to extend the conduit's lifespan

It is commonly used for exposed indoor wiring runs in residential and light commercial construction. It must be used with special watertight fittings to be used outdoors in exposed locations.

All EMT conduit tubing are UL 1242 certified, manufactured at ISO 9001-2015 certified facilities and meet all the technical requirements for electrical installations

 Catalog





## About Us

At Quality Tube we strive everyday in being the best option for our customers offering a variety of conduit Tube always in stock as well as all your required fittings, always trying to fulfill your requirements.

English

## Quality Tube

📍 Libramiento Carlos Salinas de Gortari Num. 7700
Col. Curva de Juan Sanchez
Monclova, Coahuila, Mexico
C.P.25785

📞 (866) 158-7700

✉ ventas@qualitytube.com.mx

- Nuestra Empresa
  - About Us
  - Mission and Vision
  - Our Values
- Infrastructure
- Products
  - Electrical Metallic Tubing
  - Intermediate Metallic Conduit
- Fittings
  - Fittings for EMT
  - Fittings for IMC
- Quality Policy
- Contact Us

© 2020 Quality Tube. All Rights Reserved.

 



Nuestra Empresa    Infrastructure    **Products**    Fittings    Quality Policy    Contact Us

 



# Intermediate M

Intermediate metal conduit, or IMC, is a rigid steel... strong connections. It was designed specifically to pr... does the work of a similar metal conduit, rigid metal c...

Download

| | |
|---|---|
| **Imperial** | Metric |

| Trade Size | Max. external diamater | Min. external diameter | Max. thickness | Min. thickness | Length w/o coupling |
|---|---|---|---|---|---|
| ½ IN. | 0.820 IN. | 0.810 IN. | 0.085 IN. | 0.070 IN. | 9' -11/14" |
| ¾ IN. | 1.034 IN. | 1.024 IN. | 0.090 IN. | 0.075 IN. | 9' -11/14" |
| 1 IN. | 1.295 IN. | 1.285 IN. | 0.100 IN. | 0.085 IN. | 9' -11" |
| 1-¼ IN. | 1.645 IN. | 1.63 IN. | 0.105 IN. | 0.085 IN. | 9' -11" |
| 1-½ IN. | 1.890 IN. | 1.875 IN. | 0.110 IN. | 0.090 IN. | 9' -11" |
| 2 IN. | 2.367 IN. | 2.352 IN. | 0.115 IN. | 0.095 IN. | 9' -11" |
| 2-½ IN. | 2.867 IN. | 2.847 IN. | 0.160 IN. | 0.140 IN. | 9'10-½" |
| 3 IN. | 3.486 IN. | 3.466 IN. | 0.160 IN. | 0.140 IN. | 9' 10-½" |
| 3-½ IN. | 3.981 IN. | 3.961 IN. | 0.160 IN. | 0.140 IN. | 9' 10-¼" |

| Trade Size | Max. external diamater | Min. external diameter | Max. thickness | Min. thickness | Length w/o coupling |
|------------|------------------------|------------------------|----------------|----------------|---------------------|
| 4 IN. | 4.476 IN. | 4.456 IN. | 0.160 IN. | 0.140 IN. | 9'10-¼" |

Intermediate metal conduit, or IMC, is a rigid steel electrical conduit designed for outdoor exposure and strong connections. It was designed specifically to protect insulated electrical conductors and cables. It does the work of a similar metal conduit, rigid metal conduit (RMC), but weighs about a third less. By utilizing IMC in any areas allowed, you can all but eliminate the need for a heavier-walled conduit.

IMC conduit is coated with a hot galvanized coating on the exterior and a special corrosive-resistant coating on the inside to extend the conduit's lifespan. Common conduit sizes range from 1/2 inch to 4 inches in diameter. It is sold in 10-foot lengths, with or without threaded ends

# Intermediate Metallic Conduit

Manufactured under the UL standard

All IMC is UL 1242 certified, manufactured at ISO 9001-2015 certified facilities and meet all the technical requirements for electrical installations

Catalog 





## About Us

At Quality Tube we strive everyday in being the best option for our customers offering a variety of conduit Tube always in stock as well as all your required fittings, always trying to fulfill your requirements.

## Quality Tube

📍 Libramiento Carlos Salinas de Gortari Num. 7700
Col. Curva de Juan Sanchez
Monclova, Coahuila, Mexico
C.P.25785

📞 (866) 158-7700

✉ ventas@qualitytube.com.mx

🇺🇸 English ▼

- Nuestra Empresa
  - About Us
  - Mission and Vision
  - Our Values
- Infrastructure
- Products
  - Electrical Metallic Tubing
  - Intermediate Metallic Conduit
- Fittings
  - Fittings for EMT
  - Fittings for IMC
- Quality Policy
- Contact Us

© 2020 Quality Tube. All Rights Reserved.

 



En QUALITY TUBE  dedicamos nuestro mejor esfuerzo en ser la mejor opción para nuestros clientes ofreciendo  existencia y variedad de Tubo conduit EMT, IMC, Etiqueta Verde y  Etiqueta Amarilla , pretendiendo  siempre cumplir con sus requerimientos.



www.qualitytube.com.mx

Tel.- (866)158-7700

Estamos Ubicados en Monclova Coahuila Libramiento Carlos Salinas de Gortari  Num. 7700 Col. Curva de Juan Sanchez CP.25785



# TUBO EMT (Electric Metalic Tubing)

## Fabricado bajo la NORMA UL




TUBO CONDUIT EMT ( LIVIANO) APLICACIONES: La línea EMT conduit se denomina por los usuarios finales como tubo conduit de pared delgada sin rosca, puede ser instalada en interiores o al aire libre, expuesto u oculto, proporciona una protección mecánica a los conductores eléctricos en las instalaciones eléctricas. Ideal para centros comerciales, industriales, hospitalarios, empresariales, inmobiliaria, etc. Es de uso general y a diferencia del tubo IMC, es menos costoso y más ligero.

MATERIAL STANDARD: Están fabricados en acero al carbón, son galvanizados por el Exterior en un proceso continuo por Inmersión en Caliente y pintados por el interior, con una pintura especial resistente a la corrosión que permite el fácil deslizamiento de los cables por su interior.

| Trade size Denominación | | Outside diameter Diametro Exterior | | Minimum wall thickness Espesor minimo | | Standard weight Peso | | Lenght Longitud |
|---|---|---|---|---|---|---|---|---|
| IN. | mm | pulgadas | mm | IN. | mm | lbs/ft | kg/m | pies/mm |
| 1/2 | 16 | 0.706 | 17.93 | 0.042 | 1.07 | 0.285 | 0.424 | 10(3050) |
| 3/4 | 21 | 0.922 | 23.42 | 0.049 | 1.24 | 0.435 | 0.647 | 10(3050) |
| 1 | 27 | 1.163 | 29.54 | 0.057 | 1.45 | 0.640 | 0.952 | 10(3050) |
| 1 -1/4 | 35 | 1.510 | 38.35 | 0.065 | 1.65 | 0.950 | 1.414 | 10(3050) |
| 1-1/2 | 41 | 1.740 | 44.20 | 0.065 | 1.65 | 1.10 | 1.637 | 10(3050) |
| 2 | 53 | 2.196 | 55.80 | 0.065 | 1.65 | 1.40 | 2.083 | 10(3050) |
| 2- 1/2 | 63 | 2.875 | 73.03 | 0.072 | 1.83 | 2.32 | 3.450 | 10(3050) |
| 3 | 78 | 3.500 | 88.90 | 0.072 | 1.83 | 2.80 | 4.164 | 10(3050) |
| 3- 1/2 | 91 | 4.000 | 101.60 | 0.083 | 2.11 | 3.37 | 5.013 | 10(3050) |
| 4 | 103 | 4.500 | 114.30 | 0.083 | 2.11 | 3.78 | 5.623 | 10(3050) |

El Tubo EMT de Quality Tube SA de CV está fabricado para atender las necesidades del mercado Nacional que lo requiera y principalmente para el mercado Estadounidense, ya que el tubo es fabricado bajo la NORMA AMERICANA UL 797.



# TUBO EMT (Electric Metalic Tubing)
## Fabricado bajo la NORMA UL




| Trade size Denominación | | Pieces/bundle piezas/atado | Tape Color Color cinta | Pieces/lift piezas/paquete | Weight/lift peso/paquete | |
|---|---|---|---|---|---|---|
| IN. | mm | pzas | color | piezas | kgs. | lbs |
| 1/2 | 16 | 10 | Negra | 700 | 925.40 | 419.75 |
| 3/4 | 21 | 10 | Roja | 500 | 997.00 | 452.23 |
| 1 | 27 | 10 | Azul | 300 | 886.50 | 402.11 |
| 1 -1/4 | 35 | 5 | Roja | 200 | 897.00 | 406.87 |
| 1-1/2 | 41 | 5 | Negra | 150 | 780.10 | 353.85 |
| 2 | 53 | 3 | Azul | 120 | 793.90 | 360.11 |
| 2- 1/2 | 63 | N/A | N/A | 61 | 597.00 | 270.79 |
| 3 | 78 | N/A | N/A | 51 | 610.00 | 276.69 |
| 3- 1/2 | 91 | N/A | N/A | 37 | 596.50 | 270.57 |
| 4 | 103 | N/A | N/A | 30 | 521.00 | 236.32 |







# TUBO EMT (Electric Metalic Tubing)

**ETIQUETA VERDE**

 

TUBOS METÁLICOS RÍGIDOS DE ACERO TIPO LIGERO

| Denominación | | Diametro Exterior | | Espesor minimo | | Longitud | Cantidad de tubos por atado | Cantidad de tubos por paquete | Peso por paquete |
|---|---|---|---|---|---|---|---|---|---|
| IN. | mm | pulgadas | mm | IN. | mm | mm | piezas | piezas | kgs. |
| 1/2 | 13 | 0.706 | 17.93 | 0.042 | 1.07 | 3000 | 10 | 700 | 925.40 |
| 3/4 | 19 | 0.922 | 23.42 | 0.042 | 1.07 | 3000 | 10 | 500 | 997.00 |
| 1 | 25 | 1.163 | 29.54 | 0.060 | 1.52 | 3000 | 10 | 300 | 886.50 |
| 1 -1/4 | 32 | 1.510 | 38.35 | 0.060 | 1.52 | 3000 | 5 | 200 | 897.00 |
| 1-1/2 | 38 | 1.740 | 44.20 | 0.060 | 1.52 | 3000 | 5 | 150 | 780.10 |
| 2 | 51 | 2.196 | 55.80 | 0.060 | 1.52 | 3000 | 3 | 120 | 793.90 |
| 2- 1/2 | 63 | 2.875 | 73.03 | 0.072 | 1.83 | 3000 | N/A | 61 | 597.00 |
| 3 | 78 | 3.500 | 88.90 | 0.072 | 1.83 | 3000 | N/A | 51 | 610.00 |
| 4 | 103 | 4.500 | 114.30 | 0.083 | 2.11 | 3000 | N/A | 30 | 521.00 |

Tubo conduit para el Mercado Nacional denominado ETIQUETA VERDE

## Fabricado bajo la NORMA NMX-J-536-ANCE-2018

En un proceso de galvanizado continuo, se aplica una capa de zinc por el exterior del tubo a través de un sistema por inmersión en caliente y por el interior del tubo se aplica pintura anticorrosiva especial para el deslizamiento de cables.







# TUBO EMT (Electric Metalic Tubing)
## ACCESORIOS PARA TUBO METÁLICO RÍGIDO TIPO LIGERO



**ETIQUETA VERDE**

| CODO 90° | | Radio | longitud |
|---|---|---|---|
| Denominación | | | |
| IN. | mm | mm | mm |
| 1/2 | 13 | 102 | 38 |
| 3/4 | 19 | 114 | 38 |
| 1 | 25 | 146 | 48 |
| 1 -1/4 | 32 | 184 | 51 |
| 1-1/2 | 38 | 210 | 51 |
| 2 | 51 | 241 | 51 |
| 2- 1/2 | 63 | 267 | 76 |
| 3 | 78 | 330 | 96 |
| 4 | 103 | 406 | 86 |



**COPLE**

| COPLE Etiqueta Verde sin rosca | | piezas por bolsa |
|---|---|---|
| Denominación | | |
| IN. | mm | pzas |
| 1/2 | 13 | 100 |
| 3/4 | 19 | 60 |
| 1 | 25 | 40 |
| 1 -1/4 | 32 | 20 |
| 1-1/2 | 38 | 15 |
| 2 | 51 | 10 |



**CODO 90°**

**CONECTOR**



Codos EMT
Aplicaciones:• Se usan para introducir un ángulo de 90° entre dos tramos de tubería EMT o conduit pared delgada.
Características:• La curvatura se usa para lograr un encaje apropiado en lugares específicos o para girar o cambiar el sentido de la tubería.• Para uso en concreto.• Fabricados en acero con acabado galvanizado para ofrecer una mayor resistencia a la corrosión.
Certificaciones y homologaciones:• Certificación UL

| Conector Etiqueta verde sin rosca | | | piezas por bolsa |
|---|---|---|---|
| Denominación | | Longitud | |
| IN. | mm | mm | pzas |
| 1/2 | 13 | 36 | 100 |
| 3/4 | 19 | 37 | 60 |
| 1 | 25 | 46 | 40 |
| 1 -1/4 | 32 | 52 | 20 |
| 1-1/2 | 38 | 52 | 15 |
| 2 | 51 | 51 | 10 |



# TUBO IMC (Intermediate Metalic Conduit)
## Fabricado bajo la NORMA UL

 

TUBO CONDUIT IMC ( SEMI-PESADO) APLICACIONES: La línea IMC conduit se denomina por los usuarios finales como tubo conduit de pared intermedia con rosca, puede ser instalada en interiores o al aire libre, expuesto u oculto, proporciona una protección mecánica a los conductores eléctricos en las instalaciones eléctricas Es apropiado para las instalaciones de industrias cementeras, procesadora de alimentos, Textiles, Minería, almacenes, centros comerciales, etc. Es de uso general y a diferencia del tubo EMT, es mas resistente y tiene rosca en ambos lados, se vende con cople en un lado y tapón de plástico en el otro para proteger la rosca.

MATERIAL STANDARD: Están fabricados en acero al carbón, son galvanizados por el Exterior en un proceso continuo por Inmersión en Caliente y pintados por el interior, con una pintura especial resistente a la corrosión que permite el fácil deslizamiento de los cables por su interior.

| Trade size | | Outside diameter Maximum | | Outside diameter Minimum | | Wall Thickness Maximum | | Wall Thickness Minimum | | lenght with out couple | |
| Denominación | | Diam.Exterior Max. | | Diam. Exterior Min. | | Espesor Max. | | Espesor Min. | | Longitud sin cople | |
| IN. | mm | IN. | mm | IN. | mm | IN. | mm | IN. | mm | IN. | mm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2 | 16 | 0.820 | 20.83 | 0.810 | 20.57 | 0.085 | 2.16 | 0.070 | 1.79 | 9'-11/14" | 3030 |
| 3/4 | 21 | 1.034 | 26.26 | 1.024 | 26.01 | 0.090 | 2.29 | 0.075 | 1.90 | 9'-11/14" | 3030 |
| 1 | 27 | 1.295 | 32.89 | 1.285 | 32.64 | 0.100 | 2.54 | 0.085 | 2.16 | 9'-11" | 3025 |
| 1 -1/4 | 35 | 1.645 | 41.78 | 1.63 | 41.40 | 0.105 | 2.67 | 0.085 | 2.16 | 9'-11" | 3025 |
| 1-1/2 | 41 | 1.890 | 48.01 | 1.875 | 47.62 | 0.110 | 2.79 | 0.090 | 2.29 | 9'-11" | 3025 |
| 2 | 53 | 2.367 | 60.12 | 2.352 | 59.74 | 0.115 | 2.92 | 0.095 | 2.41 | 9'-11" | 3025 |
| 2- 1/2 | 63 | 2.867 | 72.82 | 2.847 | 72.31 | 0.160 | 4.06 | 0.140 | 3.56 | 9' 10-1/2" | 3010 |
| 3 | 78 | 3.486 | 88.54 | 3.466 | 88.04 | 0.160 | 4.06 | 0.140 | 3.56 | 9' 10-1/2" | 3010 |
| 3- 1/2 | 91 | 3.981 | 101.12 | 3.961 | 100.61 | 0.160 | 4.06 | 0.140 | 3.56 | 9' 10-1/4" | 3005 |
| 4 | 103 | 4.476 | 113.69 | 4.456 | 113.18 | 0.160 | 4.06 | 0.140 | 3.56 | 9' 10-1/4" | 3005 |

Los tubos conduit IMC cuentan con la certificación UL 1242, se fabrican en instalaciones certificadas por ISO 9001-2000 y cumplen con todos los requisitos técnicos exigidos para las instalaciones eléctricas

 



# TUBO IMC (Intermediate Metalic Conduit)

## Fabricado bajo la NORMA UL




| Trade size Denominación | | Pieces/bundle piezas/atado | Tape Color Color cinta | Pieces/lift piezas/paquete | Weight/lift peso/paquete | |
|---|---|---|---|---|---|---|
| IN. | mm | pzas | color | piezas | kgs. | lbs |
| 1/2 | 16 | 10 | Amarillo | 350 | 1000.3 | 453.73 |
| 3/4 | 21 | 5 | Verde | 250 | 910.8 | 413.11 |
| 1 | 27 | 5 | Naranja | 170 | 907.0 | 411.39 |
| 1 -1/4 | 35 | N/A | Verde | 135 | 928.7 | 421.24 |
| 1-1/2 | 41 | N/A | Amarillo | 110 | 878.0 | 398.26 |
| 2 | 53 | N/A | Naranja | 80 | 941.4 | 426.99 |
| 2- 1/2 | 63 | N/A | Amarillo | 37 | 740.1 | 335.69 |
| 3 | 78 | N/A | Naranja | 30 | 728.8 | 330.57 |
| 3- 1/2 | 91 | N/A | Amarillo | 24 | 669.4 | 303.65 |
| 4 | 103 | N/A | Naranja | 24 | 757.6 | 343.63 |

TAPON IMC



COPLE  IMC  CON ROSCA  CONICA NPT

■ ROSCADO

Los tubos se roscan según la norma ANSI B1.20.1 (NTC 332), tipo NPT y se suministran con una unión conduit de rosca tipo NPS que cumple con la norma UL 1242 acoplada en un extremo, y en el otro, un protector plástico cuyo color varía de acuerdo con la siguiente tabla.

| | |
|---|---|
| ½", 1½", 2½", 3½" | Amarillo |
| ¾" , 1¼" | Verde |
| 1" , 2" , 3" , 4" | Naranja |



# TUBERIA PESADA INTERMEDIA

**ETIQUETA AMARILLA**

 

| TUBERIA PESADA INTERMEDIA/ ETIQUETA AMARILLA | | | | | | | Cantidad de tubos por atado | Cantidad de tubos por paquete | Peso por tubo |
|---|---|---|---|---|---|---|---|---|---|
| Denominación | | Diametro Exterior | | Espesor minimo | | Longitud | | | |
| IN. | mm | IN. | mm | IN. | mm | mm | piezas | piezas | kgs. |
| 1/2 | 13 | 0.803 | 20.40 | 0.060 | 1.52 | 3000 | 20 | 400 | 2.18 |
| 3/4 | 19 | 1.000 | 25.40 | 0.060 | 1.52 | 3000 | 10 | 200 | 2.75 |
| 1 | 25 | 1.260 | 32.00 | 0.075 | 1.91 | 3000 | 10 | 100 | 4.29 |
| 1 -1/4 | 32 | 1.594 | 40.50 | 0.075 | 1.91 | 3000 | 5 | 100 | 5.55 |
| 1-1/2 | 38 | 1.826 | 46.40 | 0.075 | 1.91 | 3000 | 5 | 100 | 6.39 |
| 2 | 51 | 2.318 | 58.90 | 0.090 | 2.29 | 3000 | 3 | 48 | 9.76 |
| 2- 1/2 | 63 | 2.874 | 73.00 | 0.134 | 3.40 | 3000 | 1 | 37 | 16.43 |
| 3 | 78 | 3.500 | 88.90 | 0.134 | 3.40 | 3000 | 1 | 37 | 20.17 |
| 4 | 103 | 4.500 | 114.30 | 0.134 | 3.40 | 3000 | 1 | 7 | 26.94 |

Tubo conduit para el Mercado Nacional denominado ETIQUETA AMARILLA

## Fabricado bajo la NORMA NMX-J-535-ANCE-2018

En un proceso de galvanizado continuo, se aplica una capa de zinc por el exterior del tubo a través de un sistema por inmersión en caliente y por el interior del tubo se aplica pintura anticorrosiva especial para el deslizamiento de cables.







# TUBERIA PESADA INTERMEDIA



## ACCESORIOS

| CODO 90° ETIQUETA AMARILLA con rosca | | Radio | longitud |
|---|---|---|---|
| Denominación | | | |
| IN. | mm | mm | mm |
| 1/2 | 13 | 102 | 38 |
| 3/4 | 19 | 114 | 38 |
| 1 | 25 | 146 | 48 |
| 1 -1/4 | 32 | 184 | 51 |
| 1-1/2 | 38 | 210 | 51 |
| 2 | 51 | 241 | 51 |
| 2- 1/2 | 64 | 267 | 76 |
| 3 | 76 | 330 | 96 |
| 4 | 103 | 406 | 86 |

| COPLE Etiqueta Amarilla con rosca | | piezas por bolsa |
|---|---|---|
| Denominación | | |
| IN. | mm | pzas |
| 1/2 | 13 | 100 |
| 3/4 | 19 | 60 |
| 1 | 25 | 40 |
| 1 -1/4 | 32 | 20 |
| 1-1/2 | 38 | 15 |
| 2 | 51 | 10 |
| 2- 1/2 | 64 | 1 |
| 3 | 76 | 1 |
| 4 | 103 | 1 |

## CODO 90°



## COPLE





**Exhibit 5**



# REAL COLOR ® EMT

**Real Color® EMT** is available in 10 vibrant colors for instant identification of multiple circuit systems. These colors make important wiring and cables clearly visible. Adding vibrant color without the additional labor of applying spray paint, powder coat, or tape while in the field. Real Color EMT combines strength with ductility, providing easy bending, cutting and joining while resisting flattening, and splitting. Available in trade sizes 1/2" (16)-4"(103).

EMT Conduit creates an Electrical Raceway System recognized as an equipment grounding conductor. EMT conduit is a raceway solution which allows for future wiring changes and provides excellent mechanical protection to conductors and cables. EMT provides EMI shielding and is 100% recyclable. Real Color® EMT RYMCO's Real Color EMT is very effective in reducing electromagnetic field levels for encased power distribution circuits, shielding computer and other sensitive electronic equipment from the effects of electromagnetic interference.

## Coatings:

RYMCO EMT exterior is hot-dipped galvanized with special high-grade zinc along with C Coat for added protection against corrosion. In addition to the galvanizing process, the interior of the conduit has a FreedomCoat layer for rust prevention and to allow for easier wire puling and pushing. Steel conduit doesn't burn, contribute to smoke volume, emit potentially escape-inhibiting fire gases, or add to fuel load or flame spread. It also provides an excellent electrical path to ground and is recognized as an equipment grounding conductor.



**Codes & Standards Compliance:**

- UL 797, File# E172409
- CSA C22.2 No. 83
- ANSI C80.3
- NEC Article 358
- WW-C-563 Federal Specification (superseded by UL-797)

**Yellow:**
- High Voltage
- Wiring Caution
- Areas Special Equipment

**Pink:**
- Hospitals
- Special Occasions

**Red:**
- Emergency Circuits
- Fire Alarm/Security

**Green:**
- Hospital/Healthcare Areas
- Critical Circuits Systems

**White:**
- Blends in Light Colored Areas
- Open Architecture

**Silver:**
- Blends in Light Colored Areas

**Orange:**
- Construction/Research Areas
- Fiber Optic Systems
- Auto Repair Systems

**Purple:**
- Specialty Wiring Systems
- Security Systems

**Blue:**
- Low Voltage Wiring
- Data Com/Video/Network

**Black:**
- Blends in Dark Colored Areas



www.rymcousa.com

# Looking for Steel Pipe?

## Think of **RYMCO.** We Con-**du**-it.

## REAL COLOR® EMT Weights & Specifications

| Trade Size | Metric Designator | Nominal OD | Nominal ID | Nominal Wall Thickness | Nominal Wt. per 100 FT with Coupling | Feet in Sub-Bundle | Pieces in Master Bundle | Feet in Master Bundle | Master Bundle Weight | Banding Tape Color |
|---|---|---|---|---|---|---|---|---|---|---|
| in. | mm | in. | in. | in. | lbs. | ft. | qty. | ft. | lbs. | |
| ½" | 16 | 0.706 | 0.622 | 0.042 | 30 | 100 | 700 | 7000 | 2100 | ● Black |
| ¾" | 21 | 0.922 | 0.824 | 0.049 | 46 | 100 | 500 | 5000 | 2300 | ● Red |
| 1" | 27 | 1.163 | 1.049 | 0.057 | 67 | 100 | 300 | 3000 | 2010 | ● Blue |
| 1¼" | 35 | 1.511 | 1.380 | 0.065 | 101 | 50 | 200 | 2000 | 2020 | ● Red |
| 1½" | 41 | 1.740 | 1.610 | 0.065 | 116 | 50 | 150 | 1500 | 1740 | ● Black |
| 2" | 53 | 2.197 | 2.067 | 0.065 | 148 | 30 | 120 | 1200 | 1776 | ● Blue |
| 2½" | 63 | 2.875 | 2.731 | 0.072 | 216 | - | 61 | 610 | 1318 | ● Black |
| 3" | 78 | 3.500 | 3.356 | 0.072 | 263 | - | 51 | 510 | 1341 | ● Blue |
| 3½" | 91 | 4.000 | 3.834 | 0.083 | 349 | - | 37 | 370 | 1291 | ● Black |
| 4" | 103 | 4.500 | 4.334 | 0.083 | 393 | - | 30 | 300 | 1179 | ● Blue |

RYMCO USA makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials herein are submitted solely for evaluation by others and since the use of its information is not within its control, RYMCO USA assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material herein is as of the date of publication and is subject to change without notice. Please consult manufacturer for proper warehousing, storaging, handling and installation.



Texas

Houston

  

1335 Boyles St, Suite A, Houston, TX 77020

Toll Free: 1-833-RYMCOUS

www.rymcousa.com



## REAL COLOR ® EMT

**Real Color® EMT** is available in 10 vibrant colors for instant identification of multiple circuit systems. These colors make important wiring and cables clearly visible. Adding vibrant color without the additional labor of applying spray paint, powder coat, or tape while in the field. Real Color EMT combines strength with ductility, providing easy bending, cutting and joining while resisting flattening, and splitting. Available in trade sizes 1/2" (16)-4"(103).

EMT Conduit creates an Electrical Raceway System recognized as an equipment grounding conductor. EMT conduit is a raceway solution which allows for future wiring changes and also provides excellent mechanical protection to conductors and cables. EMT provides EMI shielding and is 100% recyclable.

RYMCO's Real Color EMT is very effective in reducing electromagnetic field levels for encased power distribution circuits, shielding computer and other sensitive electronic equipment from the effects of electromagnetic interference.

**Coatings:** Rymco EMT exterior is hot-dipped galvanized with special high grade zinc along with C Coat for added protection against corrosion. In addition to the galvanizing process, the interior of the conduit has a FreedomCoat layer for rust prevention and to allow for easier wire puling and pushing. Steel conduit doesn't burn, contribute to smoke volume, emit potentially escape-inhibiting fire gases, or add to fuel load or flame spread. It also provides and excellent electrical path to ground and is recognized as an equipment grounding conductor.

### RYMCO's Real Color EMT:

**Yellow**
- High Voltage Wiring
- Caution Areas
- Special Equipment

**White**
- Blends in Light Colored Areas
- Open Architecture

**Pink**
- Hospitals
- Special Occasions

**Silver**
- Blends in Light Colored Areas

**Red**
- Emergency Circuits
- Fire Alarm/Security Systems

**Orange**
- Construction/Research Areas
- Fiber Optic Systems
- Auto Repair/Maintenance

**Green**
- Hospital/Healthcare Areas
- Critical Circuits

**Purple**
- Specialty Wiring Systems
- Security Systems

**Blue**
- Low Voltage Wiring
- Data Com/Video/Network Security

**Black**
- Blends in Dark Colored Areas

## REAL COLOR® EMT Weights & Specifications

| Trade Size | Metric Designation | Outside Diameter | Outside Diameter Tolerances | Nominal Thickness | Approx Weight 100% (lb.km) | Master Bundle Qty | Bundle Qty |
|---|---|---|---|---|---|---|---|

Liberty Products, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials herein are submitted solely for evaluation by others and since the use of its information is not within its control, Liberty Products assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material herein is as of the date of publication and is subject to change without notice. Please consult manufacturer for proper warehousing, storaging, handling and installation.



## ELECTRICAL METALLIC TUBING (EMT)

**RYMCO Electrical Metallic Tubing (EMT)** is manufactured from high grade mild steel and offers increased durability and long-lasting life. It is manufactured with a uniform wall thickness and continuous welded seams that are free from interior defects. Rymco EMT is produced in nominal trade sizes from ½-4 inch in standard lengths of 10ft (3.05m). A color coded tape is used for small bundles to easily identify sizes.

**Coatings:** Rymco EMT exterior is hot-dipped galvanized with a special high grade zinc along with C Coat for added protection against corrosion. In addition to the galvanizing process, the interior of the conduit has a FreedomCoat® layer for rust prevention and to allow for easier wire pulling and pushing. Providing users and specifiers with a level of confidence in Rymco conduit for a variety of applications and environments.

**Application:** Rymco EMT complies with NEC Article 358 and can be installed indoors or outdoors, including wet and dry locations, exposed or concealed in a variety of atmospheric conditions. EMT may also be used in hazardous locations in accordance with NEC Article 502, 503 and 504 provided it will not be subject to severe physical damage during and after installation. EMT is recognized in the NEC Section 358.60 as an acceptable equipment grounding conductor and offers shielding against electromagnetic fields generated during normal operation of electrical installations.



**Codes & Standards Compliance:**
- **UL 797, File# E172409**
- **CSA C22.2 No. 83**
- **ANSI C80.3**
- **NEC Article 358**
- **WW-C-563 Federal Specification (superseded by UL-797)**



### Electrical Metallic Tubing Weights & Specifications (10' Lengths)

| Trade Size | Metric Designator | Nominal OD | Nominal ID | Nominal Wall Thickness | Nominal Wt per foot | Feet in Sub-bundle | Qty. in Master Bundle | Feet in Master Bundle | Nom. Wt. per Master Bundle | Binding Tape Color |
|---|---|---|---|---|---|---|---|---|---|---|
| ½ | 16 | 0.706 | 0.622 | 0.042 | 0.30 | 100 | 70 | 700 | 210 | ● Black |
| ¾ | 21 | 0.922 | 0.824 | 0.049 | 0.46 | 100 | 50 | 500 | 230 | ● Red |
| 1 | 27 | 1.163 | 1.049 | 0.057 | 0.66 | 100 | 30 | 300 | 200 | ● Blue |
| 1¼ | 35 | 1.510 | 1.38 | 0.065 | 1.01 | 50 | 20 | 200 | 200 | ● Red |
| 1½ | 41 | 1.740 | 1.61 | 0.065 | 1.16 | 50 | 15 | 150 | 170 | ● Black |
| 2 | 53 | 2.197 | 2.067 | 0.065 | 1.48 | 50 | 10 | 100 | 170 | ● Blue |
| 2½ | 63 | 2.875 | 2.731 | 0.072 | 2.15 | | 50 | 500 | 150 | ● Blue |
| 3 | 78 | 3.500 | 3.356 | 0.072 | 2.69 | | 30 | 300 | 150 | ● Blue |
| 3½ | 91 | 4.000 | 3.834 | 0.083 | 3.49 | | 30 | 300 | 170 | ● Blue |
| 4 | 103 | 4.500 | 4.334 | 0.083 | 3.95 | | 30 | 300 | 170 | ● Blue |

Liberty Products, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials herein are submitted solely for evaluation by others and since the use of its information is not within its control, Liberty Products assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material herein is as of the date of publication and is subject to change without notice. Please consult manufacturer for proper warehousing, storaging, handling and installation.

# EMT RYMCO®
## Electrical Metallic Tubing




- **Standards Compliance :** ANSI C80-3  Underwriters Laboratories Ul 797.

- **Hot dipped galvanized** by immersion whit a triple layer of protection against corrosion and abrasion the interior wall is covered whit a specially formulated non- corrosive lubricating coating, Freedon Coat.

- **Used for** Commercial and Home installations in electrical systems.

- **Standard length:** 10 feet.




## Tubería EMT* UL 797 / Electrical Metallic Tubing EMT* Steel

| Diámetro Nominal Nominal Size | | Peso 10 tramos Weight 10 Unit Lengths | | Diámetro Externo(1) Outside Diameter(1) | | Espesor Nominal (2) Nominal Thickness(2) | | Color de cinta Tape Color | Piezas x atado Pieces x bundle | Piezas x paquete Pieces x lift |
|---|---|---|---|---|---|---|---|---|---|---|
| in. | mm. | lb. | kg. | in. | mm. | in. | mm. | | | |
| 1/2" | 16 | 30 | 13.6 | 0.706 | 17.93 | 0.042 | 1.07 | Black | 10 | 700 |
| 3/4" | 21 | 46 | 20.9 | 0.922 | 23.42 | 0.049 | 1.25 | Red | 10 | 500 |
| 1" | 27 | 67 | 30.4 | 1.163 | 29.54 | 0.057 | 1.45 | Blue | 10 | 300 |
| 1 1/4" | 35 | 101 | 45.8 | 1.510 | 38.35 | 0.065 | 1.65 | Red | 5 | 200 |
| 1 1/2" | 41 | 116 | 52.6 | 1.740 | 44.20 | 0.065 | 1.65 | Black | 5 | 150 |
| 2" | 53 | 148 | 67.1 | 2.197 | 55.80 | 0.065 | 1.65 | --- | --- | 120 |
| 2 1/2" | 63 | 216 | 98.0 | 2.875 | 73.03 | 0.072 | 1.83 | --- | --- | 61 |
| 3" | 78 | 263 | 119.3 | 3.500 | 88.90 | 0.072 | 1.83 | --- | --- | 51 |
| 3 1/2" | 91 | 349 | 158.3 | 4.000 | 101.60 | 0.083 | 2.11 | --- | --- | 37 |
| 4" | 103 | 393 | 178.3 | 4.500 | 114.30 | 0.083 | 2.11 | --- | --- | 30 |

Nota: ToleranciasAplicables
Note: Applicable Tolerances

* Recubrimiento Hibrido Interior Aislante y Anticorrosivo
* Interior Insulated Coating

Largo/Length: 10 Ft. (3.05m) +/4 in. (+6.35mm)
(1) 1/2"- 2" +/- 0.005 in. (16- 53 +/- 0.13mm), 2 1/2" +/0.010 in. (63 +/0.25mm),
3" +/- .015 in. (78 +/- 0.38mm), 3 1/2" - 4" +/- 0.020 in. (91 - 103 +/-0.51mm) (2)
Solo informativo no requerimiento UL. For info. Only not a UL requirement.



Conduit RYMCO, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials here in are submitted solely for evaluation by others and since the use of its information is not within it's control, Conduit RYMCO assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material included here is from the date of publication and is subject to the possibility of change without prior notice. For certification see contact information.



# RMC
# Rigid Metallic Conduit

## RMC – Rigid Metallic Conduit



* Standards Compliance:  ANSI C80-1
  Underwriters Laboratories UL-6

* Hot dipped galvanized on both exterior and interior surfaces with the best quality molten Zinc.

* Threads are galvanized after cutting

* Used for industrial installations in electrical systems

* Standard length: 10 feet

* Coupling included

* Protection: provides exceptional physical protection, reduces exposure to EMF, shields against Electro-Magnetic Interference (EMI) and provides an excellent electrical path to ground.

## TUBERIA CONDUIT RIGIDA UL-6 / RIGID METAL CONDUIT STEEL    RMC

| Diametro Nominal | | Peso 10 tramos | | Diametro Externo (1) | | Espesor Nominal (1) | | Color de tapón | Piezas x atado | Piezas x paquete |
| Nominal Size | | Weight 10 Unit Lengths | | Outside Diameter (1) | | Nominal Thickness (1) | | Thread Prot. Color | Pieces x bundle | Pieces x lift |
| in. | mm | lb. | kg | in. | mm | in. | mm. | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/2" | 16 | 82 | 37.20 | 0.840 | 21.34 | 0.104 | 2.64 | Black | 10 | 260 |
| 3/4" | 21 | 109 | 49.44 | 1.050 | 26.67 | 0.107 | 2.72 | Red | 5 | 200 |
| 1" | 27 | 161 | 73.03 | 1.315 | 33.40 | 0.126 | 3.2 | Blue | 5 | 125 |
| 1 1/4" | 35 | 218 | 98.88 | 1.660 | 42.16 | 0.133 | 3.38 | Red | — | 90 |
| 1 1/2" | 41 | 263 | 119.30 | 1.900 | 48.26 | 0.138 | 3.51 | Black | — | 80 |
| 2" | 53 | 350 | 158.76 | 2.375 | 60.33 | 0.146 | 3.71 | Blue | — | 60 |
| 2 1/2" | 63 | 559 | 253.56 | 2.875 | 73.03 | 0.193 | 4.9 | Black | — | 37 |
| 3" | 78 | 727 | 329.77 | 3.500 | 88.90 | 0.205 | 5.21 | Blue | — | 30 |
| 3 1/2" | 91 | 880 | 399.17 | 4.000 | 101.60 | 0.215 | 5.46 | Black | — | 25 |
| 4" | 103 | 1030 | 467.21 | 4.500 | 114.30 | 0.225 | 5.72 | Blue | — | 20 |
| 5" | 127 | 1400 | 635 | 5.563 | 141.30 | 0.255 | 6.5 | Blue | — | 15 |
| 6" | 155 | 1840 | 834.62 | 6.625 | 168.28 | 0.266 | 6.76 | Blue | — | 10 |

Max. Tolerancia Aplicable          Largo Length 10 Ft. (3.05m) el coupling +/- 1/4 in. (+/-6mm)
Max. Aplicable Tolerance          (1)    Sobre información o requerimiento UL. For info. Or requ. to UL requirement

Conduit RYMCO, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials here in are submitted solely for evaluation by others and since the use of its information is not within it's control, Conduit RYMCO assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material included here is from the date of publication and is subject to the possibility of change without prior notice. For certification see contact information.



## INTERMEDIATE METAL CONDUIT (IMC)

**RYMCO Intermediate Metal Conduit (IMC)** is manufactured in the same manner as our RGC but with 33% less steel which results in 1/3 less weight and slightly larger inside diameter. The conduit is produced in nominal trade sizes from ½-4 inch in standard lengths of 10ft (3.05m) including the coupling and threaded on both ends. The taper of the threads is 3/4in. per foot (1 in 16) and are protected after cutting with an application of molten zinc. Rymco IMC protects insulated electrical conductors and cables from magnetic, damage, impact and crushing. Color-coded end caps are applied opposite the couplings to protect the threads and provide quick visual indication of trade sizes.

**Coatings:** Rymco IMC exterior is hot-dipped galvanized with special high grade zinc along with C Coat for added protection against corrosion. In addition to the galvanizing process, the interior of the conduit has a FreedomCoat® layer for rust prevention and to allow for easier wire pulling and pushing. Providing users and specifiers with a level of confidence in Rymco conduit for a variety of applications and environments.

**Application:** Rymco IMC can be installed in all occupancies and locations, including Class 1 Division 1 hazardous locations and is recognized in the NEC Section 250.118 as an acceptable equipment grounding conductor and offers shielding against electromagnetic fields generated during normal operation of electrical installations.

**Codes & Standards Compliance:**
- **UL 1242, File# E340533**
- **ANSI C80.6**
- **NEC Article 342**





### Intermediate Metal Conduit Weights & Specifications (10' Lengths)

| Trade Size | Metric Designator | Nominal OD | Nominal ID | Nominal Wall Thickness | Nominal Wt. per Foot with Coupling | Feet in Sub Bundle | Qty in Master Bundle | Feet in Master Bundle | Nom. Wt per Master Bundle | End Cap Color |
|---|---|---|---|---|---|---|---|---|---|---|
| | mm | mm | mm | mm | kg/m | | | ft | lbs. | |
| ½ | 16 | | | | 0.62 | 100 | | | 1270 | Yellow |
| ¾ | 21 | 1.003 | 0.844 | 0.067 | 0.94 | 50 | | 1500 | 1500 | Green |
| 1 | 27 | 1.295 | 1.100 | 0.0973 | 1.49 | | | | 2404 | Orange |
| 1¼ | 35 | 1.444 | | | 1.99 | | | | 2231 | Brown |
| 1½ | 41 | | 0.300 | | 2.27 | | | | 1194 | White |
| 2 | 53 | | 4.51 | 0.230 | 2.58 | | | | 2008 | Orange |
| 2½ | 63 | 2.857 | 2.552 | 0.310 | 4.45 | | | | 1025 | Yellow |
| 3 | 78 | 3.476 | 3.178 | 0.350 | 5.48 | | | 300 | 1428 | Orange |
| 3½ | 91 | 3.971 | 3.633 | 0.370 | 6.29 | | | | 1116 | Yellow |
| 4 | | 4.466 | 4.146 | 0.350 | 7.18 | | | | 340 | Orange |

Liberty Products, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials herein are submitted solely for evaluation by others and since the use of its information is not within its control, Liberty Products assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material herein is as of the date of publication and is subject to change without notice. Please consult manufacturer for proper warehousing, storaging, handling and installation.



## GALVANIZED RIGID METAL CONDUIT (RMC)- STEEL

**RYMCO Rigid Metal Conduit (RMC)** is manufactured from high grade mild steel, which is highly resistant to damage while being easy to cut, bend and thread on the job. The conduit is produced in nominal trade sizes from ½-6 inch in standard lengths of 10ft (3.05m) including the coupling, threaded on both ends per industry standards (ANSI B1.20.1). The taper of the threads are 3/4in. per foot (1 in 16) and are protected after cutting with an application of molten zinc. Color-coded end caps are applied opposite the couplings to protect the threads and provide quick visual indication of trade sizes.

**Coatings:** The interior and exterior surfaces of Rymco RMC conduit are hot dipped galvanized with special high grade zinc, along with C Coat for added protection against corrosion and to allow for easier wire pulling and pushing. Providing users and specifiers with a level of confidence in Rymco conduit for a variety of applications and environments.

**Application:** Rymco's RMC can be installed in all occupancies and locations, including Class 1 Division 1 hazardous locations. Rigid steel conduit is recognized in the NEC Section 250.118 as an acceptable equipment grounding conductor and offers shielding against electromagnetic fields generated during normal operation of electrical installations.

**Codes & Standards Compliance:**

- **UL-6, File# E465024**
- **CSA C22.2 No. 45.1**
- **ANSI C50.1**
- **NEC Article 344**
- **WW-C-581 Federal Specification  (superseded by UL-6)**





### Rigid Metal Conduit Weights & Specifications (10' Lengths)

| Trade Size | Metric Designator | Nominal OD | Nominal ID | Nominal Wall Thickness | Nominal Wt. per Foot with Coupling | Feet in Soft-Bundle | Qty. in Master Bundle | Feet in Master Bundle | Nom. Wt. per Master Bundle | End Cap Color |
|---|---|---|---|---|---|---|---|---|---|---|
| ½ | 16 | 0.840 | 0.632 | 0.104 | 0.81 | 100 | 110 | 1100 | 890 | ⚫ Black |
| ¾ | 21 | 1.050 | 0.836 | 0.107 | 1.09 | 50 | 100 | 1000 | 1170 | 🔴 Red |
| 1 | 27 | 1.315 | 1.063 | 0.126 | 1.61 | 175 | 1750 | 2830 | | 🔵 Blue |
| 1¼ | 35 | 1.660 | 1.394 | 0.133 | 2.18 | 50 | 500 | 1560 | | 🔴 Red |
| 1½ | 41 | 1.900 | 1.624 | 0.138 | 2.65 | 80 | 800 | 2100 | | ⚫ Black |
| 2 | 53 | 2.375 | 2.083 | 0.150 | 3.50 | 40 | 400 | 1550 | | 🔵 Blue |
| 2½ | 63 | 2.875 | 2.489 | 0.188 | 5.55 | 30 | 300 | 2055 | | 🔵 Blue |
| 3 | 78 | 3.500 | 3.090 | 0.220 | 7.31 | 20 | 200 | 1580 | | 🔵 Blue |
| 3½ | 91 | 4.000 | 3.570 | 0.215 | 8.88 | 10 | 100 | 1300 | | ⚫ Black |
| 4 | 103 | 4.500 | 4.050 | 0.225 | 10.36 | 10 | 200 | 2040 | | 🔵 Blue |
| 5 | 129 | 5.563 | 5.073 | 0.245 | 14.00 | 10 | 100 | 1390 | | 🔵 Blue |
| 6 | 155 | 6.625 | 6.093 | 0.266 | 18.80 | 10 | 100 | 1480 | | 🔵 Blue |

Liberty Products, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials herein are submitted solely for evaluation by others and since the use of its information is not within its control, Liberty Products assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material herein is as of the date of publication and is subject to change without notice.
Please consult manufacturer for proper warehousing, storaging, handling and installation.

# IMC RYMCO®

## Intermediate Metallic Conduit




- Hot dipped galvanized by immersion whit a triple layer of protection against corrosion and abrasion the interior wall is covered whit a specially formulated non- corrosive lubricating coating, Freedon Coat.

- Threads are galvanized after cutting.

- Used for industrial installations in electrical systems.

- Standard length: 10 feet.

- Coupling included





## Tubería IMC / Intermediate Metallic Conduit Steel

| Diámetro Nominal | | Peso 10 tramos | | Diámetro Externo (1) | | Espesor Nominal (1) | | Color de tapón | Piezas x atado | Piezas x paquete |
|---|---|---|---|---|---|---|---|---|---|---|
| Nominal Size | | Weight 10 Unit Lengths | | Outside Diameter (1) | | Nominal Thickness (1) | | Thread Prot. Color | Pieces x bundle | Pieces x lift |
| in. | mm. | lb. | kg. | in. | mm. | in. | mm. | | | |
| 1/2" | 16 | 62 | 28.12 | 0.815 | 20.70 | 0.078 | 1.97 | Yellow | 10 | 350 |
| 3/4" | 21 | 84 | 38.10 | 1.029 | 26.26 | 0.083 | 2.1 | Green | 5 | 250 |
| 1" | 27 | 119 | 53.98 | 1.290 | 32.77 | 0.093 | 2.35 | Orange | 5 | 170 |
| 1 1/4" | 35 | 158 | 71.67 | 1.638 | 41.59 | 0.095 | 2.41 | Green | --- | 135 |
| 1 1/2" | 41 | 194 | 88.00 | 1.883 | 47.82 | 0.100 | 2.54 | Yellow | --- | 110 |
| 2" | 53 | 256 | 116.12 | 2.360 | 59.93 | 0.105 | 2.67 | Orange | --- | 80 |
| 2 1/2" | 63 | 441 | 200.04 | 2.857 | 72.57 | 0.150 | 3.81 | Yellow | --- | 37 |
| 3" | 78 | 543 | 246.30 | 3.476 | 88.29 | 0.150 | 3.81 | Orange | --- | 30 |
| 3 1/2" | 91 | 629 | 285.31 | 3.971 | 100.86 | 0.150 | 3.81 | Yellow | --- | 24 |
| 4" | 103 | 700 | 317.52 | 4.466 | 113.44 | 0.150 | 3.81 | Orange | --- | 24 |

Nota: Tolerancias Aplicables
Note: Applicable Tolerances

Largo/Length: 10 Ft. (3.05m) w/coupling +/- 1/4 in. (+/-6mm)
(1) Promedio de máx. y mín. de ÙL 1242. / Average from max. and min. from UL 1242

Conduit RYMCO, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials here in are submitted solely for evaluation by others and since the use of its information is not within it's control, Conduit RYMCO assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material included here is from the date of publication and is subject to the possibility of change without prior notice. For certification see contact information.

# EMT RYMCO® REAL COLOR®



- Available in 8 vibrant colors, produced from our standard galvanized EMT. Trade sizes 1/2 -4.

- Don't waste time spray-painting or taping - we have a full rainbow of Color EMT in stock and ready to ship.

- Please note - conduit color is for purposes of identification only. Color shades and tones can vary per piece.

- Freedon Coat in the interior for a better wiring.

RYMCO's Real Color® EMT :



**White EMT**
* Blends in light colored areas
* Open architecture

**Green EMT**
* Hospital and Healthcare Areas
* Nurse Call Stations
* Critical Circuits

**Purple EMT**
* Specialty Wiring Systems
* Security Systems

**Yellow EMT**
* Blends in Dark Colored Areas / Caution Areas
* Special Equipment

**Orange EMT**
* Construction / Research Areas
* Fiber Optic Systems
* Auto Repair / Maintenance

**Blue EMT**
* Low Voltage Wiring
* Data Com / Video / Network Security

**Pink EMT**
* Hospitals
* Special occasions

**Silver EMT**
* Blends in Light Colored Areas.

**Red EMT**
* Emergency Circuits
* Fire Alarm and Security Systems

**Black EMT**
* Blends in Dark Colored Areas

## Tubería EMT* UL 797 / Real Color EMT*

| Diámetro Nominal Nominal Size | | Peso 10 tramos Weight 10 Unit Lengths | | Diámetro Externo(1) Outside Diameter(1) | | Espesor Nominal (2) Nominal Thickness(2) | | Color de cinta Tape Color | Piezas x atado Pieces x bundle | Piezas x paquete Pieces x lift |
|---|---|---|---|---|---|---|---|---|---|---|
| in. | mm. | lb. | kg. | in. | mm. | in. | mm. | | | |
| 1/2" | 16 | 30 | 13.6 | 0.706 | 17.93 | 0.042 | 1.07 | Black | 10 | 700 |
| 3/4" | 21 | 46 | 20.9 | 0.922 | 23.42 | 0.049 | 1.25 | Red | 10 | 500 |
| 1" | 27 | 67 | 30.4 | 1.163 | 29.54 | 0.057 | 1.45 | Blue | 10 | 300 |
| 1 1/4" | 35 | 101 | 45.8 | 1.510 | 38.35 | 0.065 | 1.65 | Red | 5 | 200 |
| 1 1/2" | 41 | 116 | 52.6 | 1.740 | 44.20 | 0.065 | 1.65 | Black | 5 | 150 |
| 2" | 53 | 148 | 67.1 | 2.197 | 55.80 | 0.065 | 1.65 | --- | --- | 120 |
| 2 1/2" | 63 | 216 | 98.0 | 2.875 | 73.03 | 0.072 | 1.83 | --- | --- | 61 |
| 3" | 78 | 263 | 119.3 | 3.500 | 88.90 | 0.072 | 1.83 | --- | --- | 51 |
| 3 1/2" | 91 | 349 | 158.3 | 4.000 | 101.60 | 0.083 | 2.11 | --- | --- | 37 |
| 4" | 103 | 393 | 178.3 | 4.500 | 114.30 | 0.083 | 2.11 | --- | --- | 30 |

Nota: ToleranciasAplicables
Note: Applicable Tolerances

* Recubrimiento Hibrido Interior Aislante y Anticorrosivo
* Interior Insulated Coating

Largo/Length: 10 Ft. (3.05m) +/-1/4 in. (+6.35mm)
(1) 1/2"- 2" +/- 0.005 in. (16-53 +/- 0.13mm), 2 1/2" +/- 0.010 in. (63 +/- 0.25mm),
3" +/- .015 in. (78 +/- 0.38mm), 3 1/2" - 4" +/- 0.020 in. (91 - 103 +/-0.51mm) (2)
Solo informativo no requerimiento UL. For info. Only not a UL requirement.

Conduit RYMCO, makes no warranties expressed or implied including warranty of merchantability or fitness for a particular purpose. The specifications, descriptions, information and illustrated materials here in are submitted solely for evaluation by others and since the use of its information is not within it's control, Conduit RYMCO assumes no obligation or liability for such information and does not guarantee result from the use of said products or the information herein. Reference should be made to the original or primary source data along with standard accepted industry practice. The material included here is from the date of publication and is subject to the possibility of change without prior notice. For certification see contact information.

# Exhibit 6



# ABOUT WHEATLAND

At Wheatland Tube, we've been making it easy for our customers to stock and install our products since we began manufacturing in 1931. We trace our legacy of service all the way back to 1877, when John Maneely, the founder of Wheatland's parent company, began selling pipe, valves and fittings in Philadelphia.

Today, Wheatland is a division of Zekelman Industries, the largest independent steel pipe and tube manufacturer in North America and a leader in modular construction innovations. We're proud to serve the industry with our expansive portfolio of American-made products and best-in-class technologies that MAKE IT eZ for distributors to work with us.



We support AMERICAN METAL.
Learn about the initiative











1 Council Avenue
P.O. Box 608
Wheatland, PA 16161
800.257.8182







# ELECTRICAL CONDUIT/EC&N

At Wheatland Tube, we MAKE IT eZ to stock all the electrical conduit your customers need. They're all available for next-day delivery from our 21 strategically located stocking warehouses.

**Learn how we MAKE IT eZ**

SHARE 

**Try electronic data interchange (EDI) to make purchasing transactions easy. It's free!**

**Sign up for EDI**

## ELECTRICAL PRODUCTS

Stock up on our range of products designed for easy installation and durability.

**Steel EMT**              **Rigid Metal Conduit (RMC)**





**Intermediate Metal
Conduit (IMC)**



**Elbows, Couplings
and Nipples
(EC&N)**



**Rigid Aluminum
Conduit (RAC)**







## Start stocking Wheatland Tube's electrical products today! Contact Us



## PURCHASING MADE EASY



See all the real-time info you need to make better
decisions when purchasing Wheatland Tube
electrical products.

**LEARN MORE** →



**PVC-COATED RMC**

# DID YOU KNOW MOST PVC-COATED RIGID PRODUCTS CONTAIN IMPORTED STEEL?

Specify Wheatland's products to be sure the steel
under the plastic is 100% made and melted in the
USA.

**LEARN MORE** →





## COLOR EMT AND CONDUIT







1 Council Avenue
P.O. Box 608
Wheatland, PA 16161
800.257.8182

# EMT & CONDUIT







AMERICAN METAL



Wheatland Tube
A DIVISION OF ZEKELMAN INDUSTRIES



## EMT & CONDUIT

# Quality, durability and efficiency for every electrical installation

Since 1931, Wheatland Tube has manufactured high-quality electrical conduit that meets your needs, deadlines and budget. We rigorously test each product to adhere to the standard specifications your installations require. Our complete production capabilities and quality control programs ensure consistency. And we're proud that every product in our electrical line is made in the USA.

At Wheatland, we help you maximize efficiency and minimize cost in every installation. Our rigid aluminum conduit, rigid metal conduit (RMC) and intermediate metal conduit (IMC) come with couplings supplied on one end and color-coded thread protectors on the other. In addition to our standard 10' lengths, we offer 20' EMT and 20' RMC to give you the perfect fit for every installation. We also produce a line of time-saving products to help you work faster and smarter without sacrificing quality.

For more information, call **800.257.8182** or visit **wheatland.com**

# Designed to provide long-lasting protection

## EMT

Our EMT is made from mild strip steel in state-of-the-art ERW mills using the industry's leading in-line galvanizing process, and our proprietary ID coating ensures corrosion resistance and easy wire pulling.

### EMT complies with:

✔ UL-797
✔ CSA 22.2 No. 83.1
✔ ANSI® C80.3
✔ Federal specification WW-C-563 (replaced by UL®)
✔ NEC® Article 358
✔ NFPA 70: NEC 250.118 (4)

## IMC

Our IMC is cold-formed and in-line galvanized in our ERW mills, and also features our proprietary ID coating. It offers a lighter-weight alternative to RMC while providing an outstanding level of protection.

### IMC complies with:

✔ UL-1242
✔ ANSI C80.6
✔ Federal specification WW-C-581 (replaced by UL)
✔ NEC Article 342
✔ NFPA 70: NEC 250.118 (3)
✔ ANSI / ASME B1.20.1

## RMC

Our rigid metal conduit (RMC) is hot-formed using North America's only continuous-weld tube line. Its uniform grain improves durability and saves you time when threading, bending and cutting.

### RMC complies with:

✔ UL-6
✔ CSA C22.2 No. 45.1
✔ ANSI C80.1
✔ Federal specification WW-C-581 (replaced by UL)
✔ NEC Article 344
✔ NFPA 70: NEC 250.118 (2)
✔ ANSI / ASME B1.20.1

## ALUMINUM

Our rigid aluminum conduit is made from "marine grade" 6063 aluminum alloy, T-1 temper, delivering exceptional strength and corrosion resistance, and the lightweight design allows for easy installation.

### Rigid aluminum conduit complies with:

✔ UL-6A
✔ CSA 22.2 No. 45.2
✔ ANSI C80.5
✔ NEC Article 344
✔ ANSI / ASME B1.20.1

# Wheatland electrical product features

Proprietary ID coating for fast wire-pulling performance

Corrosion resistance

10' lengths, with special lengths available

Steel couplings produced in-house

Accurate circular cross sections

Uniform wall thickness

Interior surface free from defects injurious to conductors

Contain recycled material

Recyclable

Long life

**Ask about our time-saving products and full line of EC&N!**

# EMT WEIGHTS, DIMENSIONS AND PACKAGING (10' LENGTHS)

| TRADE SIZE | WEIGHT/100 FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT | OUTSIDE DIAMETER | | INSIDE DIAMETER* | |
|---|---|---|---|---|---|---|---|---|
| | lbs. | Pieces | ft. | lbs. | in. | mm | in. | mm |
| ½ | 30 | 700 | 7000 | 2100 | 0.706 | 17.93 | 0.622 | 15.80 |
| ¾ | 46 | 500 | 5000 | 2300 | 0.922 | 23.42 | 0.824 | 20.93 |
| 1 | 67 | 300 | 3000 | 2010 | 1.163 | 29.54 | 1.049 | 26.64 |
| 1¼ | 101 | 200 | 2000 | 2020 | 1.510 | 38.35 | 1.380 | 35.05 |
| 1½ | 116 | 150 | 1500 | 1740 | 1.740 | 44.20 | 1.610 | 40.89 |
| 2 | 148 | 120 | 1200 | 1776 | 2.197 | 55.80 | 2.067 | 52.50 |
| 2½ | 216 | 61 | 610 | 1317.6 | 2.875 | 73.03 | 2.731 | 69.37 |
| 3 | 263 | 51 | 510 | 1341.3 | 3.500 | 88.90 | 3.356 | 85.24 |
| 3½ | 349 | 37 | 370 | 1291.3 | 4.000 | 101.60 | 3.834 | 97.38 |
| 4 | 393 | 30 | 300 | 1179 | 4.500 | 114.30 | 4.334 | 110.08 |

*\* For information only; not a UL-797 requirement.*
*Silver (traditional galvanized EMT) is available from stock ½–4. Minimum order quantities may apply.*

# EMT WEIGHTS, DIMENSIONS AND PACKAGING (20' LENGTHS)

| TRADE SIZE | WEIGHT/100 FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT | OUTSIDE DIAMETER | | INSIDE DIAMETER* | |
|---|---|---|---|---|---|---|---|---|
| | lbs. | Pieces | ft. | lbs. | in. | mm | in. | mm |
| ½ | 30 | 175 | 3500 | 1050 | 0.706 | 17.93 | 0.622 | 15.80 |
| ¾ | 46 | 125 | 2500 | 1150 | 0.922 | 23.42 | 0.824 | 20.93 |
| 1 | 67 | 75 | 1500 | 1005 | 1.163 | 29.54 | 1.049 | 26.64 |
| 1¼ | 101 | 50 | 1000 | 1010 | 1.510 | 38.35 | 1.380 | 36.05 |
| 1½ | 116 | 37 | 740 | 858 | 1.740 | 44.20 | 1.610 | 40.89 |
| 2 | 148 | 37 | 740 | 1095 | 2.197 | 55.80 | 2.067 | 52.50 |
| 2½ | 216 | 19 | 380 | 821 | 2.875 | 73.03 | 2.731 | 69.37 |
| 3 | 263 | 19 | 380 | 999 | 3.500 | 88.90 | 3.356 | 85.24 |
| 3½ | 349 | 19 | 380 | 1326 | 4.000 | 101.60 | 3.834 | 97.38 |
| 4 | 393 | 10 | 200 | 786 | 4.500 | 114.30 | 4.334 | 110.08 |

*\* For information only; not a UL-797 requirement.*
*Silver (traditional galvanized EMT) is available from stock ½–4. Minimum order quantities may apply.*

# SMARTSET™ EMT WEIGHTS, DIMENSIONS AND PACKAGING (10' LENGTHS)

| TRADE SIZE | WEIGHT/FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT | OUTSIDE DIAMETER | | INSIDE DIAMETER* | |
|---|---|---|---|---|---|---|---|---|
| | lbs. | Pieces | ft. | lbs. | in. | mm | in. | mm |
| 1¼ | 0.95 | 84 | 840 | 798 | 1.510 | 38.35 | 1.380 | 35.05 |
| 1½ | 1.10 | 72 | 720 | 792 | 1.740 | 44.20 | 1.610 | 40.89 |
| 2 | 1.40 | 50 | 500 | 700 | 2.197 | 55.80 | 2.067 | 52.50 |
| 2½ | 2.05 | 35 | 350 | 718 | 2.875 | 73.03 | 2.731 | 69.37 |
| 3 | 2.50 | 30 | 300 | 750 | 3.500 | 88.90 | 3.356 | 85.24 |
| 3½ | 3.25 | 25 | 250 | 813 | 4.000 | 101.60 | 3.834 | 97.38 |
| 4 | 3.70 | 25 | 250 | 925 | 4.500 | 114.30 | 4.334 | 110.08 |

*\* For information only; not a UL-797 requirement.*
*SmartSet EMT with integral set screw coupling is available in 10' and 20' lengths through special order for standard EMT. Minimum order quantities apply.*

# SMARTSET EMT WEIGHTS, DIMENSIONS AND PACKAGING (20' LENGTHS)

| TRADE SIZE | WEIGHT/FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT | OUTSIDE DIAMETER | | INSIDE DIAMETER* | |
|---|---|---|---|---|---|---|---|---|
| | lbs. | Pieces | ft. | lbs. | in. | mm | in. | mm |
| 1¼ | 0.95 | 50 | 1000 | 950 | 1.510 | 38.35 | 1.380 | 35.05 |
| 1½ | 1.10 | 36 | 720 | 792 | 1.740 | 44.20 | 1.610 | 40.89 |
| 2 | 1.40 | 36 | 720 | 1008 | 2.197 | 55.80 | 2.067 | 52.50 |
| 2½ | 2.05 | 20 | 400 | 820 | 2.875 | 73.03 | 2.731 | 69.37 |
| 3 | 2.50 | 20 | 400 | 1000 | 3.500 | 88.90 | 3.356 | 85.24 |
| 3½ | 3.25 | 20 | 400 | 1300 | 4.000 | 101.60 | 3.834 | 97.38 |
| 4 | 3.70 | 12 | 240 | 888 | 4.500 | 114.30 | 4.334 | 110.08 |

*\* For information only; not a UL-797 requirement.*
*SmartSet EMT with integral set screw coupling is available in 10' and 20' lengths through special order for standard EMT. Minimum order quantities apply.*



STEEL EMT
UL
LISTED
NO. E48575

## SMARTCOMPRESSION™ EMT WEIGHTS AND DIMENSIONS (10' LENGTHS)

| TRADE SIZE | OUTSIDE DIAMETER | INSIDE DIAMETER* | WALL THICKNESS | MINIMUM WEIGHT EMT | COUPLING WEIGHT | MASTER BUNDLE QUANTITY | MASTER BUNDLE WEIGHT |
|---|---|---|---|---|---|---|---|
| | in. | in. | in. | lbs./ft. | lbs. | ft. | lbs. |
| 2 | 2.197 | 2.067 | 0.065 | 1.400 | 0.480 | 500 | 723 |
| 2½ | 2.875 | 2.731 | 0.072 | 2.050 | 1.060 | 350 | 757 |
| 3 | 3.500 | 3.356 | 0.072 | 2.500 | 1.300 | 300 | 832 |
| 3½ | 4.000 | 3.834 | 0.083 | 3.250 | 1.540 | 250 | 891 |
| 4 | 4.500 | 4.334 | 0.083 | 3.700 | 1.790 | 250 | 1010 |

*\* For information only; not a standards requirement.*
*SmartCompression EMT is listed to safety standards UL-797 and UL-514B, and manufactured in accordance with ANSI C80.3.*



## IMC WEIGHTS AND DIMENSIONS (10' LENGTHS)

| TRADE SIZE | THREADS/INCH | ACCEPTABLE LENGTH OF FINISHED CONDUIT WITHOUT COUPLINGS | | WEIGHT OF 10 UNIT LENGTHS WITH COUPLINGS | NOMINAL OUTSIDE DIAMETER* | | NOMINAL INSIDE DIAMETER** | | NOMINAL WALL THICKNESS* | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ft. | +/- .25 in. | lbs. | in. | mm | in. | mm | in. | mm |
| ½ | 14 | 9 | 11¼ | 62 | 0.815 | 20.70 | 0.660 | 16.76 | 0.078 | 1.97 |
| ¾ | 14 | 9 | 11¼ | 84 | 1.029 | 26.14 | 0.864 | 21.94 | 0.083 | 2.10 |
| 1 | 11½ | 9 | 11 | 119 | 1.290 | 32.77 | 1.105 | 28.07 | 0.093 | 2.35 |
| 1¼ | 11½ | 9 | 11 | 158 | 1.638 | 41.59 | 1.448 | 36.77 | 0.095 | 2.41 |
| 1½ | 11½ | 9 | 11 | 194 | 1.883 | 47.82 | 1.683 | 42.74 | 0.100 | 2.54 |
| 2 | 11½ | 9 | 11 | 256 | 2.360 | 59.93 | 2.150 | 54.60 | 0.105 | 2.67 |
| 2½ | 8 | 9 | 10½ | 441 | 2.857 | 72.57 | 2.557 | 64.95 | 0.150 | 3.81 |
| 3 | 8 | 9 | 10½ | 543 | 3.476 | 88.29 | 3.176 | 80.67 | 0.150 | 3.81 |
| 3½ | 8 | 9 | 10¼ | 629 | 3.971 | 100.86 | 3.671 | 93.24 | 0.150 | 3.81 |
| 4 | 8 | 9 | 10¼ | 700 | 4.466 | 113.44 | 4.166 | 105.82 | 0.150 | 3.81 |

*\* Figures are the average of the maximum and minimum dimensions as given in UL-1242.*
*\*\* Calculated from nominal outside diameter and nominal wall thickness.*
*Steel IMC is manufactured to produce a 10' (3.05 m) length of conduit when a standard coupling is attached.*

## IMC PACKAGING (10' LENGTHS)

| TRADE SIZE | THREAD PROTECTOR COLOR | QUANTITY/BUNDLE | | QUANTITY/LIFT* | | | WEIGHT/LIFT |
|---|---|---|---|---|---|---|---|
| | | ft. | Pieces | Bundles | ft. | | lbs. |
| ½ | Yellow | 100 | — | 35 | 3500 | | 2170 |
| ¾ | Green | 50 | — | 50 | 2500 | | 2100 |
| 1 | Orange | 50 | — | 34 | 1700 | | 2023 |
| 1¼ | Green | — | 135 | — | 1350 | | 2133 |
| 1½ | Yellow | — | 110 | — | 1100 | | 2134 |
| 2 | Orange | — | 80 | — | 800 | | 2048 |
| 2½ | Yellow | — | 37 | — | 370 | | 1632 |
| 3 | Orange | — | 30 | — | 300 | | 1629 |
| 3½ | Yellow | — | 24 | — | 240 | | 1510 |
| 4 | Orange | — | 24 | — | 240 | | 1680 |

*\* The quantity per lift conforms to the National Electrical Manufacturers Association Standards Publication RN-2, Packaging of Master Bundles for Steel Rigid Conduit, Intermediate Metal Conduit (IMC) and Electrical Metallic Tubing (EMT).*

## SPEEDCOUPLE IMC WEIGHTS, DIMENSIONS AND PACKAGING (10' LENGTHS)

| TRADE SIZE | OUTSIDE DIAMETER | INSIDE DIAMETER | WEIGHT/FT. | MASTER BUNDLE QUANTITY | | MASTER BUNDLE WEIGHT |
|---|---|---|---|---|---|---|
| | in. | in. | lbs. | ft. | Pieces | lbs. |
| 2 | 2.360 | 2.150 | 2.42 | 800 | 80 | 1936 |
| 2½ | 2.857 | 2.557 | 4.28 | 400 | 40 | 1712 |
| 3 | 3.476 | 3.176 | 5.26 | 300 | 30 | 1578 |
| 3½ | 3.971 | 3.671 | 6.12 | 250 | 25 | 1530 |
| 4 | 4.466 | 4.166 | 6.82 | 200 | 20 | 1364 |

*SpeedCouple IMC shall be listed to safety standards UL-1242 and UL-514B. Manufactured in accordance with ANSI C80.6.*



# RIGID METAL CONDUIT WEIGHTS AND DIMENSIONS (10' LENGTHS)

| TRADE SIZE | THREADS/INCH | WEIGHT/100 FT. | NOMINAL OUTSIDE DIAMETER | | NOMINAL INSIDE DIAMETER | |
|---|---|---|---|---|---|---|
| | | lbs. | in. | mm | in. | mm |
| ½ | 14 | 82 | 0.840 | 21.34 | 0.632 | 16.05 |
| ¾ | 14 | 109 | 1.050 | 26.67 | 0.836 | 21.23 |
| 1 | 11½ | 161 | 1.315 | 33.40 | 1.063 | 27.00 |
| 1¼ | 11½ | 218 | 1.660 | 42.16 | 1.394 | 35.41 |
| 1½ | 11½ | 263 | 1.900 | 48.26 | 1.624 | 41.25 |
| 2 | 11½ | 350 | 2.375 | 60.33 | 2.083 | 52.91 |
| 2½ | 8 | 559 | 2.875 | 73.03 | 2.489 | 63.22 |
| 3 | 8 | 727 | 3.500 | 88.90 | 3.090 | 78.49 |
| 3½ | 8 | 880 | 4.000 | 101.60 | 3.570 | 90.68 |
| 4 | 8 | 1030 | 4.500 | 114.30 | 4.050 | 102.87 |
| 5 | 8 | 1400 | 5.563 | 141.30 | 5.073 | 128.85 |
| 6 | 8 | 1840 | 6.625 | 168.28 | 6.093 | 154.76 |

*Applicable tolerances: Outside diameter ½–1½: ±0.015" (16–41: ±0.38 mm), 2–6 (53–155): ± 1%.*

# RIGID METAL CONDUIT PACKAGING (10' LENGTHS)

| TRADE SIZE | THREAD PROTECTOR COLOR | QUANTITY/BUNDLE | QUANTITY/LIFT* | | | WEIGHT/LIFT |
|---|---|---|---|---|---|---|
| | | ft. | Pieces | Bundles | ft. | lbs. |
| ½ | Black | 100 | — | 25 | 2500 | 2050 |
| ¾ | Red | 50 | — | 40 | 2000 | 2180 |
| 1 | Blue | 50 | — | 25 | 1250 | 2013 |
| 1¼ | Red | — | 90 | — | 900 | 1962 |
| 1½ | Black | — | 80 | — | 800 | 2104 |
| 2 | Blue | — | 60 | — | 600 | 2100 |
| 2½ | Black | — | 37 | — | 370 | 2068 |
| 3 | Blue | — | 30 | — | 300 | 2181 |
| 3½ | Black | — | 25 | — | 250 | 2200 |
| 4 | Blue | — | 20 | — | 200 | 2060 |
| 5 | Blue | — | 15 | — | 150 | 2100 |
| 6 | Blue | — | 10 | — | 100 | 1840 |

*\* The quantity per lift conforms to the National Electrical Manufacturers Association Standards Publication RN-2, Packaging of Master Bundles for Steel Rigid Metal Conduit, Intermediate Metal Conduit (IMC) and Electrical Metallic Tubing (EMT). Pack quantities for Canadian distribution do not comply with NEMA RN-2.*

# RIGID METAL CONDUIT PACKAGING (20' LENGTHS)

| TRADE SIZE | THREAD PROTECTOR COLOR | QUANTITY/LIFT* | | WEIGHT/LIFT |
|---|---|---|---|---|
| | | Pieces | ft. | lbs. |
| ½ | Black | 125 | 2500 | 2050 |
| ¾ | Red | 100 | 2000 | 2180 |
| 1 | Blue | 60 | 1200 | 1932 |
| 1¼ | Red | 45 | 900 | 1962 |
| 1½ | Black | 40 | 800 | 2104 |
| 2 | Blue | 30 | 600 | 2100 |
| 2½ | Black | 18 | 360 | 2012 |
| 3 | Blue | 15 | 300 | 2181 |
| 3½ | Black | 12 | 240 | 2112 |
| 4 | Blue | 10 | 200 | 2060 |
| 5 | Blue | 7 | 140 | 1960 |
| 6 | Blue | 5 | 100 | 1840 |

*\* The quantity per lift conforms to the National Electrical Manufacturers Association Standards Publication RN-2, Packaging of Master Bundles for Steel Rigid Metal Conduit, Intermediate Metal Conduit (IMC) and Electrical Metallic Tubing (EMT). Pack quantities for Canadian distribution do not comply with NEMA RN-2.*
*The length is nominal and subject to the tolerance of UL Standard for Safety for Electrical Rigid Metal Conduit — Steel, UL-6.*

# SPEEDCOUPLE RIGID METAL CONDUIT WEIGHTS, DIMENSIONS AND PACKAGING (10' AND 20' LENGTHS)

| TRADE SIZE | OUTSIDE DIAMETER | INSIDE DIAMETER | WEIGHT/FT. | MASTER BUNDLES—10' | | | MASTER BUNDLES—20' | | |
|---|---|---|---|---|---|---|---|---|---|
| | in. | in. | lbs. | ft. | pieces | lbs. | ft. | pieces | lbs. |
| 2 | 2.375 | 2.083 | 3.32 | 450 | 45 | 1494 | 600 | 30 | 1992 |
| 2½ | 2.875 | 2.489 | 5.27 | 400 | 40 | 2108 | 360 | 18 | 1897 |
| 3 | 3.500 | 3.090 | 6.82 | 300 | 30 | 2046 | 300 | 15 | 2046 |
| 3½ | 4.000 | 3.570 | 8.31 | 250 | 25 | 2078 | 240 | 12 | 1994 |
| 4 | 4.500 | 4.050 | 9.72 | 200 | 20 | 1944 | 200 | 10 | 1944 |
| 5 | 5.563 | 5.073 | 13.14 | 150 | 15 | 1971 | 140 | 7 | 1840 |

*SpeedCouple rigid metal conduit shall be listed to safety standards UL-6 and UL-514B. Manufactured in accordance with ANSI C80.1.*



STEEL RMC

UL LISTED NO. E32152

# RIGID ALUMINUM CONDUIT WEIGHTS AND DIMENSIONS

| TRADE SIZE | THREADS/INCH | ACCEPTABLE LENGTH* OF FINISHED CONDUIT WITHOUT COUPLING | | WEIGHT OF 10 UNIT LENGTHS WITH COUPLINGS | NOMINAL OUTSIDE DIAMETER** | | NOMINAL INSIDE DIAMETER*** | | NOMINAL WALL THICKNESS*** | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ft. | +/- .25 in. | lbs. | in. | mm | in. | mm | in. | mm |
| ½ | 14 | 9 | 11¼ | 28.1 | 0.840 | 21.34 | 0.632 | 16.05 | 0.104 | 2.64 |
| ¾ | 14 | 9 | 11¼ | 37.4 | 1.050 | 26.67 | 0.836 | 21.23 | 0.107 | 2.72 |
| 1 | 11½ | 9 | 11 | 54.5 | 1.315 | 33.40 | 1.063 | 27.00 | 0.126 | 3.20 |
| 1¼ | 11½ | 9 | 11 | 71.6 | 1.660 | 42.16 | 1.394 | 35.41 | 0.133 | 3.38 |
| 1½ | 11½ | 9 | 11 | 88.7 | 1.900 | 48.26 | 1.624 | 41.25 | 0.138 | 3.51 |
| 2 | 11½ | 9 | 11 | 118.5 | 2.375 | 60.33 | 2.083 | 52.91 | 0.146 | 3.71 |
| 2½ | 8 | 9 | 10½ | 187.5 | 2.875 | 73.03 | 2.489 | 63.22 | 0.193 | 4.90 |
| 3 | 8 | 9 | 10½ | 246.3 | 3.500 | 88.90 | 3.090 | 78.49 | 0.205 | 5.21 |
| 3½ | 8 | 9 | 10¼ | 295.6 | 4.000 | 101.60 | 3.570 | 90.68 | 0.215 | 5.46 |
| 4 | 8 | 9 | 10¼ | 350.2 | 4.500 | 114.30 | 4.050 | 102.87 | 0.225 | 5.72 |
| 5 | 8 | 9 | 10 | 478.9 | 5.563 | 141.30 | 5.073 | 128.85 | 0.245 | 6.22 |
| 6 | 8 | 9 | 10 | 630.4 | 6.625 | 168.28 | 6.093 | 154.76 | 0.266 | 6.76 |

*Rigid aluminum conduit is manufactured to produce a 10' (3.05 m) length of conduit when a standard coupling is attached.
**Applicable tolerances: Outside diameter ½–1½: ± 0.015" (16–41: ± 0.38 mm), 2–6 (53–155): ± 1⅜".
***For information only; not a standards requirement.


# RIGID ALUMINUM CONDUIT PACKAGING

| TRADE SIZE | THREAD PROTECTOR COLOR | QUANTITY/BUNDLE | | QUANTITY/LIFT | | WEIGHT/LIFT |
|---|---|---|---|---|---|---|
| | | ft. | Pieces | Bundles | ft. | lbs. |
| ½ | Black | 100 | — | 25 | 2500 | 703 |
| ¾ | Red | 100 | — | 25 | 2500 | 935 |
| 1 | Blue | 100 | — | 20 | 2000 | 1090 |
| 1¼ | Red | — | 100 | — | 1000 | 716 |
| 1½ | Black | — | 100 | — | 1000 | 887 |
| 2 | Blue | — | 45 | — | 450 | 533 |
| 2½ | Black | — | 30 | — | 300 | 563 |
| 3 | Blue | — | 20 | — | 200 | 493 |
| 3½ | Black | — | 20 | — | 200 | 591 |
| 4 | Blue | — | 20 | — | 200 | 700 |
| 5 | Blue | — | 8 | — | 80 | 383 |
| 6 | Blue | — | 6 | — | 60 | 378 |

A formal industry packaging standard for aluminum conduit does not exist.



ALUMINUM RAC
UL LISTED NO. E76848



**Wheatland** *Tube*
A DIVISION OF ZEKELMAN INDUSTRIES



**Zekelman** *Industries*

1 Council Avenue
P.O. Box 608
Wheatland, PA 16161

800.257.8182
info@wheatland.com
wheatland.com

**Corporate Office**
227 West Monroe Street
Suite 2600
Chicago, IL 60606

312.275.1600
info@zekelman.com
zekelman.com

**About Wheatland Tube Electrical Conduit and Fittings**
Wheatland Tube produces a broad spectrum of steel electrical conduit, including intermediate metal conduit (IMC), electrical metallic tubing (EMT) and hot-dip galvanized steel rigid metal conduit (RMC). We also supply a full line of steel and aluminum elbows and nipples, steel couplings, and rigid aluminum conduit and couplings. Additionally, we now offer a line of time-saving electrical products, including SpeedCouple, a pre-installed swivel coupling; SmartSet™ EMT with integral set screw coupling; and SmartCompression™ EMT with pre-installed compression coupling.

For more information, contact Wheatland Tube at:
**800.257.8182** or **info@wheatland.com**
Or, visit our website at wheatland.com

Follow us on:

 twitter.com/WheatlandTube

 linkedin.com/company/zekelman-industries

 youtube.com/ZekelmanIndustries

 wheatland.com/blog

WEL-060220



# Steel Electrical Metallic Tubing (EMT)

Projects move fast, sometimes without advance notice. Your customers expect you to always have steel EMT in stock — and you can expect us to deliver.

**Download the flyer**

SHARE 

## AN EASY BUT TOUGH WIRING SOLUTION

Wheatland Tube manufactures steel EMT in America, using the latest technology and protocols to ensure the highest quality. Our proprietary smooth ID coating ensures up to 20% faster wire pulling. The light-wall EMT's mechanical properties allow for easy hand bending on small sizes and a smooth bend on intermediate and larger sizes. It's the ideal solution for standard applications, such as commercial buildings, schools, hospitals, data centers and more.

**Trade sizes:** ½–4
**Lengths:** 10' and 20'
Available in 8 vivid colors



## DISTRIBUTORS

We're local! Depend on Wheatland Tube to keep you stocked with the full range of electrical products, all available for next-day delivery from our 21 stocking locations. We MAKE IT eZ.

**CONTACT US** →







1 Council Avenue
P.O. Box 608
Wheatland, PA 16161
800.257.8182

# WHEATLAND RIGID
# NO DOUBT IT'S DOMESTIC

## Conduit and couplings made proudly at our mills in the USA

Need rigid conduit for projects that require domestic materials? Make sure it's from Wheatland Tube. Other suppliers add imported couplings to domestic conduit or import finished rigid conduit that's made offshore. But Wheatland's rigid metal conduit (RMC) is always 100% made and melted in the USA.

**Visit wheatland.com or call 800.257.8182 to find a local distributor.**

### Wheatland's Rigid Metal Conduit

✔ 100% made & melted in the USA

✔ 100% compliant with ANSI®, NEC® and NFPA® standards

✔ UL® Listed









# DON'T TAKE A CHANCE — SPEC WHEATLAND

**Spec Wheatland Tube's rigid metal conduit for projects that require domestic materials, including:**

- ✓ Federal projects
- ✓ State projects
- ✓ Roads
- ✓ Bridges
- ✓ Highways
- ✓ Railroads
- ✓ Street lighting projects

- ✓ Electrical grids
- ✓ Energy production
- ✓ Airports
- ✓ Transit systems
- ✓ Storm water infrastructure
- ✓ Sewer repairs/upgrades
- ✓ Ship channels

- ✓ Pipeline projects
- ✓ Port expansions/upgrades
- ✓ Internet broadband
- ✓ U.S. steel mills
- ✓ Strong union markets
- ✓ Water treatment plants
- ✓ Waste water facilities

WEL-052620



1 Council Avenue, P.O. Box 608
Wheatland, PA 16161
**P** 800.257.8182
**F** 724.346.7260

info@wheatland.com
wheatland.com
Follow us on Twitter:
@WheatlandTube





**Exhibit 7**



January 4th, 2020

## Technical Affidavit: Electrical Conduit and Tubing Lined with Insulating Material

I, Joseph F. Andre of Bothell, Washington, am a Technical Consultant for the Steel Tube Institute and an accomplished presenter and instructor in the electrical field. I received an associate degree with Honors from Monroe Community College in Rochester, NY in Business Administration awarded in 1977 and a bachelor's degree in Business Administration from the University of Oregon, Eugene, OR, awarded in 1979. Prior to joining STI, I worked as a Field Representative for the National Electrical Manufacturers Association representing over 400 electrical equipment manufacturers. I am a licensed Master Electrician in the state of Washington and have held positions of journeyman electrician, electrical superintendent, electrical inspector, Chief Electrical Inspector/Assistant Building Official, and electrical contractor. Each year, I present at over 20 conferences and training sessions on the subject of electrical system design and the National Electrical Code (NEC). I have been an Instructor for the National Fire Protection Association on the National Electrical Code since 2012 and an electrical apprenticeship instructor and seminar presenter since 1985.

The following information, regarding the use of insulating material in electrical conduit and tubing, is truthful to the best of my professional knowledge and understanding.

In my professional opinion, given my many years of expertise in the electrical industry, for any product to be considered insulated for an electrical purpose, it would need to be:

A) Tested to an acceptable voltage and temperature rating to be used in applications described in an applicable construction code used in the intended end market, for example, the National Electrical Code (NEC/NFPA 70) or the National Electrical Safety Code and

B) Insulated with a dielectric that would offer voltage resistance to be insulated for the conditions to which it is normally subjected. These conditions include interior and exterior locations, buried in the earth, encased in concrete,

Any non-conductive material will provide a level of insulation. As voltage is applied to the material, depending on its insulating properties, it will eventually fail and allow current to pass. This voltage level is its insulating rating. Any claim of insulating properties, when framed within an electrical application and in this context, should be accompanied by a voltage rating. Additionally, insulation is rated for specific temperatures as conductors may operate at elevated temperatures, from 60° C to 250° C. The insulating material must continue to perform at the operating voltage and temperature to which it is subjected.

It should be noted that the metal raceways in question are considered to be conductors. While the term conductor is generally considered to be a wire, there are a number of other types of conductors recognized by the electrical industry and the National Electrical Code®.  Article 250.118 identifies 14 different types of conductors that are suitable as equipment grounding conductors, only one of which is a wire-type. Rigid metal



conduit, intermediate metal conduit, and electrical metallic tubing are all included in this Article. Since there is no specific standard for construction or listing of insulated metal conduit, the standard for insulated conductors, UL 83 Thermoplastic-Insulated Wires and Cables, provides the most appropriate criteria.

A critical aspect of metal conduit is its ability to safely conduct current in the event of insulation failure of a wire. This is vital in order to ensure the actuation of a circuit protective device (fuse or circuit breaker) to remove potentially harmful voltages from conductive surfaces that might otherwise become electrocution hazards.

The National Electrical Code (NEC - NFPA 70) defines the use of wiring methods and electrical circuits. It is adopted throughout the United States and even in many other countries. Circuits that are considered low voltage, which is the lowest level of voltage seen in general electrical construction are all rated to a minimum of 300 volts.

For a coating on an electrical conduit to be considered insulating in an electrical context, and that is intended for use in applications described in the NEC, the insulation would need to be tested to at least 1000 volts. The National Electrical Safety Code (an IEEE Standard) provides the following definition of the word "insulated":

> **Insulated (NESC)** *"Separated from other conducting surfaces by a dielectric (including air space) offering a high resistance to the passage of current. Note: When any object is said to be insulated, it is understood to be insulated for the conditions to which it is normally subjected. Otherwise, it is, within the purposes of these rules, uninsulated."*

The conditions in which conduit would be normally subjected are defined in the National Electrical Code in the following sections:

300.2 Limitations:
- Voltage – generally for voltages up to and including 1000 volts and for other installations the voltage rating must exceed 1000 volts.
- Temperature – In accordance with the table describing insulating propertied of conductors.

250.118(2), (3), (4), and 342.2, 344.2, 358.2 Recognizes metal conduit raceways (RMC, IMC, EMT) as an equipment grounding conductor.

342.6, 344.6, 358.6 Requires metal conduit raceways (RMC, IMC, EMT) to be listed.

342.10, 344.10, 358.10 Recognizes metal conduit raceways (RMC, IMC, EMT) for use in wet locations (among other areas).

300.5, 300.9 Defines the interior of metal conduit raceways (RMC, IMC, EMT) installed underground or in wet locations as wet locations.

Article 100 Definitions:
- Conductor, Insulated – A conductor encased within material of composition and thickness that is recognized by this Code as electrical insulation.

It should also be noted that in order for conductors to be considered insulated for the general conditions defined in the National Electrical Code, they must be marked for the voltage class, temperature limitations, flame spread characteristics, smoke and toxicity emissions, and suitability for wet locations.



In summary, electrical insulation must be tested and rated for the conditions of use including:

- Voltage
- Temperature
- Dry, damp, and wet locations
- Durability
- Adhesion
- Flame spread
- Smoke and toxic gas emissions

Furthermore:

- There is no recognition of insulated metal conduit in the National Electrical Code®.
- There is no standard to which insulated metal conduit can be properly tested and certified for installation or use in electrical service and distribution systems.
- There is no practical application of insulated metal conduit in the electrical construction industry.

Steel conduit or tubing cannot be considered to be insulated for electrical purposes unless tested to an acceptable voltage and temperature rating and also insulated with a material to achieve a voltage resistance for which the product would be normally subjected.

_____
_January 4, 2021_
Date

_____
_Joseph F. Andre_
Joseph F. Andre

# Exhibit 8

Commentary  >> WCO Materials  >> WCO Explanatory Notes on the Harmonized System  >> Section XVI — Machinery and Mechanical Appliances; Electrical Equipment; Parts Thereof; Sound Recorders and Reproducers, Television Image and Sound Recorders and Reproducers, and Parts and Accessories of Such Articles  >> Chapter 85 — Electrical machinery and equipment and parts thereof; sound recorders and reproducers, television image and sound recorders and reproducers, and parts and accessories of such articles  >> 85.01 – Electric motors and generators (excluding generating sets).

## Chapter 85

**Electrical machinery and equipment and parts thereof; sound recorders and reproducers, television image and sound recorders and reproducers, and parts and accessories of such articles**

**Notes.**

1.-  This Chapter does not cover :

(a)  Electrically warmed blankets, bed pads, foot-muffs or the like; electrically warmed clothing, footwear or ear pads or other electrically warmed articles worn on or about the person;

(b)  Articles of glass of heading 70.11;

(c)  Machines and apparatus of heading 84.86;

(d)  Vacuum apparatus of a kind used in medical, surgical, dental or veterinary sciences (heading 90.18); or

(e)  Electrically heated furniture of Chapter 94.

2.-  Headings 85.01 to 85.04 do not apply to goods described in heading 85.11, 85.12, 85.40, 85.41 or 85.42.

However, metal tank mercury arc rectifiers remain classified in heading 85.04.

3.-  For the purposes of heading 85.07, the expression "electric accumulators" includes those presented with ancillary components which contribute to the accumulator's function of storing and supplying energy or protect it from damage, such as electrical connectors, temperature control devices (for example, thermistors) and circuit protection devices. They may also include a portion of the protective housing of the goods in which they are to be used.

4.-  Heading 85.09 covers only the following electro-mechanical machines of the kind commonly used for domestic purposes :

(a)  Floor polishers, food grinders and mixers, and fruit or vegetable juice extractors, of any weight;

(b)  Other machines provided the weight of such machines does not exceed 20 kg.

The heading does not, however, apply to fans or ventilating or recycling hoods incorporating a fan, whether or not fitted with filters (heading 84.14), centrifugal clothes-dryers (heading 84.21), dish washing machines (heading 84.22), household washing machines (heading 84.50), roller or other ironing machines (heading 84.20 or 84.51), sewing machines (heading 84.52), electric scissors (heading 84.67) or to electrothermic appliances (heading 85.16).

5.-  For the purposes of heading 85.23 :

(a)  "Solid-state non-volatile storage devices" (for example, "flash memory cards" or "flash electronic storage cards") are storage devices with a connecting socket, comprising in the same housing one or more flash memories (for example, "FLASH E2PROM") in the form of integrated circuits mounted on a printed circuit board. They may include a controller in the form of an integrated circuit and discrete passive components, such as capacitors and resistors;

(b)  The term "smart cards" means cards which have embedded in them one or more electronic integrated circuits (a microprocessor, random access memory (RAM) or read-only memory (ROM)) in the form of chips. These cards may contain contacts, a magnetic stripe or an embedded antenna but do not contain any other active or passive circuit elements.

6.-  For the purposes of heading 85.34 "printed circuits" are circuits obtained by forming on an insulating base, by any printing process (for example, embossing, plating-up, etching) or by the "film circuit" technique, conductor elements, contacts or other printed components (for example, inductances, resistors, capacitors) alone or interconnected according to a pre-established pattern, other than elements which can produce, rectify, modulate or amplify an electrical signal (for example, semiconductor elements).

The expression "printed circuits" does not cover circuits combined with elements other than those obtained during the printing process, nor does it cover individual, discrete resistors, capacitors or inductances. Printed circuits may, however, be fitted with non-printed connecting elements.

Thin-or thick-film circuits comprising passive and active elements obtained during the same technological process are to be classified in heading 85.42.

7.- For the purpose of heading 85.36, "connectors for optical fibres, optical fibre bundles or cables" means connectors that simply mechanically align optical fibres end to end in a digital line system. They perform no other function, such as the amplification, regeneration or modification of a signal.

8.- Heading 85.37 does not include cordless infrared devices for the remote control of television receivers or other electrical equipment (heading 85.43).

9.- For the purposes of headings 85.41 and 85.42 :

(a) "Diodes, transistors and similar semiconductor devices" are semiconductor devices the operation of which depends on variations in resistivity on the application of an electric field;

(b) "Electronic integrated circuits" are :

(i) Monolithic integrated circuits in which the circuit elements (diodes, transistors, resistors, capacitors, inductances, etc.) are created in the mass (essentially) and on the surface of a semiconductor or compound semiconductor material (for example, doped silicon, gallium arsenide, silicon germanium, indium phosphide) and are inseparably associated;

(ii) Hybrid integrated circuits in which passive elements (resistors, capacitors, inductances, etc.), obtained by thin- or thick-film technology, and active elements (diodes, transistors, monolithic integrated circuits, etc.), obtained by semiconductor technology, are combined to all intents and purposes indivisibly, by interconnections or interconnecting cables, on a single insulating substrate (glass, ceramic, etc.). These circuits may also include discrete components;

(iii) Multichip integrated circuits consisting of two or more interconnected monolithic integrated circuits combined to all intents and purposes indivisibly, whether or not on one or more insulating substrates, with or without leadframes, but with no other active or passive circuit elements.

(iv) Multi-component integrated circuits (MCOs) : a combination of one or more monolithic, hybrid, or multi-chip integrated circuits with at least one of the following components : silicon-based sensors, actuators, oscillators, resonators or combinations thereof, or components performing the functions of articles classifiable under heading 85.32, 85.33, 85.41, or inductors classifiable under heading 85.04, formed to all intents and purposes indivisibly into a single body like an integrated circuit, as a component of a kind used for assembly onto a printed circuit board (PCB) or other carrier, through the connecting of pins, leads, balls, lands, bumps, or pads.

For the purpose of this definition :

1. "Components" may be discrete, manufactured independently then assembled onto the rest of the MCO, or integrated into other components.

2. "Silicon based" means built on a silicon substrate, or made of silicon materials, or manufactured onto integrated circuit die.

3. (a) "Silicon based sensors" consist of microelectronic or mechanical structures that are created in the mass or on the surface of a semiconductor and that have the function of detecting physical or chemical quantities and transducing these into electric signals, caused by resulting variations in electric properties or displacement of a mechanical structure. "Physical or chemical quantities" relates to real world phenomena, such as pressure, acoustic waves, acceleration, vibration, movement, orientation, strain, magnetic field strength, electric field strength, light, radioactivity, humidity, flow, chemicals concentration, etc.

(b) "Silicon based actuators" consist of microelectronic and mechanical structures that are created in the mass or on the surface of a semiconductor and that have the function of converting electrical signals into physical movement.

(c) "Silicon based resonators" are components that consist of microelectronic or mechanical structures that are created in the mass or on the surface of a semiconductor and have the function of generating a mechanical or electrical oscillation of a predefined frequency that depends on the physical geometry of these structures in response to an external input.

(d) "Silicon based oscillators" are active components that consist of microelectronic or mechanical structures that are created in the mass or on the surface of a semiconductor and that have the function of generating a mechanical or electrical oscillation of a predefined frequency that depends on the physical geometry of these structures.

For the classification of the articles defined in this Note, headings 85.41 and 85.42 shall take precedence over any other heading in the Nomenclature, except in the case of heading 85.23, which might cover them by reference to, in particular, their function.

10.- For the purposes of heading 85.48, "spent primary cells, spent primary batteries and spent electric accumulators" are those which are neither usable as such because of breakage, cutting-up, wear or other reasons, nor capable of being recharged.

**Subheading Note.**

1.-   Subheading 8527.12 covers only cassette-players with built-in amplifier, without built-in loudspeaker, capable of operating without an external source of electric power and the dimensions of which do not exceed 170 mm x 100 mm x 45 mm.

## GENERAL

### (A) SCOPE AND STRUCTURE OF THE CHAPTER

This Chapter covers all electrical machinery and equipment, **other than** :

   (a)   Machinery and apparatus of a kind covered by **Chapter 84**, which remains classified there even if electric (see the General Explanatory Note to that Chapter).

and   (b)   Certain goods excluded from the Section as a whole (see the General Explanatory Note to Section XVI).

Contrary to the rules in Chapter 84, the goods of this Chapter remain classified here, even if they are of ceramic materials or glass, with the **exception** of glass envelopes (including bulbs and tubes) of **heading 70.11**.

This Chapter covers :

(1)   Machines and apparatus for the production, transformation or storage of electricity, e.g., generators, transformers, etc. (headings 85.01 to 85.04) and primary cells (heading 85.06) and accumulators (heading 85.07).

(2)   Certain domestic appliances (heading 85.09), and shavers, hair clippers and hair-removing appliances (heading 85.10).

(3)   Certain machines and appliances which depend for their operation on the properties or effects of electricity, such as its electro-magnetic effects, heating properties, etc. (headings 85.05, 85.11 to 85.18, 85.25 to 85.31 and 85.43).

(4)   Instruments and appliances for recording or reproducing sound; video recorders or reproducers; parts and accessories for such instruments and appliances (headings 85.19 to 85.22).

(5)   Recording media for sound or similar recording of other phenomena (including video recording media, but **excluding** photographic or cinematographic films of **Chapter 37**) (heading 85.23).

(6)   Certain electrical goods not generally used independently, but designed to play a particular role as components, in electrical equipment, e.g., capacitors (heading 85.32), switches, fuses, junction boxes, etc. (heading 85.35 or 85.36), lamps (heading 85.39), thermionic, etc., valves and tubes (heading 85.40), diodes, transistors and similar semiconductor devices (heading 85.41), electrical carbons (heading 85.45).

(7)   Certain articles and materials which are used in electrical apparatus and equipment because of their conducting or insulating properties, such as insulated electric wire and assemblies thereof (heading 85.44), insulators (heading 85.46), insulating fittings and metal conduit tubing with an interior insulating lining (heading 85.47).

In addition to the electrical goods indicated above, the Chapter also covers permanent magnets, including those not yet magnetised, and permanent magnet work holders (heading 85.05).

It should, however, be noted that this Chapter covers **only certain types of electro-thermic apparatus**, e.g., furnaces, etc. (heading 85.14) and space heating equipment, domestic appliances, etc. (heading 85.16).

It should be further noted that certain electronic memory modules (e.g., SIMMs (Single In-line Memory Modules) and DIMMs (Dual In-line Memory Modules)) **which cannot be regarded as products of heading 85.23 or as multi-component integrated circuits (MCOs) of heading 85.42** (see Note 9 (b) (iv) to this Chapter), and **do not have another individual function** are to be classified by application of Note 2 to Section XVI as follows :

(a)   modules suitable for use solely or principally with automatic data processing machines are to be classified in **heading 84.73** as parts of those machines,

(b)   modules suitable for use solely or principally with other specific machines or with a number of machines of the same heading are to be classified **as parts of those machines or groups of machines**, and

(c)   where it is not possible to determine principal use, the modules are to be classified in **heading 85.48**.

In general, however, electrically heated apparatus falls in other Chapters (mainly in **Chapter 84**), for example : steam generating boilers and super-heated water boilers (**heading 84.02**), air conditioning machines (**heading 84.15**), roasting, distilling or other apparatus of **heading 84.19**, calendering or other rolling machines and cylinders therefor (**heading 84.20**), poultry incubators and brooders (**heading 84.36**), general purpose branding machines for wood, cork, leather, etc. (**heading 84.79**), medical apparatus (**heading 90.18**).

### (B) PARTS

As regards parts in general, see the General Explanatory Note to Section XVI.

**Non-electrical** parts of the machines or apparatus of this Chapter are classified as follows :

(i)    Many are in fact articles falling in other Chapters (especially **Chapter 84**), for example, pumps and fans (**heading 84.13** or **84.14**), taps, cocks, etc. (**heading 84.81**), ball bearings (**heading 84.82**), transmission shafts, gearing, etc. (**heading 84.83**).

(ii)    Other non-electrical parts suitable for use solely or principally with a particular kind of electrical machine of this Chapter (or with a number of machines falling in the same heading) are to be classified with that machine (or those machines) or, if appropriate, in **heading 85.03**, **85.22**, **85.29** or **85.38**.

(iii)    Other non-electrical parts fall in **heading 84.87**.

**85.01 – Electric motors and generators (excluding generating sets).**

>    **8501.10 -    Motors of an output not exceeding 37.5 W**
>
>    **8501.20 -    Universal AC/DC motors of an output exceeding 37.5 W**
>
>    **-    Other DC motors; DC generators :**
>
>    **8501.31 --    Of an output not exceeding 750 W**
>
>    **8501.32 --    Of an output exceeding 750 W but not exceeding 75 kW**
>
>    **8501.33 --    Of an output exceeding 75 kW but not exceeding 375 kW**
>
>    **8501.34 --    Of an output exceeding 375 kW**
>
>    **8501.40 -    Other AC motors, single-phase**
>
>    **-    Other AC motors, multi-phase :**
>
>    **8501.51 --    Of an output not exceeding 750 W**
>
>    **8501.52 --    Of an output exceeding 750 W but not exceeding 75 kW**
>
>    **8501.53 --    Of an output exceeding 75 kW**
>
>    **-    AC generators (alternators) :**
>
>    **8501.61 --    Of an output not exceeding 75 kVA**
>
>    **8501.62 --    Of an output exceeding 75 kVA but not exceeding 375 kVA**
>
>    **8501.63 --    Of an output exceeding 375 kVA but not exceeding 750 kVA**
>
>    **8501.64 --    Of an output exceeding 750 kVA**

### (I) ELECTRIC MOTORS

Electric motors are machines for transforming electrical energy into mechanical power. This group includes rotary motors and linear motors.

(A)    **Rotary motors** produce mechanical power in the form of a rotary motion. They are of many types and sizes according to whether they operate on DC or AC, and according to the use or purpose for which they are designed. The motor housing may be adapted to the circumstances in which the motor will operate (e.g., dust proof, drip proof or flame proof motors; non-rigid mountings for belt driven motors, or for motors which will be subject to much vibration).

>    Many motors may incorporate a fan or other device for keeping the motor cool during running.
>
>    With the **exception** of starter motors for internal combustion engines (**heading 85.11**), the heading covers electric motors of all types from low power motors for use in instruments, clocks, time switches, sewing machines, toys, etc., up to large powerful motors for rolling mills, etc.
>
>    Motors remain classified here even when they are equipped with pulleys, with gears or gear boxes, or with a flexible shaft for operating hand tools.
>
>    The heading includes "outboard motors", for the propulsion of boats, in the form of a unit comprising an electric motor, shaft, propeller and a rudder.
>
>    Synchronous motors for clock movements are classified here even if equipped with gears; however such synchronous motors also associated with a clock train are **excluded** (**heading 91.09**).

(B)    **Linear motors** produce mechanical power in the form of a linear motion.

>    Linear induction motors consist essentially of one or more primary members composed of magnetic circuits, generally laminated (stack of magnetic laminations), on which coils are arranged and of a secondary member, usually in the form of a plate or profile of copper or aluminium.

These motors generate a propulsive force when the primary member is energised by applying an alternating current in the presence of the secondary. The two members are separated by an airgap, and the translational motion (one member remaining stationary while the other moves) is produced without mechanical contact.

The characteristic features of linear induction motors vary according to the purpose for which they are designed : driving hovertrains (the primary members are carried in the vehicles and straddle a rail (secondary member) secured to the track); powering bulk-handling equipment (a secondary plate mounted underneath a wheeled trolley travels over a series of primary coils located between the rails); operating overhead conveyors (bogies fitted with primary members travel underneath a secondary profile); positioning vehicles in car parks or stores (secondary pallets are displaced by primary members set into the floor); controlling, e.g., piston pumps and valves (this function may be performed by "polysolenoid" linear motors in which the shaft (secondary member) moves to and fro inside an annular primary member); positioning on machine-tools; etc.

DC linear motors, whose operation uses the interaction of electro-magnets or of electro-magnets and permanent magnets, can be used as alternating or oscillating motors (e.g., for reciprocating pumps, weaving shuttle drives), stepper motors (e.g., small conveyors), etc.

This group also includes :

(1)   **Servomotors**, presented separately, consisting essentially of an electric motor with speed-reducing gears and equipped with a power transmission device (e.g., lever, pulley) designed to adjust the variable position of a regulating control in a boiler, in a furnace or in other plant (and possibly provided with an emergency hand-wheel).

(2)   **Self-synchronising units**, with a stator carrying three windings angled at 120° and a rotor carrying a single winding connected to two slip rings, for use in pairs (synchrotransmitter and synchroreceiver), e.g., in telemetering or remote control systems.

(3)   **Valve actuators, electrical**, consisting of an electric motor with reducing gear and drive shaft and, in some cases, with various devices (electric starter, transformer, hand-wheel, etc.) to operate the valve plug.

## (II) ELECTRIC GENERATORS

Machines that produce electrical power from various energy sources (mechanical, solar, etc.) are classified here, **provided** they are not more specifically covered by any other heading of the Nomenclature.

There are two main classes, direct current (DC) generators (**dynamos**), and alternating current (AC) generators (**alternators**). In general, both consist essentially of a stator mounted in a housing, and a rotating member (the rotor) mounted inside the stator on a shaft driven by the prime mover. In the case of DC generators a commutator with segments is mounted on the rotorshaft. The current produced is collected by a system of carbon brushes which rub the commutator segments, and is transferred to the external circuit. AC generators are in most cases brushless and the current which they produce is led off directly to the external circuit. In other AC generators the current is collected by slip rings mounted on a rotorshaft and is transferred by a system of carbon brushes which rub the slip rings.

The stator usually consists of a system of electromagnets, but for certain DC generators (magneto-electric generators) a system of permanent magnets is used. The rotor usually consists of a system of coils of wire mounted on a laminated iron core; this system is known as the armature. In some AC generators the revolving portion is the field system.

Electric generators may be hand- or pedal-operated, but usually they have prime movers (e.g., hydraulic turbines, steam turbines, wind engines, reciprocating steam engines, internal combustion piston engines). However, this heading only covers generators when presented without prime movers.

The heading also covers photovoltaic generators consisting of panels of photocells combined with other apparatus, e.g., storage batteries and electronic controls (voltage regulator, inverter, etc.) and panels or modules equipped with elements, however simple (for example, diodes to control the direction of the current), which supply the power directly to, for example, a motor, an electrolyser.

In these devices, electricity is produced by means of solar cells which convert solar energy directly into electricity (photovoltaic conversion).

The heading covers all electric generators including large generators for power stations; small auxiliary generators used for exciting the windings of other generators; generators of various sizes and types used for supplying current for a variety of purposes (e.g., on ships, on farms not connected to an external supply, in chemical industries for electrolysis, and in diesel-electric trains).

The heading also **excludes** :

(a)   Drums or rollers incorporating an electric motor for belt or roller conveyors (**heading 84.31**).

(b)   Vibrator motors and electro-magnetic vibrators of **heading 84.79** (see the Explanatory Note to that heading).

(c)   Electric generators combined with prime movers (**heading 85.02**).

(d)    High tension generators (**heading 85.04**).

(e)    Primary cells and primary batteries (**heading 85.06**).

(f)    Generators (dynamos and alternators) used in conjunction with internal combustion engines, or for electrical lighting or signalling equipment of a kind used for cycles or motor vehicles (**headings 85.11** and **85.12**, respectively).

(g)    Solar cells whether or not assembled in modules or made up into panels but not equipped with elements, however simple, which supply the power directly to, for example, a motor, an electrolyser (**heading 85.41**).

(h)    Certain electrical apparatus sometimes known as generators which do not in fact produce electric energy, e.g., signal generators (**heading 85.43**).

(ij)    The generators of Chapter 90, for example, X-ray generators (**heading 90.22**); generators designed for demonstrational purposes and unsuitable for other uses (**heading 90.23**).

## PARTS

**Subject** to the general provisions regarding the classification of parts (see the General Explanatory Note to Section XVI), parts of the machines of this heading are classified in **heading 85.03**.

View Terms and Conditions and Privacy Policy

Help desk: Mon-Fri, 9am-5pm ET    1-866-256-6842    Contact Us

© 2001-2020, EYEP and/or E&Y LLP and/or CPA Canada. All rights reserved.

# Exhibit 9

Commentary >> WCO Materials >> WCO Explanatory Notes on the Harmonized System >> Section XVI — Machinery and Mechanical Appliances; Electrical Equipment; Parts Thereof; Sound Recorders and Reproducers, Television Image and Sound Recorders and Reproducers, and Parts and Accessories of Such Articles >> Chapter 85 — Electrical machinery and equipment and parts thereof; sound recorders and reproducers, television image and sound recorders and reproducers, and parts and accessories of such articles >> 85.47 – Insulating fittings for electrical machines, appliances or equipment, being fittings wholly of insulating material apart from any minor components of metal (for example, threaded sockets) incorporated during moulding solely for purposes of assembly, other than insulators of heading 85.46; electrical conduit tubing and joints therefor, of base metal lined with insulating material.

85.47 – Insulating fittings for electrical machines, appliances or equipment, being fittings wholly of insulating material apart from any minor components of metal (for example, threaded sockets) incorporated during moulding solely for purposes of assembly, other than insulators of heading 85.46; electrical conduit tubing and joints therefor, of base metal lined with insulating material.

8547.10 -    Insulating fittings of ceramics

8547.20 -    Insulating fittings of plastics

8547.90 -    Other

(A) INSULATING FITTINGS FOR ELECTRICAL MACHINES, APPLIANCES OR EQUIPMENT, BEING FITTINGS WHOLLY OF INSULATING MATERIAL APART FROM ANY MINOR COMPONENTS OF METAL (FOR EXAMPLE, THREADED SOCKETS) INCORPORATED DURING MOULDING SOLELY FOR PURPOSES OF ASSEMBLY, OTHER THAN INSULATORS OF HEADING 85.46

With the **exception** of insulators as such (**heading 85.46**), this group covers all fittings for electrical machinery, appliances or apparatus, **provided** :

(i)     They are **wholly** of insulating material, or are **wholly** of insulating material (e.g., plastics) **apart from** any minor components of metal (screws, threaded sockets, sleeves, etc.) incorporated during moulding **solely** for purposes of assembly.

and     (ii)     They are designed for insulating purposes even though at the same time they have other functions (e.g., protection).

In general the fittings of this group are obtained by moulding or casting, or by sawing, cutting or otherwise working the raw material. They may be drilled, threaded, filed, grooved, etc.

They may be made of any insulating material (e.g., glass, ceramics, steatite, hardened rubber, plastics, resin impregnated paper or paperboard, asbestos-cement or mica).

These fittings may be in various forms. This group includes, *inter alia*, covers, bases and other parts of switches, circuit breakers, etc.; bases and supports for fuses; rings and other parts for lamp-holders; formers for resistors or coils; connection strips and dominoes **not fitted** with their terminals; cores for bobbins and windings of various kinds; sparking plug bodies.

The heading **does not cover** fittings which, even though made wholly of insulating material (or made wholly of insulating material apart from any minor components of metal incorporated during moulding solely for the purposes of assembly), have not been specially constructed for insulating purposes, such as containers, covers and separator plates for accumulators (**heading 85.07**).

(B) ELECTRICAL CONDUIT TUBING AND JOINTS THEREFOR, OF BASE METAL LINED WITH INSULATING MATERIAL

This group covers the metal tubing used in permanent electrical installations (e.g., house wiring) as insulation and protection for the wires, **provided it has an interior lining of insulating material**. Uninsulated metal tubing, often used for the same purpose, is **excluded (Section XV)**.

The tubing of this group consists either of spiralled metal strip wound on to an interior tube of insulating material, or of rigid metal tubing (usually iron or steel) coated or lined on the inside with insulating material. The insulating material may be special electrically insulating varnish, paper or paperboard, rubber, plastics, etc. Metal tubing simply coated with varnish to prevent corrosion is **excluded (Section XV)**.

This group also covers joints used for connecting the tubing of this heading **provided** they are also of base metal and coated or lined with insulating material (e.g., straight joints, elbows, tee joints and cross-overs).

Joints such as tee joints, cross-overs, etc., fitted with terminals for electrical connections are **excluded (heading 85.35** or **85.36)**.

The heading also **excludes** tubing wholly of insulating material (e.g., of rubber, plastics, braided textile yarns or glass fibre yarns); this is classified according to the constituent material, unless constituting an insulator of **heading 85.46**.

View Terms and Conditions and Privacy Policy

Help desk: Mon-Fri, 9am-5pm ET   1-866-256-6842   Contact Us

© 2001-2020, EYEP and/or E&Y LLP and/or CPA Canada. All rights reserved.

# Exhibit 10



# Electrical Insulation/Conductive

### Electrical Insulation

Fluoropolymer coatings have high dielectric strength, a very high surface resistivity and a low dissipation factor. The pure fluoropolymer topcoats have the best insulating properties but also single layer systems are also excellent dielectrics where insulation is required for low levels of electrical energy.

It is important to select the correct coating system for this type of application as some coating systems have pigments with the ability to conduct electrical currents that are added purely to give colour or reinforcement such as carbon, aluminium or titanium.

We have modern, calibrated instruments for testing and detection of pinholes in coated surfaces where electrical insulation is required. We can supply results of these tests as part of our certificate of conformity or as a separate document if required.

### Conductive Coatings

Conductive coatings are available that contain carbon or metallic fillers in static sensitive situations or on parts that operate in potentially explosive atmospheres. Conductivity can be either across the surface of the coating, which still insulates the substrate material, or with a single or multi-layer system with conductive primer and topcoat to allow conductivity through the coating.

The levels of conductivity depend on the type, quantity and size of the conductive materials that have been added to the coating.

## Request a call or meeting

Your Name

Your Email

Your Phone Number

Your Enquiry

Submit

## Ask a question

Your Name

Your Email

Your Phone Number

Ask A Question

Submit



  (http://www.ptfecoatings.com/images/ISO9001.pdf) 

© 2016 PTFE Coatings | Terms & Conditions (http://www.ptfecoatings.com/termsandconditions.pdf) | Linked in profile (https://www.linkedin.com/company/ptfe-coatings) | sales@ptfecoatings.com (mailto:sales@ptfecoatings.com) | 01798 343586



**Exhibit 11**

**U.S. Imports Under HTS 8547900020 (KG)**

| Country | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2019 YTD (Jan - Oct) | 2020 YTD (Jan - Oct) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mexico | 60,833 | 3,641 | 130 | 34,960 | 112,624 | 110,125 | 70,492 | 65,671 | 1,023,451 | 24,245 | 17,911 | 3,533,165 |
| Thailand | 0 | 0 | 34,210 | 0 | 0 | 0 | 0 | 0 | 0 | 78,710 | 78,710 | 521,633 |
| China | 64,971 | 283,910 | 175,931 | 170,403 | 198,497 | 261,792 | 246,766 | 301,529 | 553,780 | 803,856 | 678,826 | 203,385 |



**Exhibit 12**

| Date | Consignee | Shipper | Shipment Origin | HS Code | Goods Shipped |
|------|-----------|---------|-----------------|---------|---------------|
| 2020-08-08 | Snt Steel Inc. | | South Korea | 8547.90 | ELECTRICAL CONDUIT WITH THE STANDARD<br>ELECTRICAL CONDUIT WITH THE STANDARD<br>ELECTRICAL CONDUIT WITH THE STANDARD<br>ELECTRICAL CONDUIT WITH THE STANDARD<br>ELECTRICAL CONDUIT WITH THE STANDARD |
| 2020-07-28 | Snt Steel Inc. | Marcegaglia Carbon Steel | Italy | 7306.30 | Steel tubes TUBES |
| 2019-10-04 | Snt Steel Inc. | Panasonic Eco Solutions Sales | Thailand | 8547.90 | INSULATED ELECTRICAL CONDUIT UL 797 (11, 100 PCS) INSULATED ELECTRICAL CONDUIT UL 797 MANUFACTURER PANASONIC PACKING AS PER CLIENTS STANDARD SNT 1923 HS CODE 8547. 90. 0000 |
| 2019-10-04 | Snt Steel Inc. | Panasonic Eco Solutions Sales | Thailand | 8547.90 | 23 BUNDLES INSULATED ELECTRICAL CONDUIT UL 797 HS CODE 8547 90 0000 |
| 2019-10-03 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| 2019-09-26 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICATION OF PVC COATING WITH THE COUPLINGS PACKED SEPARATELY BY CARTONS UNDER THE STANDARD OF UL6<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICATION OF PVC COATING WITH THE COUPLINGS PACKED SEPARATELY BY CARTONS UNDER THE STANDARD OF UL6<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICATION OF PVC COATING WITH THE COUPLINGS PACKED SEPARATELY BY CARTONS UNDER THE STANDARD OF UL6 |
| 2019-09-25 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797.<br>ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| 2019-09-19 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30.50.25 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7306. 30. 50. 25<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7306. 30. 50. 25<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7306. 30. 50. 25<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7306. 30. 50. 25 |

| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6. HS CODE 7306. 30. 50. 25 FREIGHT PREPA |
|---|---|---|---|---|---|
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6. HS CODE 7306. 30. 50. 25 FREIGHT PREPA |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6. HS CODE 7306. 30. 50. 25 FREIGHT PREPA |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6. HS CODE 7306. 30. 50. 25 FREIGHT PREPA |
| 2019-08-22 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30.50.25 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6. HS CODE 7306. 30. 50. 25 FREIGHT PREPA |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| 2019-08-14 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICATION OF PVC COATING WITH THE COUPLINGS PACKED SEPARATELY BY CARTONS UNDER THE STANDARD OF UL6 |
| 2019-08-11 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICATION OF PVC COATING WITH THE COUPLINGS PACKED SEPARATELY BY CARTONS UNDER THE STANDARD OF UL6 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| 2019-08-07 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| 2019-07-31 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| 2019-07-28 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| 2019-07-24 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797, 7306. 30. 50. 32 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-07-18 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |

| | | | | | |
|---|---|---|---|---|---|
| 2019-07-14 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30.50.25; 7306.30.50.85 | ELECTRICAL CONDUITS FOR THE APPLICATION OF PV Y BY CARTONS UNDER THE STANDARD OF UL6. HS CO DE 7306. 30. 50. 25 & 7306. 30. 50. 85 FREIG ELECTRICAL CONDUITS FOR THE APPLICATION OF PV Y BY CARTONS UNDER THE STANDARD OF UL6. HS CO DE 7306. 30. 50. 25 & 7306. 30. 50. 85 FREIG ELECTRICAL CONDUITS FOR THE APPLICATION OF PV Y BY CARTONS UNDER THE STANDARD OF UL6. HS CO DE 7306. 30. 50. 25 & 7306. 30. 50. 85 FREIG ELECTRICAL CONDUITS FOR THE APPLICATION OF PV Y BY CARTONS UNDER THE STANDARD OF UL6. HS CO DE 7306. 30. 50. 25 & 7306. 30. 50. 85 FREIG |
| 2019-07-10 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-07-07 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUITS FOR THE APPLICATION OF PVC COATING WITH THE COUPLINGS PACKED SEPARATELY BY CARTONS UNDER THE STANDARD OF UL6. ELECTRICAL CONDUITS FOR THE APPLICATION OF PVC COATING WITH THE COUPLINGS PACKED SEPARATELY BY CARTONS UNDER THE STANDARD OF UL6. ELECTRICAL CONDUITS FOR THE APPLICATION OF PVC COATING WITH THE COUPLINGS PACKED SEPARATELY BY CARTONS UNDER THE STANDARD OF UL6. |
| 2019-07-04 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| 2019-06-26 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| 2019-06-24 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| 2019-06-23 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| 2019-06-20 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |

| | | | | |
|---|---|---|---|---|
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY |
| 2019-06-16 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| 2019-06-13 | Snt Steel Inc. | Panasonic Eco Solutions Sales | Thailand | 8547.90 | 41 BUNDLES INSULATED ELECTRICAL CONDUIT UL 797 MANUFACTURER PANASONIC PACKING AS PER CLIENT S STANDARD HS CODE 8547900000 |
| 2019-06-13 | Snt Steel Inc. | Panasonic Eco Solutions Sales | Thailand | 8547.90 | INSULATED ELECTRICAL CONDUIT INSULATED ELECTRICAL CONDUIT UL 797 MANUFACTURER PANASONIC PACKING AS PER CLIENTS STANDARD SNT PO1923 HS CODE 8547. 90. 0000 |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| 2019-06-13 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| 2019-06-08 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-06-05 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-05-29 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-05-21 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797. |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| 2019-05-21 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| 2019-04-10 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |

| | | | | |
|---|---|---|---|---|
| 2019-04-04 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6. |
| 2019-04-04 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-03-14 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| 2019-03-11 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| 2019-02-28 Snt Steel Inc. | Tsg (Thailand) Co., Ltd. | Thailand | 7304.29 | SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE<br>SEAMLESS STEEL PIPE |
| 2019-02-28 Snt Steel Inc. | Tsg (Thailand) Co., Ltd. | Thailand | 7304.29 | SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU<br>SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU<br>SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU<br>SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU<br>SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU<br>SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU<br>SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU<br>SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU<br>SEAMLESS STEEL PIPE 2-7/8", 6. 50LB/FT, J55EU |
| 2019-02-13 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797<br>ELECTRICAL CONDUIT WITH THE STANDARD OF UL797<br>ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-02-06 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797<br>ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-02-06 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797<br>ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-01-31 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-01-31 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-01-30 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6<br>FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| 2019-01-26 Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797<br>ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-01-16 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2019-01-16 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| 2019-01-13 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 HS CODE7606. 30. 50. 25 |
| 2019-01-11 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| 2018-12-29 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | ELECTRICAL CONDUIT WITH THE STANDARD OF UL797 |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| | | | | | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |
| 2018-12-16 | Snt Steel Inc. | Weifang East Steel Pipe Co., Ltd. | China | 7306.30 | FINISHED ELECTRICAL CONDUITS FOR THE APPLICAT SEPARATELY BY CARTONS UNDER THE STANDARD OF U L6 |

# Exhibit 13



**January 6th, 2021**

<u>Technical Affidavit: ID Coating Attributes for Steel Conduit and Tubing</u>

All Steel Tube Institute manufacturers of Electrical Metallic Tubing apply an interior coating to Electrical Metallic Tubing as required by the UL 797 product listing standard. An organic coating is defined in the UL 797 standard as "an interior coating, other than one consisting solely of zinc, which, upon evaluation, has demonstrated the ability to provide the level of corrosion resistance necessary where the coating is not subject to physical damage." Section 5.3.1.1 of UL 797 requires that the interior surface of the tubing shall be protected against corrosion by a coating of zinc or an organic coating.

All STI producers typically use a resin-based type of coating that performs extremely well during the production process where high levels of heat are introduced and, in several cases, use the same supplier when procuring the coating.

The primary purpose of the interior coating is to provide the necessary corrosion resistance for the environments and locations where EMT is approved to be installed. These specific areas and locations are defined and can be referenced in the National Electric Code® and the UL guide information for EMT, category FJMX. The UL guide information for EMT states that galvanized or stainless EMT that is provided with a metallic or nonmetallic coating, or a combination of both, has been investigated for resistance to atmospheric corrosion. These coatings are applied for corrosion protection and are not designed to be electrically insulating or prevent current flow through the conduit or tubing. NEC® Section 250.118 permits EMT to be used as an equipment grounding conductor. During a fault condition the EMT is designed to carry any potential fault current back to the overcurrent protective device.

Secondary to corrosion protection, manufacturers will apply organic interior coatings that also provide a low coefficient of friction to reduce pull forces and stress when installing wires and conductors. The coatings are still required to pass the tests required by the UL 797 standard.

Rigid metal conduit (UL6) and intermediate metal conduit (UL 1242) are also required to be protected against corrosion on the exterior and interior of the conduit. Whether hot dip galvanized, inline galvanized, or electroplated, all the exterior and interior coatings are applied for corrosion protection and are not intended to be electrically insulating.

_____     1/6/21
Date

_____
Dale L. Crawford
Director of Steel Conduit
Steel Tube Institute

# EXHIBIT 4



## Presidential Documents

Proclamation 9705 of March 8, 2018

## Adjusting Imports of Steel Into the United States

### By the President of the United States of America

### A Proclamation

1. On January 11, 2018, the Secretary of Commerce (Secretary) transmitted to me a report on his investigation into the effect of imports of steel mill articles (steel articles) on the national security of the United States under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862).

2. The Secretary found and advised me of his opinion that steel articles are being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States. The Secretary found that the present quantities of steel articles imports and the circumstances of global excess capacity for producing steel are "weakening our internal economy," resulting in the persistent threat of further closures of domestic steel production facilities and the "shrinking [of our] ability to meet national security production requirements in a national emergency." Because of these risks and the risk that the United States may be unable to "meet [steel] demands for national defense and critical industries in a national emergency," and taking into account the close relation of the economic welfare of the Nation to our national security, see 19 U.S.C. 1862(d), the Secretary concluded that the present quantities and circumstances of steel articles imports threaten to impair the national security as defined in section 232 of the Trade Expansion Act of 1962, as amended.

3. In reaching this conclusion, the Secretary considered the previous U.S. Government measures and actions on steel articles imports and excess capacity, including actions taken under Presidents Reagan, George H.W. Bush, Clinton, and George W. Bush. The Secretary also considered the Department of Commerce's narrower investigation of iron ore and semi-finished steel imports in 2001, and found the recommendations in that report to be outdated given the dramatic changes in the steel industry since 2001, including the increased level of global excess capacity, the increased level of imports, the reduction in basic oxygen furnace facilities, the number of idled facilities despite increased demand for steel in critical industries, and the potential impact of further plant closures on capacity needed in a national emergency.

4. In light of this conclusion, the Secretary recommended actions to adjust the imports of steel articles so that such imports will not threaten to impair the national security. Among those recommendations was a global tariff of 24 percent on imports of steel articles in order to reduce imports to a level that the Secretary assessed would enable domestic steel producers to use approximately 80 percent of existing domestic production capacity and thereby achieve long-term economic viability through increased production. The Secretary has also recommended that I authorize him, in response to specific requests from affected domestic parties, to exclude from any adopted import restrictions those steel articles for which the Secretary determines there is a lack of sufficient U.S. production capacity of comparable products, or to exclude steel articles from such restrictions for specific national security-based considerations.

5. I concur in the Secretary's finding that steel articles are being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States, and I have considered his recommendations.

6. Section 232 of the Trade Expansion Act of 1962, as amended, authorizes the President to adjust the imports of an article and its derivatives that are being imported into the United States in such quantities or under such circumstances as to threaten to impair the national security.

7. Section 604 of the Trade Act of 1974, as amended (19 U.S.C. 2483), authorizes the President to embody in the Harmonized Tariff Schedule of the United States (HTSUS) the substance of acts affecting import treatment, and actions thereunder, including the removal, modification, continuance, or imposition of any rate of duty or other import restriction.

8. In the exercise of these authorities, I have decided to adjust the imports of steel articles by imposing a 25 percent ad valorem tariff on steel articles, as defined below, imported from all countries except Canada and Mexico. In my judgment, this tariff is necessary and appropriate in light of the many factors I have considered, including the Secretary's report, updated import and production numbers for 2017, the failure of countries to agree on measures to reduce global excess capacity, the continued high level of imports since the beginning of the year, and special circumstances that exist with respect to Canada and Mexico. This relief will help our domestic steel industry to revive idled facilities, open closed mills, preserve necessary skills by hiring new steel workers, and maintain or increase production, which will reduce our Nation's need to rely on foreign producers for steel and ensure that domestic producers can continue to supply all the steel necessary for critical industries and national defense. Under current circumstances, this tariff is necessary and appropriate to address the threat that imports of steel articles pose to the national security.

9. In adopting this tariff, I recognize that our Nation has important security relationships with some countries whose exports of steel articles to the United States weaken our internal economy and thereby threaten to impair the national security. I also recognize our shared concern about global excess capacity, a circumstance that is contributing to the threatened impairment of the national security. Any country with which we have a security relationship is welcome to discuss with the United States alternative ways to address the threatened impairment of the national security caused by imports from that country. Should the United States and any such country arrive at a satisfactory alternative means to address the threat to the national security such that I determine that imports from that country no longer threaten to impair the national security, I may remove or modify the restriction on steel articles imports from that country and, if necessary, make any corresponding adjustments to the tariff as it applies to other countries as our national security interests require.

10. I conclude that Canada and Mexico present a special case. Given our shared commitment to supporting each other in addressing national security concerns, our shared commitment to addressing global excess capacity for producing steel, the physical proximity of our respective industrial bases, the robust economic integration between our countries, the export of steel articles produced in the United States to Canada and Mexico, and the close relation of the economic welfare of the United States to our national security, *see* 19 U.S.C. 1862(d), I have determined that the necessary and appropriate means to address the threat to the national security posed by imports of steel articles from Canada and Mexico is to continue ongoing discussions with these countries and to exempt steel articles imports from these countries from the tariff, at least at this time. I expect that Canada and Mexico will take action to prevent transshipment of steel articles through Canada and Mexico to the United States.

11. In the meantime, the tariff imposed by this proclamation is an important first step in ensuring the economic viability of our domestic steel industry.

Without this tariff and satisfactory outcomes in ongoing negotiations with Canada and Mexico, the industry will continue to decline, leaving the United States at risk of becoming reliant on foreign producers of steel to meet our national security needs—a situation that is fundamentally inconsistent with the safety and security of the American people. It is my judgment that the tariff imposed by this proclamation is necessary and appropriate to adjust imports of steel articles so that such imports will not threaten to impair the national security as defined in section 232 of the Trade Expansion Act of 1962, as amended.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States of America, by the authority vested in me by the Constitution and the laws of the United States of America, including section 301 of title 3, United States Code, section 604 of the Trade Act of 1974, as amended, and section 232 of the Trade Expansion Act of 1962, as amended, do hereby proclaim as follows:

(1) For the purposes of this proclamation, ''steel articles'' are defined at the Harmonized Tariff Schedule (HTS) 6-digit level as: 7206.10 through 7216.50, 7216.99 through 7301.10, 7302.10, 7302.40 through 7302.90, and 7304.10 through 7306.90, including any subsequent revisions to these HTS classifications.

(2) In order to establish increases in the duty rate on imports of steel articles, subchapter III of chapter 99 of the HTSUS is modified as provided in the Annex to this proclamation. Except as otherwise provided in this proclamation, or in notices published pursuant to clause 3 of this proclamation, all steel articles imports specified in the Annex shall be subject to an additional 25 percent ad valorem rate of duty with respect to goods entered, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on March 23, 2018. This rate of duty, which is in addition to any other duties, fees, exactions, and charges applicable to such imported steel articles, shall apply to imports of steel articles from all countries except Canada and Mexico.

(3) The Secretary, in consultation with the Secretary of State, the Secretary of the Treasury, the Secretary of Defense, the United States Trade Representative (USTR), the Assistant to the President for National Security Affairs, the Assistant to the President for Economic Policy, and such other senior Executive Branch officials as the Secretary deems appropriate, is hereby authorized to provide relief from the additional duties set forth in clause 2 of this proclamation for any steel article determined not to be produced in the United States in a sufficient and reasonably available amount or of a satisfactory quality and is also authorized to provide such relief based upon specific national security considerations. Such relief shall be provided for a steel article only after a request for exclusion is made by a directly affected party located in the United States. If the Secretary determines that a particular steel article should be excluded, the Secretary shall, upon publishing a notice of such determination in the *Federal Register*, notify Customs and Border Protection (CBP) of the Department of Homeland Security concerning such article so that it will be excluded from the duties described in clause 2 of this proclamation. The Secretary shall consult with CBP to determine whether the HTSUS provisions created by the Annex to this proclamation should be modified in order to ensure the proper administration of such exclusion, and, if so, shall make such modification to the HTSUS through a notice in the *Federal Register*.

(4) Within 10 days after the date of this proclamation, the Secretary shall issue procedures for the requests for exclusion described in clause 3 of this proclamation. The issuance of such procedures is exempt from Executive Order 13771 of January 30, 2017 (Reducing Regulation and Controlling Regulatory Costs).

(5) (a) The modifications to the HTSUS made by the Annex to this proclamation shall be effective with respect to goods entered, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time

on March 23, 2018, and shall continue in effect, unless such actions are expressly reduced, modified, or terminated.

(b) The Secretary shall continue to monitor imports of steel articles and shall, from time to time, in consultation with the Secretary of State, the Secretary of the Treasury, the Secretary of Defense, the USTR, the Assistant to the President for National Security Affairs, the Assistant to the President for Economic Policy, the Director of the Office of Management and Budget, and such other senior Executive Branch officials as the Secretary deems appropriate, review the status of such imports with respect to the national security. The Secretary shall inform the President of any circumstances that in the Secretary's opinion might indicate the need for further action by the President under section 232 of the Trade Expansion Act of 1962, as amended. The Secretary shall also inform the President of any circumstance that in the Secretary's opinion might indicate that the increase in duty rate provided for in this proclamation is no longer necessary.

(6) Any provision of previous proclamations and Executive Orders that is inconsistent with the actions taken in this proclamation is superseded to the extent of such inconsistency.

IN WITNESS WHEREOF, I have hereunto set my hand this eighth day of March, in the year of our Lord two thousand eighteen, and of the Independence of the United States of America the two hundred and forty-second.

Billing code 3295–F8–P

## ANNEX

## TO MODIFY CHAPTER 99 OF THE HARMONIZED TARIFF SCHEDULE OF THE UNITED STATES

Effective with respect to goods entered, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on March 23, 2018, subchapter III of chapter 99 of the Harmonized Tariff Schedule of the United States is modified by inserting in numerical sequence the following new note and tariff provision, with the material in these provisions inserted in the columns labeled "Heading/Subheading", "Article Description", "Rates of Duty 1-General", and "Rates of Duty 2", respectively:

"16.  (a)  Heading 9903.80.01 sets forth the ordinary customs duty treatment applicable to all entries of iron or steel products from all countries, except products of Canada and of Mexico, classifiable in the headings or subheadings enumerated in this note.  Such goods shall be subject to duty as provided herein.  No special rates of duty shall be accorded to goods covered by heading 9903.80.01 under any tariff program enumerated in general note 3(c)(i) to the tariff schedule.  All anti-dumping, countervailing, or other duties and charges applicable to such goods shall continue to be imposed.

(b)  The rates of duty set forth in heading 9903.80.01 apply to all imported products of iron or steel classifiable in the provisions enumerated in this subdivision:

(i)  flat-rolled products provided for in headings 7208, 7209, 7210, 7211, 7212, 7225 or 7226;

(ii)  bars and rods provided for in headings 7213, 7214, 7215, 7227, or 7228, angles, shapes and sections of 7216 (except subheadings 7216.61.00, 7216.69.00 or 7216.91.00); wire provided for in headings 7217 or 7229; sheet piling provided for in subheading 7301.10.00; rails provided for in subheading 7302.10; fish-plates and sole plates provided for in subheading 7302.40.00; and other products of iron or steel provided for in subheading 7302.90.00;

(iii)  tubes, pipes and hollow profiles provided for in heading 7304, or 7306; tubes and pipes provided for in heading 7305.

(iv)  ingots, other primary forms and semi-finished products provided for in heading 7206, 7207 or 7224; and

(v)  products of stainless steel provided for in heading 7218, 7219, 7220, 7221, 7222 or 7223.

(c)  The Secretary of Commerce may determine and announce any exclusions from heading 9903.80.01 that may be appropriate for individual iron or steel products

otherwise covered by subdivision (b) of this note or for individual shipments thereof, whether or not limited to particular quantities of any such goods or shipments, and shall immediately convey all such determinations to U.S. Customs and Border Protection ("CBP") for implementation by CBP at the earliest possible opportunity, but not later than five business days after the date on which CBP receives any such determination from Commerce.

(d)     Any importer entering the iron or steel products covered by this note under heading 9903.80.01 shall provide any information that may be required, and in such form, as is deemed necessary by CBP in order to permit the administration of this subheading. Importers are likewise directed to report information concerning any applicable exclusion granted by Commerce in such form as CBP may require.

| Heading/ Subheading | Article description | Rates of Duty | | |
|---|---|---|---|---|
| | | 1 | | 2 |
| | | General | Special | |
| 9903.80.01 | "Products of iron or steel provided for in the tariff headings or subheadings enumerated in note 16 to this subchapter, except products of Canada or of Mexico or any exclusions that may be determined and announced by the Department of Commerce............................................................ | 25% | | The duty provided in the applic- able sub- heading + 25%" |

[FR Doc. 2018–05478

Filed 3–14–18; 11:15 am]

Billing code 7020–02–C

# EXHIBIT 5



# Presidential Documents

Proclamation 9894 of May 19, 2019

## Adjusting Imports of Steel Into the United States

**By the President of the United States of America**

**A Proclamation**

1. On January 11, 2018, the Secretary of Commerce (Secretary) transmitted to me a report on his investigation into the effect of imports of steel articles on the national security of the United States under section 232 of the Trade Expansion Act of 1962, as amended (19 U.S.C. 1862). The Secretary found and advised me of his opinion that steel articles were being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States.

2. In Proclamation 9705 of March 8, 2018 (Adjusting Imports of Steel Into the United States), I concurred in the Secretary's finding that steel articles, as defined in clause 1 of Proclamation 9705, as amended by clause 8 of Proclamation 9711 of March 22, 2018 (Adjusting Imports of Steel Into the United States), were being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security of the United States, and decided to adjust the imports of these steel articles by imposing a 25 percent ad valorem tariff on such articles imported from most countries.

3. As stated in the Proclamation dated May 16, 2019 (Adjusting Imports of Steel Into the United States), the Secretary has now advised me that the domestic industry's capacity utilization has improved to approximately the target level recommended in the Secretary's report. This target level, if maintained for an appropriate period, will improve the financial viability of the domestic steel industry over the long term.

4. In Proclamation 9705, I further stated that any country with which we have a security relationship is welcome to discuss with the United States alternative ways to address the threatened impairment of the national security caused by imports from that country, and noted that, should the United States and any such country arrive at a satisfactory alternative means to address the threat to the national security such that I determine that imports from that country no longer threaten to impair the national security, I may remove or modify the restriction on steel articles imports from that country and, if necessary, adjust the tariff as it applies to other countries, as the national security interests of the United States require.

5. The United States has successfully concluded discussions with Canada and Mexico on satisfactory alternative means to address the threatened impairment of the national security posed by steel articles imports from Canada and Mexico. The United States has agreed on a range of measures with Canada and Mexico to prevent the importation of steel articles that are unfairly subsidized or sold at dumped prices, to prevent the transshipment of steel articles, and to monitor for and avoid import surges. These measures are expected to allow imports of steel articles from Canada and Mexico to remain stable at historical levels without meaningful increases, thus permitting the domestic industry's capacity utilization to continue at approximately the target level recommended in the Secretary's report. In my judgment, these measures will provide effective, long-term alternative means to address the contribution of these countries' imports to the threatened impairment of the national security.

6. In light of these agreements, I have determined that, under the framework in the agreements, imports of steel articles from Canada and Mexico will no longer threaten to impair the national security, and thus I have decided to exclude Canada and Mexico from the tariff proclaimed in Proclamation 9705, as amended. The United States will monitor the implementation and effectiveness of these measures in addressing our national security needs, and I may revisit this determination as appropriate.

7. In light of my determination to exclude, on a long-term basis, Canada and Mexico from the tariff proclaimed in Proclamation 9705, as amended, I have considered whether it is necessary and appropriate in light of our national security interests to make any corresponding adjustments to such tariff as it applies to other countries. I have determined that, in light of the agreed-upon measures with Canada and Mexico, it is necessary and appropriate, at this time, to maintain the current tariff level as it applies to other countries.

8. Section 232 of the Trade Expansion Act of 1962, as amended, authorizes the President to adjust the imports of an article and its derivatives that are being imported into the United States in such quantities or under such circumstances as to threaten to impair the national security.

9. Section 604 of the Trade Act of 1974, as amended (19 U.S.C. 2483), authorizes the President to embody in the Harmonized Tariff Schedule of the United States (HTSUS) the substance of statutes affecting import treatment, and actions thereunder, including the removal, modification, continuance, or imposition of any rate of duty or other import restriction.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States of America, by the authority vested in me by the Constitution and the laws of the United States of America, including section 232 of the Trade Expansion Act of 1962, as amended, section 301 of title 3, United States Code, and section 604 of the Trade Act of 1974, as amended, do hereby proclaim as follows:

(1) Proclamation 9705, as amended, is further amended by revising clause 2 to read as follows:

"(2)(a) In order to establish certain modifications to the duty rate on imports of steel articles, subchapter III of chapter 99 of the HTSUS is modified as provided in the Annex to this proclamation and any subsequent proclamations regarding such steel articles.

(b) Except as otherwise provided in this proclamation, or in notices published pursuant to clause 3 of this proclamation, all steel articles imports covered by heading 9903.80.01, in subchapter III of chapter 99 of the HTSUS, shall be subject to an additional 25 percent ad valorem rate of duty with respect to goods entered for consumption, or withdrawn from warehouse for consumption, as follows: (i) on or after 12:01 a.m. eastern daylight time on March 23, 2018, from all countries except Argentina, Australia, Brazil, Canada, Mexico, South Korea, and the member countries of the European Union; (ii) on or after 12:01 a.m. eastern daylight time on June 1, 2018, from all countries except Argentina, Australia, Brazil, and South Korea; (iii) on or after 12:01 a.m. eastern daylight time on August 13, 2018, from all countries except Argentina, Australia, Brazil, South Korea, and Turkey; (iv) on or after 12:01 a.m. eastern daylight time on May 20, 2019, from all countries except Argentina, Australia, Brazil, Canada, Mexico, South Korea, and Turkey; and (v) on or after 12:01 a.m. eastern daylight time on May 21, 2019, from all countries except Argentina, Australia, Brazil, Canada, Mexico, and South Korea. Further, except as otherwise provided in notices published pursuant to clause 3 of this proclamation, all steel articles imports from Turkey covered by heading 9903.80.02, in subchapter III of chapter 99 of the HTSUS, shall be subject to a 50 percent ad valorem rate of duty with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on August 13, 2018, and prior to 12:01 a.m. eastern daylight time on May 21, 2019. All steel articles imports covered by heading 9903.80.61,

in subchapter III of chapter 99 of the HTSUS, shall be subject to the additional 25 percent ad valorem rate of duty established herein with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on the date specified in a determination by the Secretary granting relief. These rates of duty, which are in addition to any other duties, fees, exactions, and charges applicable to such imported steel articles, shall apply to imports of steel articles from each country as specified in the preceding three sentences.''

(2) The ''Article description'' for heading 9903.80.01, in subchapter III of chapter 99 of the HTSUS, is amended by deleting ''of South Korea, of Brazil, of Turkey'' and inserting ''of Brazil, of Canada, of Mexico, of South Korea, of Turkey''.

(3) The modifications made by clauses 1 and 2 of this proclamation shall be effective with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on May 20, 2019, and shall continue in effect, unless such actions are expressly reduced, modified, or terminated.

(4) The Proclamation dated May 16, 2019 (Adjusting Imports of Steel Into the United States), is amended by revising clause 5 to read as follows: ''The 'Article description' for heading 9903.80.01 in subchapter III of chapter 99 of the HTSUS is amended by replacing 'of South Korea, of Turkey' with 'of South Korea'.''.

(5) Any imports of steel articles from Canada and Mexico that were admitted into a U.S. foreign trade zone under ''privileged foreign status'' as defined in 19 CFR 146.41, prior to 12:01 a.m. eastern daylight time on May 20, 2019, shall not be subject upon entry for consumption made after 12:01 a.m. eastern daylight time on May 20, 2019, to the additional 25 percent ad valorem rate of duty as imposed by Proclamation 9705, as amended.

(6) Any provision of previous proclamations and Executive Orders that is inconsistent with the actions taken in this proclamation is superseded to the extent of such inconsistency.

IN WITNESS WHEREOF, I have hereunto set my hand this nineteenth day of May, in the year of our Lord two thousand nineteen, and of the Independence of the United States of America the two hundred and forty-third.

Joint Statement by the United States and Mexico
on Section 232 Duties on Steel and Aluminum

After extensive discussions on trade in steel and aluminum covered by the action taken pursuant to Section 232 of the Trade Expansion Act of 1962 (19 U.S.C. §1862), the United States and Mexico have reached an understanding as follows:

1. The United States and Mexico agree to eliminate, no later than two days from the issuance of this statement:

   a. All tariffs the United States imposed under Section 232 on imports of aluminum and steel products from Mexico; and

   b. All tariffs Mexico imposed in retaliation for the Section 232 action taken by the United States (identified in the Decrees published in Mexico's Official Gazette on June 5, 2018 and August 17, 2018).

2. The United States and Mexico agree to terminate all pending litigation between them in the World Trade Organization regarding the Section 232 action.

3. The United States and Mexico will implement effective measures to:

   a. Prevent the importation of aluminum and steel that is unfairly subsidized and/or sold at dumped prices; and

   b. Prevent the transshipment of aluminum and steel made outside of Mexico or the United States to the other country. Mexico and the United States will consult together on these measures.

4. The United States and Mexico will establish an agreed-upon process for monitoring aluminum and steel trade between them. In monitoring for surges, either country may treat products made with steel that is melted and poured in North America separately from products that are not.

5. In the event that imports of aluminum or steel products surge meaningfully beyond historic volumes of trade over a period of time, with consideration of market share, the importing country may request consultations with the exporting country. After such consultations, the importing party may impose duties of 25 percent for steel and 10 percent for aluminum in respect to the

individual product(s) where the surge took place (on the basis of the individual product categories set forth in the attached chart). If the importing party takes such action, the exporting country agrees to retaliate only in the affected sector (i.e., aluminum and aluminum-containing products or steel). In assessing whether there has been a surge in steel imports, the United States will consider that new investment in the United States may require an additional 225,000 metric tons of billet from Mexico; Mexico will consider that new investment in Mexico may require an additional 200,000 metric tons of cold-rolled steel from the United States.

# Joint Statement by the United States and Mexico on Section 232 Duties on Steel and Aluminum

| STEEL MILL PRODUCTS |
| --- |
| **A. Flat Products** |
| Hot Rolled |
| Hot Rolled Sheet |
| Hot Rolled Strip |
| Hot Rolled Plate in Coils |
| Cold Rolled |
| Cold  Rolled Sheet |
| Cold Rolled Strip |
| Cold Rolled Black Plate |
| Plate Cut Lengths |
| Hot-Dipped |
| All Other Metallic Coated |
| Tin Products |
| Tin Free Steel |
| Tin Plate |
| Sheets and Strip Electrical |
| Sheets & Strip Galv Electrolyt |
| **B. Pipe and Tube Products** |
| Oil Country Goods |
| Line Pipe |
| < 16 in. diameter |
| > 16 in. diameter |
| not specified |
| Standard Pipe |
| Structural Pipe & Tube |
| Mechanical Tubing |
| Pressure Tubing |
| Pipe for Piling |
| Pipe and Tube Non-Classified |
| **C. Stainless** |
| Hot Rolled |
| Hot Rolled Sheet |
| Hot Rolled Strip |
| Hot Rolled Plate in Coils |
| Cold Rolled |
| Cold Rolled Sheet |
| Cold Rolled Strip |
| Cold Rolled Plate in Coils |
| Wire Drawn |

# Joint Statement by the United States and Mexico on Section 232 Duties on Steel and Aluminum

| |
|---|
| Stainless Pipe and Tube |
| Line Pipe |
| Bars - Cold Finished |
| Bars - Hot Rolled |
| Blooms, Billets & Slabs |
| Oil Country Goods |
| Ingots for Steel and Castings |
| Plates Cut Lengths |
| Wire Rods |
| Structural Shapes Heavy |
| **D. Long Products** |
| Structural Shapes Heavy |
| Wire Rods |
| Wire Drawn |
| Bars - Hot Rolled |
| Bars - Cold Finished |
| Bars - Light shaped |
| Bars - Reinforcing |
| Steel Piling |
| Railroad Accessories |
| Rails All Other |
| Rails Standard |
| Tool Steel |
| **E. Semi-Finished Products** |
| Blooms, Billets and Slabs |
| Ingots for Steel and Castings |

| |
|---|
| **ALUMINUM PRODUCTS** |
| **A. Unwrought Products** |
| Not Alloyed |
| Alloyed |
| **B. Wrought Products** |
| Bars, Rods, and Profiles |
| Wire |
| Plates, Sheets, and Strip |
| Foil |
| Tubes and Pipes |
| Tube and Pipe Fittings |
| Other Articles: Castings |
| Other Articles: Forgings |

# EXHIBIT 6

# Office *of the* UNITED STATES TRADE REPRESENTATIVE
EXECUTIVE OFFICE OF THE PRESIDENT

About Us » Policy Offices » Press Office » The USTR Archives » 2007-2021 Press Releases » 2020 » August » President Trump Continues to Protect America's Steel-Dependent National Security

# President Trump Continues to Protect America's Steel-Dependent National Security

08/31/2020

Washington, DC – Since the beginning of his Administration, President Donald J. Trump has fought to protect American workers and the American steel industry. Today, the United States announces additional measures to address steel imports with two key trading partners – Mexico and Brazil. Under President Trump's leadership, the United States continues to engage cooperatively with trading partners while acting responsibly to protect industries vital to our national security.

USTR Statements on Successful Conclusion of Steel Negotiations

Mexico and the United States have successfully concluded consultations held pursuant to the mechanism established in their Joint Statement of May 17, 2019 to address recent surges in imports from Mexico of three steel products: standard pipe, mechanical tubing, and semi-finished products. Mexico will establish a strict export monitoring regime for these products through June 1, 2021 and closely monitor shipments during this period. The United States will maintain the Section 232 duty exemption for imports of these products and will consult with Mexico in December of 2020 to discuss the state of trade in the relevant products in light of market conditions at that time.

The United States Trade Representative, Ambassador Robert Lighthizer, praised the Mexican government and his counterpart, Secretary of Economy Graciela Márquez Colín, for their cooperation and constructive engagement: "While the COVID-19 pandemic has challenged both of our countries in unprecedented ways, it has also underscored the importance of the strong economic partnership between the United States and Mexico and the need for close coordination to address common challenges. Our successful

consultations on steel prove it is possible for us to work together to find
creative solutions that serve the interests of workers and businesses in both
countries.  I thank my friend Secretary Márquez and her staff for their
engagement and hard work over the last few weeks as we worked through
this issue."

***

Brazil and the United States have held successful talks regarding the steel
trade between the two countries.  In May of 2018, President Trump granted
an exemption for Brazilian steel products from tariffs he imposed under
Section 232, which allowed for duty-free importation of set quotas of various
Brazilian steel products. The exemption was maintained in 2019 as the
result of a constructive dialogue between Presidents Bolsonaro and Trump.
 In light of recent deterioration in market conditions brought on by the
COVID-19 pandemic affecting domestic steel producers, the United States
has deemed it necessary to reduce the remaining quota for Brazilian semi-
finished steel products for the remainder of 2020 to 60,000 metric tons,
down from 350,000, but will maintain existing quotas for other steel products.
 The United States will hold consultations with Brazil about the semi-finished
steel quota for 2021 in December, by which time we hope market conditions
will have improved.
The United States Trade Representative, Ambassador Robert Lighthizer,
thanked the Brazilian government for the constructive dialogue in this matter:
 "Despite the challenges both of our countries face from COVID-19,
discussions between the United States and Brazil on strengthening our trade
relationship for the future are proceeding nicely.  I thank Minister Ernesto
Araújo for his willingness to discuss the state of the steel trade between our
countries over the past few weeks.  Our successful talks on this matter prove
the value of candid, good faith engagement between trade partners."

###

Select Language

Powered by Google Translate

# EXHIBIT 7



OT:RR:CTF:CPMMA H317185 AJK
April 9, 2021

Mr. Roger B. Schagrin, Esq.
Schagrin Associates
900 Seventh Street, N.W., Ste. 500
Washington, D.C., 20001
rschagrin@schagrinassociates.com

Re:     Request for Classification and Rate of Duty Imposed Upon Imports of Steel Conduit Pipe
        from Mexico pursuant to 19 U.S.C. § 1516(a)(1) and 19 C.F.R. § 175.1

Dear Mr. Schagrin:

    This is in response to your letter, dated February 22, 2021, on behalf of your client,
Wheatland Tube Company, requesting information regarding Shamrock Building Materials, Inc.
(Shamrock) and RYMCO USA (RYMCO)'s entries of steel conduit pipe that were imported
after August 31, 2020 to the present, under 19 U.S.C. § 1516(a).  Specifically, you inquired the
following:

    1.  Under what tariff classification have Shamrock's imports of steel conduit pipe been
        entered since August 31, 2020 to the present?

    2.  Under what tariff classification have RYMCO USA's imports of steel conduit pipe
        been entered since August 31, 2020 to the present?

    In addition, you had previously requested similar information in your initial letter, dated
December 11, 2020.  U.S. Customs and Border Protection (CBP) responded to that letter on
January 22, 2021, noting that the matter was in litigation and that CBP's position on the entries
of the merchandise is apparent from the answer filed in Shamrock Building Materials, Inc. v.
United States, CIT Court No. 20-00074 (May 20, 2020).  Moreover, you submitted an additional
letter, dated January 7, 2021, requesting that CBP reconsider its decision concerning the
classification of steel conduit pipe from Thailand in New York Ruling Letter (NY) N306508,
dated February 21, 2020, and classify the subject merchandise under heading 7306, HTSUS.

    The United States code, 19 U.S.C. § 1516, states the following:

(a)  Request for classification and rate of duty; petition
    (1)  The Secretary shall, upon written request by an interested party furnish the
        classification and the rate of duty imposed upon designated imported
        merchandise of a class or kind manufactured, produced, or sold at wholesale by

such interested party. If the interested party believes that the appraised value, the classification, or rate of duty is not correct, it may file a petition with the Secretary setting forth—

(A) a description of the merchandise,
(B) the appraised value, the classification, or the rate of duty that it believes proper, and
(C) the reasons for its belief.

(b) Determination on petition
If, after receipt and consideration of a petition filed by such an interested party, the Secretary determines that the appraised value, the classification, or rate of duty is not correct, he shall determine the proper appraised value, classification, or rate of duty and shall notify the petitioner of his determination. All such merchandise entered for consumption or withdrawn from warehouse for consumption more than thirty days after the date such notice to the petitioner is published in the weekly Customs Bulletin shall be appraised, classified, or assessed as to the rate of duty in accordance with the Secretary's determination.

Additionally, the Trade Secrets Act, 18 U.S.C. § 1905, states as follows:

Whoever, being an officer or employee of the United States or of any department or agency thereof, any person acting on behalf of the Federal Housing Finance Agency, or agent of the Department of Justice as defined in the Antitrust Civil Process Act (15 U.S.C. 1311–1314), or being an employee of a private sector organization who is or was assigned to an agency under chapter 37 of title 5, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law; shall be fined under this title, or imprisoned not more than one year, or both; and shall be removed from office or employment.

A reading of 19 U.S.C. § 1516(a) and the Trade Secrets Act together clearly demonstrates that an interested party is not entitled to receive information provided to CBP by another importer that "concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association". Accordingly, to the extent you request information on Shamrock and RYMCO's specific entries of steel conduit pipe, CBP cannot disclose such information pursuant to the Trade Secrets Act and your request fails to clearly frame a proper request under 19 U.S.C. § 1516(a).

Moreover, as a matter of the designated imported merchandise you described in your initial letter as "steel conduit pipe imported from Mexico, with or without interior coating, where any such coating does not have insulation properties", CBP's position is that the merchandise is classified in heading 7306, HTSUS, irrespective of the date of entry. More specifically, and as stated in our letter, dated January 22, 2021, CBP has liquidated entries of certain steel conduit

2

pipe imported by Shamrock in subheadings 7306.30.10 and 7306.30.50, HTSUS, depending on the wall thickness of the pipe, and it is currently defending that position in the U.S. Court of International Trade (CIT). However, the CIT will likely rule on the correct classification of Shamrock's imported pipe.

In regard to your request to reconsider NY N306508, 19 U.S.C. § 1516(b) provides that, upon the receipt of an interested party's request for classification, CBP must determine whether the petitioned classification is correct and notify the petitioner of its decision. Accordingly, CBP has issued rulings that either affirm or revoke its prior rulings under 19 U.S.C. § 1516. In the instant case, however, CBP cannot issue a ruling regarding this matter according to the Regulations of CBP, 19 C.F.R. § 177.7(b), which provides:

> (b) Pending litigation in the United States Court of International Trade. No ruling letter will be issued with respect to any issue which is pending before the United States Court of International Trade, the United States Court of Appeals for the Federal Circuit or any court of appeal therefrom.

As we stated in our letter, dated January 22, 2021, the issue of the classification of steel conduit pipe is currently before the CIT. CBP, therefore, is precluded from issuing a ruling regarding its classification in NY N306508 due to the CIT's pending determination in <u>Shamrock</u>.

Finally, if you have a concern regarding the improper importation of merchandise, you may file an allegation at https://www.cbp.gov/trade/e-allegations.

Thank you for your inquiry. We regret that we can not answer your specific questions regarding the entries of Shamrock and RYMCO. Nevertheless, we hope this information has been helpful.

Sincerely,

CRAIG T CLARK

Digitally signed by
CRAIG T CLARK
Date: 2021.04.09
14:41:45 -04'00'

Craig T. Clark, Director
Commercial and Trade Facilitation Division

# EXHIBIT 8

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, *SENIOR JUDGE*

|  |  |  |
|---|---|---|
| | : | |
| SHAMROCK BUILDING MATERIALS, INC., | : | |
| | : | |
| Plaintiff, | : | Court No. 20-00074 |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>JOINT STATUS REPORT</u>

As reflected in the Court's Opinion and Order, dated October 14, 2021, the Court

instructed the parties to consult and propose a joint scheduling order that "(1) would modify the

schedule so as to allow defendant the opportunity to take the deposition of Dr. Joshua Jackson at

a time convenient to, and in a manner agreeable to, both parties; and (2) would provide for

extension of the period for expert discovery beyond the end of the period for factual discovery . .

. ." *Dkt. No. 29* at 9.

In the event that the parties fail to reach an agreement on a modified schedule, the Court

instructed the parties to submit "a joint status report informing the court of the points on which

they disagree." *Id.*

The parties have agreed for Defendant to depose Dr. Jackson in Houston, Texas on

December 1, 2021.  The parties have also reached agreement as to the majority of the dates

anticipated for a joint proposed schedule.  However, the parties disagree as to the deadline for the

completion of factual discovery as reflected below.

## I.      The Portion Of The Schedule Agreed To By The Parties

The parties agree to the following modifications of the scheduling order:

- The deposition of Dr. Joshua Jackson shall be conducted on December 1, 2021 in Houston, Texas.

- Expert reports shall be completed by February 11, 2022.

- Expert discovery shall be completed by March 11, 2022.

- Any remaining motions addressed to the pleadings, discovery, or other preliminary matters shall be submitted no later than March 21, 2022.

- Dispositive motions, if any, shall be filed no later than May 16, 2022.  A brief in response to a dispositive motion may include a dispositive cross-motion.

- If no dispositive motions are filed, a request for trial, if any, will be filed by May 30, 2022, and will be accompanied by a proposed Order Governing Preparation for Trial.

## II.      Disagreement Over Factual Discovery Deadline

As reflected above, the parties agree to conduct the deposition of Dr. Joshua Jackson on December 1, 2021, in Houston, Texas.  However, they disagree over how the terms of factual discovery should be reflected in the proposed scheduling order.

Plaintiff proposes that the order should be drafted as follows: "factual discovery shall be completed by October 15, 2021, except for the deposition of Dr. Jackson, which shall be completed by the close of business on December 1, 2021."  The current scheduling order requires that "factual discovery shall be completed by October 15, 2021" and Plaintiff's view is that the Court's October 14, 2021 Opinion and Order did not alter that deadline other than providing Defendant the opportunity to depose Dr. Jackson.  *See* Shamrock Building Materials v. United States, No. 20-00074, slip op. at 9 (Ct. Int'l Trade Oct. 14, 2021), ECF No. 29 ("Opinion and Order").  In its October 4, 2021 Motion to Amend the Scheduling Order, Defendant provided no reasons for

conducting any factual discovery after October 15, 2021 other than the deposition of Dr.

Jackson.  *See* Defendant's Motion to Amend the Scheduling Order, Shamrock Building

Materials, Inc. v. United States, No. 20-00074 (Ct. Int'l Trade Oct. 4, 2021), ("Def.'s Mot.")

ECF No. 24.  Plaintiff did not understand the Court's order partially granting Defendant's motion

to extend factual discovery in any other respect.

      The Government proposes that the order should be drafted as follows:  "factual discovery

shall be completed by December 3, 2021."  The basis for the Government's proposed language is

that, on October 4, 2021, the Government made a motion to amend the scheduling order

governing discovery in this matter.  *Dkt. No. 24*.  Specifically, the Government sought the

Court's leave to amend the scheduling order to extend factual discovery to November 30, 2021,

in order to conduct the deposition of Dr. Joshua Jackson and "allow the Government an

opportunity to request any further discovery that may arise during the Rule 30(b)[(6)] deposition

of plaintiff on October 13, 2021."  *Id.* at 4.  The Court granted the Government's motion in part,

and denied it in part.  *Dkt. No. 29* at 9.

      The parties have agreed to conduct the deposition of Dr. Jackson on December 1, 2021 to

avoid Thanksgiving travel.  The proposed language by the Government does not specifically

reference the deposition of Dr. Jackson because we interpret the Court's order to extend factual

discovery to a date certain, to which the deposition of Dr. Jackson can be conducted within.

Furthermore, USCIT Rule 30(d)(1) limits a deposition to 1 day of 7 hours but provides that the

"court must allow additional time consistent with Rule 26(b)(1) and (2) if needed to fairly examine

the deponent or if the deponent, another person, or any other circumstance impedes or delays the

examination."  Although we do not anticipate this being necessary, we seek to preserve our rights to

request additional time to conduct Dr. Jackson's deposition if circumstances require as per Rule

30(d)(1).

The parties defer to the Court as to the resolution of this issue, and respectfully request

that the Court enter a scheduling order taking into account the representations of the parties'

above.

Dated: November 29, 2021                                     Respectfully submitted,


By: __/s/Patrick D. Gill_____                               BRIAN M. BOYNTON
    PATRICK D. GILL                                    Acting Assistant Attorney General
    Sandler, Travis & Rosenberg, P.A.
    675 Third Ave, Suite 1805-06                       PATRICIA M. MCCARTHY
    New York, NY 10017                                 Director
    *Attorney for Plaintiff*
                      _____/s/ Justin R. Miller_____
                      JUSTIN R. MILLER
                      Attorney-In-Charge
                      International Trade Field Office

               By:       _____/s/ Peter A. Mancuso_____
                      PETER A. MANCUSO
                      Trial Attorney
                      Department of Justice, Civil Division
                      Commercial Litigation Branch
                      26 Federal Plaza – Room 346
                      New York, New York 10278
                      Tel. (212) 264-0484 or 9230
                      *Attorneys for Defendant*