ERRATA

In *Wheatland Tube Company v. United States et al.*, Court No. 22-00004, Public Slip Op. 22-16, dated February 23, 2022

Page 1: Replace the government's counsel block with "*Antonia R. Soares*, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, of Washington, D.C., for defendants.  With her on the response to the motion for a preliminary injunction were *Brian M. Boynton*, Principal Deputy Assistant Attorney General, *Patricia M. McCarthy*, Director, and *Tara K. Hogan*, Assistant Director.  Of counsel on the response was *Mathias Rabinovitch*, Attorney, Office of the Assistant Chief Counsel, U.S. Customs and Border Protection."

February 24, 2022